IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND )<br>CHILDREN GROCERS ASSOCIATION, )<br> )<br>NUTRITIONAL FOOD DISTRIBUTORS, INC., )<br> )<br>COUNTY FOOD SERVICES, INC., and )<br> )<br>DILLARD FOODS, INC., )<br> )<br>          Plaintiffs, )<br>v. )<br> )<br>FOOD AND NUTRITION SERVICE, )<br> )<br>          Defendant. )<br>_____) | Civil Action No. _____ |

**CORPORATE DISCLOSURE CERTIFICATE**
**REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for plaintiffs National Women, Infants, and Children Grocers Association, Nutritional Food Distributors, Inc., County Food Services, Inc., and Dillard Foods Inc., certify that to the best of my knowledge and belief, the following have no parent companies, subsidiaries, or affiliates with any outstanding securities in the hands of the public:

    National Women, Infants, and Children Grocers Association
    Nutritional Food Distributors, Inc.
    County Food Services, Inc.
    Dillard Foods,Inc.,

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  December 16, 2005

Respectfully submitted,

_____
Philip C. Olsson, Bar. No. 172163
Arthur Y. Tsien, Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3537 (fax)

Attorneys for National Women, Infants, and Children Grocers Association, Nutritional Food Distributors, Inc., County Food Services, Inc., and Dillard Foods, Inc.