IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION, ) ) ) NUTRITIONAL FOOD DISTRIBUTORS, INC., ) ) COUNTY FOOD SERVICES, INC., and ) ) DILLARD FOODS, INC., ) ) Plaintiffs, ) v. ) ) FOOD AND NUTRITION SERVICE, ) ) Defendant. ) ) | Civil Action No. _____ |

## [PROPOSED] ORDER OF PRELIMINARY INJUNCTION

This matter comes before the Court on the motion of Plaintiffs National Women, Infants, and Children Grocers Association ("NWGA"), Nutritional Food Distributors, Inc ("Nutritional Food Distributors"), County Food Services, Inc. ("County Food Services"), and Dillard Foods, Inc. ("Dillard Foods") for a preliminary injunction or, in the alternative, a temporary restraining order. Having reviewed Plaintiffs' application and the remainder of the file, the Court concludes that a preliminary injunction should be issued.

The Court finds that Plaintiffs have demonstrated that there is a substantial likelihood that they will succeed on the merits of their claims, that they will suffer irreparable harm absent a preliminary injunction, that the balance of harms favors the entry of a preliminary injunction, and that the public interest favors the entry of a preliminary injunction.

Therefore, it is hereby ORDERED that Defendant Food and Nutrition Service ("FNS"), an agency of the U.S. Department of Agriculture ("USDA"), is PRELIMINARILY ENJOINED from

implementing the interim final rule published in the Federal Register for November 29, 2005, that addresses the vendor cost containment provisions of Section 203 of the Child Nutrition and WIC Reauthorization Act of 2004, Pub. L. No. 108-625, ("Reauthorization Act"), until Defendant has complied with the Regulatory Flexibility Act, the Child Nutrition Act, the Reauthorization Act, the notice-and-comment rulemaking provisions of the Administrative Procedure Act, and the USDA's policy of utilizing notice-and-comment rulemaking even when not required by law.

Dated: _____        _____
                                UNITED STATES DISTRICT JUDGE