IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND ) <br> CHILDREN GROCERS ASSOCIATION ) <br> ) <br> NUTRITIONAL FOOD DISTRIBUTORS, INC. ) <br> ) <br> COUNTY FOOD SERVICES, INC., and ) <br> ) <br> DILLARD FOODS, INC., ) <br> ) <br>           Plaintiff, ) <br>    v. ) <br> ) <br> FOOD AND NUTRITION SERVICE, ) <br> ) <br>           Defendant. ) <br> _____) | Civil Action No. _____ |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

     This matter comes before the Court on the motion of Plaintiffs National Women, Infants, and Children Grocers Association ("NWGA"), Nutritional Food Distributors, Inc ("Nutritional Food Distributors"), County Food Services, Inc. ("County Food Services"), and Dillard Foods, Inc. ("Dillard Foods") for a preliminary injunction or, in the alternative, a temporary restraining order. Having reviewed Plaintiffs' motion and the remainder of the file, the Court concludes that a temporary restraining order should be issued.

     The Court finds that Plaintiffs have demonstrated that there is a substantial likelihood that they will succeed on the merits of their claims, that they will suffer irreparable harm absent a temporary restraining order, that the balance of harms favors the entry of a temporary restraining order, and that the public interest favors the entry of a temporary restraining order.

     Therefore, it is hereby ORDERED that Defendant Food and Nutrition Service ("FNS"), an agency of the U.S. Department of Agriculture ("USDA"), are TEMPORARILY RESTRAINED

from implementing the interim final rule published in the Federal Register for November 29, 2005, that addresses the vendor cost containment provisions of Section 203 of the Child Nutrition and WIC Reauthorization Act of 2004, Pub. L. No. 108-625, until this Court can consider Plaintiff's motion for preliminary injunction.  Unless extended, this order shall expire at ___ a.m./p.m. on _____.


Dated: _____			_____
						UNITED STATES DISTRICT JUDGE