IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION, | ) ) ) |
| NUTRITIONAL FOOD DISTRIBUTORS, INC., | ) ) |
| COUNTY FOOD SERVICES, INC., and | ) ) |
| DILLARD FOODS, INC., | ) ) |
| Plaintiffs, v. | ) ) ) Civil Action No. _____ |
| FOOD AND NUTRITION SERVICE, | ) ) ) |
| Defendant. | ) ) ) |

**PLAINTIFFS' MOTION TO ESTABLISH EXPEDITED BRIEFING SCHEDULE**

This motion is being filed by Plaintiffs National Women, Infants, and Children Grocers Association ("NWGA"), Nutritional Food Distributors, Inc ("Nutritional Food Distributors"), County Food Services, Inc. ("County Food Services"), and Dillard Foods, Inc. ("Dillard Foods") contemporaneous with the filing of the Complaint and Plaintiffs' motion for preliminary injunction or, in the alternative, temporary restraining order.

As described in the Plaintiffs' motion for preliminary injunction or, in the alternative, temporary restraining order, NWGA, Nutritional Food Distributors, County Foods Services, and Dillard Foods, and other members of NWGA will suffer irreparable harm if Defendant's interim final rule published in the Federal Register for November 29, 2005, goes into effective on December 29, 2005. For the reasons set forth in that motion, Plaintiffs seek a preliminary injunction or, in the alternative, a temporary restraining order.

To enable this Court to hold a motion hearing and consider this matter before the December 29, 2005, effective date of Defendant's interim final rule, Plaintiffs respectfully request that this Court establish an expedited briefing schedule, such that Defendant's opposition to Plaintiffs' motion for preliminary injunction or, in the alternative, temporary restraining order will be due on or before Friday, December 23, 2005. In the interest of a prompt hearing, Plaintiffs are willing to forego any opportunity to reply. Plaintiffs request that this Court hold a hearing on Plaintiffs' motion as soon as practicable before December 29, 2005. Plaintiffs respectfully suggest December 28, 2005, as the best date for a motion hearing if permitted by the Court's schedule.

On December 16, 2005, counsel for Plaintiffs (Mr. Olsson) contacted counsel for Defendant (Thomas V. Conway, Esq., Associate General Counsel, U.S. Department of Agriculture) about the filing of this motion. Counsel for Defendant stated that Defendant would have to consult with the Department of Justice about the proposed briefing schedule.

This motion is accompanied by a proposed Order.

December 16, 2005

Respectfully submitted,

*/s/ Anthony Auen/*

Philip C. Olsson, D.C. Bar No. 172163
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 Sixteenth Street, N.W.
Suite 400
Washington, D.C. 20036
202/789-1212
202/234-3537 (FAX)

Attorneys for National Women, Infants, and Children Grocers Association, Nutritional Food Distributors, Inc., County Foods Services, Inc., and Dillard Foods, Inc.