IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND ) <br> CHILDREN GROCERS ASSOCIATION ) <br> ) <br> NUTRITIONAL FOOD DISTRIBUTORS, INC. ) <br> ) <br> COUNTY FOOD SERVICES, INC., and ) <br> ) <br> DILLARD FOODS, INC., ) <br> ) <br>              Plaintiff, ) <br>    v. ) <br> ) <br> FOOD AND NUTRITION SERVICE, ) <br> ) <br>              Defendant. ) <br> _____) | Civil Action No. _____ |

## [PROPOSED] SCHEDULING ORDER

This matter comes before the Court on the motion of Plaintiffs National Women, Infants, and Children Grocers Association ("NWGA"), Nutritional Food Distributors, Inc ("Nutritional Food Distributors"), County Food Services, Inc. ("County Food Services"), and Dillard Foods, Inc. ("Dillard Foods") to establish an expedited briefing schedule. Having considered Plaintiffs' motion and the remainder of the file, the Court concludes that an expedited briefing schedule should be established.

Therefore, it is hereby:

ORDERED that Defendant Food and Nutrition Service ("FNS"), an agency of the U.S. Department of Agriculture ("USDA"), shall file and serve their opposition to Plaintiffs' motion for preliminary injunction or, in the alternative, temporary restraining order on or before Friday, December 23, 2005.

ORDERED that there will be no reply to Defendant's opposition.

ORDERED that the Court will hold a hearing on Plaintiffs' motion for preliminary injunction or, in the alternative, temporary restraining order on December __, 2005, at ___ a.m./p.m.


Dated: _____            _____
                                     UNITED STATES DISTRICT JUDGE