IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION, <br><br> NUTRITIONAL FOOD DISTRIBUTORS, INC., <br><br> COUNTY FOOD SERVICES, INC., and <br><br> DILLARD FOODS, INC., <br><br>              Plaintiffs, <br> v. <br><br> FOOD AND NUTRITION SERVICE, <br><br>              Defendant. | Civil Action No. 05-2432 (EGS) |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

This matter comes before the Court on the motion of Plaintiffs National Women, Infants, and Children Grocers Association, National Food Distributors, Inc., County Food Services, Inc., and Dillard Foods, Inc. for a temporary restraining order. Having reviewed Plaintiffs' motion and the remainder of the file, the Court concludes that a temporary restraining order should be issued.

The Court finds that Plaintiffs have demonstrated that there is a substantial likelihood that they will succeed on the merits of their claims, that they will suffer irreparable harm absent a temporary restraining order, that the balance of harms favors the entry of a temporary restraining order, and that the public interest favors the entry of a temporary restraining order.

Therefore, it is hereby ORDERED that Defendant Food and Nutrition Service, an agency of the U.S. Department of Agriculture, is TEMPORARILY RESTRAINED from implementing the provisions of the interim final rule published in the Federal Register for November 29, 2005, that address the vendor cost containment provisions of Section 203 of the Child Nutrition and WIC

Reauthorization Act of 2004, Pub. L. No. 108-625, 7 C.F.R. § 262.12(g)(4)(i)(D) and (g)(4)(vi), until this Court can consider Plaintiffs' motion for preliminary injunction.


Dated: _____          _____
                                  UNITED STATES DISTRICT JUDGE