AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

National Women, Infants, and Children
Grocers Association, et al.,  )
        Plaintiff(s)  )   **APPEARANCE**
            )
            )
        vs.  )   CASE NUMBER   1:05-cv-2432(EGS)
Food and Nutrition Service  )
            )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Philip C. Olsson  as counsel in this
                                     (Attorney's Name)

case for: National Women, Infants, and Children Grocers Association, Nutritional Food Distributors, Inc. County Foods Services, Inc. and Dillard Foods, Inc.
                           (Name of party or parties)

December 27, 2005
Date

/Signature/
Philip C. Olsson
Print Name

172163
BAR IDENTIFICATION

1400 16th Street, N.W.
Address

Washington, D.C.  20036
City     State     Zip Code

202 789-1212
Phone Number