AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

National Women, Infants and Children
Grocers Association, et al.  )
   Plaintiff(s)  )
           ) **APPEARANCE**
           )
           )
   vs.       ) CASE NUMBER 1:05-cv-2432 (EGS)
Food and Nutrition Service  )
           )
   Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Amy E. Powell  as counsel in this
            (Attorney's Name)

case for:  Food and Nutrition Service
     (Name of party or parties)


January 6, 2006
Date

*(signature)*
Signature

Amy E. Powell
Print Name

NY
BAR IDENTIFICATION

20 Massachusetts Ave NW, Room 7217
Address

Washington, DC  20530
City  State  Zip Code

202-514-9836
Phone Number