IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION,<br><br>NUTRITIONAL FOOD DISTRIBUTORS, INC.,<br><br>COUNTY FOOD SERVICES, INC., and<br><br>DILLARD FOODS, INC.,<br><br>           Plaintiffs,<br>v.<br><br>FOOD AND NUTRITION SERVICE,<br><br>           Defendant. | Civil Action No. 05-2432 (EGS) |

## SECOND SUPPLEMENTAL DECLARATION OF MICHAEL G. DILLARD

I, Michael G. Dillard declare that I am the President of Dillard Foods, Inc. I make this declaration based upon my personal knowledge.

1. On Thursday, January 12, all customers at stores operated by Dillard Foods, Inc. were asked to fill out a survey regarding redemption of WIC vouchers. Of 107 customers, 95 responded to the survey. The number and percent of response for each answer to the questions are listed after each question below.

2. Question (check all appropriate answers): In using your WIC vouchers at a regular grocery store, have you:
   a.  3   3%    Never had a problem.
   b. 36  38%   Been treated badly.
   c. 37  39%   Been embarrassed.
   d. 82  86%   Had difficulty finding the WIC-authorized food that you wanted.
   e. 36  38%   Had difficulty getting the full amount of food allowed by the voucher.

3. Question: At a regular grocery store, would you be able to get the kind of WIC-authorized food that you want:
   a.  3   3%    Always.
   b. 69  73%   Sometimes.

      c. 21 22%    Never.

4. At a regular grocery, store, would you be able to get all of the food that the WIC voucher allows:
    a. 6  6%    Always.
    b. 72 76%    Sometimes.
    c. 17 18%    Never.

5. If WIC-Only grocery stores were closed, would you expect to (check one):
    a. 30 32%    Stay in the WIC Program.
    b. 19 20%    Drop out of the WIC Program.
    c. 44 46%    Don't know.

6. Listed below are all responses provided to the final question on the survey: "Do you have any experiences or stories about redeeming your WIC vouchers that you would like to share? If it is too much trouble to write your experience, the store clerk may assist you."

Responses:

" If you've ever been in the store you would know when a WIC person is at the cashier cause people act like you put them out they call for help and then look down on you."

"(1) can't find WIC item
(2) helper tell you one thing then @ checkout its wrong.
(3) cheker don't know.
(4) they call manager to check out."
Signature provided.

"I rather prefer shopping at WIC grocery store due to courteous help convience and speedy checkout. Thanks."

"Been coming here everytime cause it so much less a hassle and they act like they are glad to help. The gro. store don't want to help."

"You always get something wrong everytimes you go into a grocery store. It never fails!! This way you get ever thing correct & don't get embaresed!"

"My son was premature & was on specialty formula that the grocery store refused to carry. Only the WIC center made sure to stock it for us."

"Lots of problems – getting the wrong items because things aren't marked properly – waiting forever for customer service to sign the voucher! And many more!"

2

"The WIC-only store has always made it fast ad easy for me to receive my WIC. Most grocery stores are rude and I hate going in."

"A cashier at our local grocery store gave me a hard time about my vouchers. She was very, very, very rude and inconsiderate. WIC-only stores are very helpful and knowledgeable to our situation."

"It seems like everytime I go to the grocery store it is a hassle for the cashier and if you don't have the right stuff they get irritated cause they have to go and get the right stuff."

"Was in the gro. Store waiting in line and a man behind me said everyone wants something for nothing. People just look at ya weird."

"Wal Mart would not fill my WIC because they would not open a case of Pediasure cause I only had 16 bottles on my WIC not 24 thats whats in a case."

"My son requires special milk, only the WIC store & Kroger carries it. I had had to leave my purchases there (Kroger) several times because they refused me service. I have gotten nasty looks, rude comments, and I have been specifically told, "I don't know why you people don't go to the WIC store." Kroger also does not carry either of the juice types my children like, despite numerous requests that they do so." Name provided.

"While trying to check out several people were called over the register to sign my voucher causing people behind me to wait longer and causing embarrasement to me – this has never happened at the WIC Store."

"It is harder to find the WIC Approved food in a regular grocery store and much more time consuming. Once while I was 8 months pregnant I had to walk to the back of the store 3 extra times from checkout to get the right items. This was painful."

"Everytime I go to get my childs formula there is never enough so U end up having to buy it…the WIC-only stores solve that problem."

"I have had bad experiences redeeming my WIC vouchers at Wal-Mart due to the WIC items being unclearly labeled, and once you get through the long lines at the front, they tell you it's the wrong product, and you have to make the people behind you wait while someone runs to the back to try and find the right item. The WIC-only stores are much less embarrassing!!"

"I can get in and out  front door parking"

"Every time I visit the WIC Store I always get what I need And if I can't find something the clerk is always nice to me and very helpful to help me find what I am

looking for. If I have a question about something in the store she always has an answer for me."

"The clerk is always friendly and smiling We like the WIC Store cause it's never alot of people in it and we can get in an out in 5 minutes."

"The products that are WIC accepted are never really specified in regular grocery stores."

"A lot trouble having to wait for a supervisor to check and okay the purchases."

"Never can find all the wic accepted Food in regular stores"

"Close the WIC Store woud be a very Bad Ideal Wall Mart is Very Large Store and you would have to go Back So many time to get the right thing Thank You"

"I like using the WIC only stores Because you are not looked down upon And there are all the Items allowed along with the helpful workers to answer questions."

"I always have trouble finding the right product. The cashiers always send me back to the grocery aisle many times."

"If I pick the wrong thing They get mad. I can be in the lane waiting Then I get to the cash register and they tell me the register is shut down for so many min."

"The store I went to want you to get off brand products and the hastle you at the register, if too time consuming a great inconvience when you need to go on work lunch time"

"Some attitudes are not exceptable."

"They hardly ever have what I need. They (the clerks) act like I owe them some thing because they are doing this for me. I really dread having to go to the grocery store to get my filled."

"Some cashier do'nt no if that is the Right Item because item do not be lable an they have bad attitude because they have to go an get Item for Us."

"I'd rather go to the WIC Store, there has never been a problem. But the grocery store have restrictions and most of the time, the items are not available."

"I find it more convenient to get what I want from a WIC store than a grocery store without any hassle. Everything at the WIC store is WIC – approved."
Name Provided

"I really depend on the WIC Store County Market at 12:00 p.m. You can't even feed your child And Arkansas is suppose to put kids first."

"It take to long to find what Wic stuff we can get and what we need. The Wic store is very helpful."
Name Provided

"It take to long when you go to the grocier to store to redeem the vochers."
Name Provided

"I have trouble with grocery stores knowing which products are wic products."

"I appreciate the WIC only stores, it is so much more convenient than shopping at a regular grocery store!"

"Going to a grocery I couldn't find the items I was looking for. I got ready to check out and they told me I had the wrong items they weren't WIC products."
Name Provided

"Grocery Stores take entirely to long! They are not specific about what Wic products are allowed!"
Name Provided

"You have to search all over the store for the products and if you get the wrong products the cashiers have attitudes about helping get the right ones. A lot of times they don't have the formulas or not enough espically of the special formulas such as the prosolell. Also at Grocery stores some of the products are mislabeled making it hard to get the products."
Name Provided

"When I go to the Store the cashier don't know half the time what you can get on WIC. And they usually have to get the person over them to okay the stuff other people in line get mad at me and make me mad because they don't know what to do."
Name Provided

"I have been in there was none of the milk required. I always have problems with finding Wic approved items or supplies of formula. I hate going. WIC Stores are wonderful, I refuse to go any where else."

"I have to stand in line for a long time. Cannot find the WIC sign."
Name Provided

"Well if they don't have what i want, I'll go to the WIC store b/c they always have what my family want, no where usual have what i need. Thanks"

"Yes, I've went to a grocery store and picked up the wrong cheese. It was for one, embarrasing because I held up the whole line and I refused to go back to get another kind because I didn't want to pick up another wrong package of cheese."
Name Provided

"I have problems find the items on my voucher at some store I have to go to about 3 stores sometime but coming to the Wic store is better for me."

"I had a bad experience going to the grocery stores, because of the worker and the product that they have. The wic sign are alway worry. The wic store is better, because I sign are there. Go in and come out with want I need. and if the wic store don't have the item I will wait until they do. I don't like going in the grocery store."

"I like the WIC store because they always have everything you need and it's easier to find what you need and get waited on quicker."

"I like come to the Wic store its more faster the a grocery store"

"When going to redeem my WIC vouchers at the grocery store I find it is hard to find the items marked WIC and getting the full amounts also. I dred going get my WIC filled at the grocery store."
Name Provided

"I got my WIC filled @ County Market and Brooksheir's one time. It was hard to find products, after picking up the wrong products the cashiers had attitudes. In grocery stores I have to deal with the crowd and the line. After a certain time of day the grocery store stops WIC and I have to wait til next day after standing in their long lines."

"I enjoy coming to the Wic store better than the regular grocery store"

"I worked at a grocery store and I hated Wic vouchers. It is not worth doing. I will not continue with wic if I have to go to a larger grocery store."

"I get told I cannot get something because its not there brand or they page a manager to take my WIC vouchers"

"you have to wait for assistance, and try to find the items we need. The WIC store helps out so much"

"In my experiences, the regular grocery stores does not always know what's approved or not approved. Several times, I've had to go back into the food isles looking for a certain cheese, or cereal. It is alot more convient and hassle free to come to a WIC-only store."

"Yes went the WIC store is closed and I got my kids with me at another store my kids would run around, but at the wic store they have a little play area for kids can play in while I store and I know where everything is and the WIC store."

"I have to take the children with me to shop. Have trouble finding WIC in amts. necessary. Others complain and talk nasty, the children get frustrated. The clerks get frustrated and you wish you'd never came."

"the Wic store is fast and easy to get wic product,"

"One of our local grocery stores never has my baby's formula, I had to wait and I went down to the Wic-only stores, which is much more convinent instead of traveling to Walmart or Kroger stores."

"At the WIC only grocery stores it makes purchasing WIC items much easier. It saves time and most of all it keeps people from being emberessed."

"Kroger doesn't carry certain products
1) Cheese is limited
2) Juice certain kind is limited
   not many choices on certain juice products"

"They announce – need wic milk at register"

"they were rude!!!"

"I think that this store is a Great thing to have it is very Good Please don't close it"
Name Provided

"It is always very hard to find the Wic product in reg. grocery store because they don't either have it or they have stuff labled wrong for wick"

"I always have a hard time getting the right items and having to go back aggrevates me. Also the stores tend to get aggravated at Wic participents. I love coming to Wic stores its very convienant."

"It's always a hassle in the check out when I use WIC vouchers. Most of the time the things I need aren't there."

"Once I just decided to pick up wic while I got groceries. It was so confusing. I couldn't find the right items that wic payed for when I got to the check out I held up the line for 10 to 15 minute. First the juice was wron, and then it was the cereal I never have a problem when I visit the WIC only store. I get in and get out. No long lines with 2 little babies. It makes my life so much easier."
Name Provided

Address Provided

"At grocery stores you do not have the exact food you need in front of you like you do at the WIC store (GCW). I love they fact that you can go in, come right out with out any problems unlike the grocery stores. You always have some kind of problems at the stores, but not at the WIC grocery store."

"I've had nothing but good experinces with the WIC Store The clerk is very friendly and helpful."

"I'd rather come to GCW instead because it's easier for me than Wal Mart or any other store I [picture of a heart] this store."

"Other stores hard to find what I can get. One location is much better."

"I feel that I am looked down on for participating in the WIC program."

"redeeming here save a lot of time and you have everything that you need right here. You don't have to worry about getting the wrong items and waiting in long lines. This is a great place to shop for wic"

"Some of the grocery store wouldn't let me get grapefruit juice (frozen). Kroger's told me that it wasn't 100% juice. So I quit going to Kroger's to do my WIC. I only come to the WIC store to redeem my WIC.
The Wic store has been a blessing. It's easy to go to and you know everything is approved by WIC. I Love the WIC Store!!!!"

"You can't get it all at once and it takes forever. I they embarrasse you."

"I love coming to the wic store it is always easy and fast to get all the supplys you need and it is never a hausle to find anything you need. Great service as well."

"Most of the time you can not find the WIC items that you need and its not easy at the counter because you get the wrong items and have to go back and find the right item. And that take a lot of time when you have 3 kids."

"I was told by Kroger that I needed to go to a different store cause I couldn't get everything that I needed!"

"I love coming to the wic only stores. The items you need are always there. My daughter has had problems with her formula at the retail stores. We have had cashiers at Wal-Mart make a statement loud enough about the vouchers that the people 4 isles over could hear them. I pass 2 Wal-marts to get to the wick store. When you get a new cashier they don't know how to ring it up and I have to wait for them to get help. It is also announced on the speaker!"

7.  Attached is a true and correct copy of a resolution adopted on Thursday, December 29, 2005 by the House and Senate Interim Committees on Public Health, Welfare, and Labor of the 85th General Assembly of the Arkansas State Legislature.

Under the penalty of perjury, I declare the foregoing statements are true to the best of my knowledge and belief.

Dated: January 16, 2006

_____
Michael Dillard

State of Arkansas
House and Senate Interim Committees on Public Health, Welfare, and Labor
85th General Assembly

### INTERIM COMMITTEE RESOLUTION
REQUESTING THE ARKANSAS CONGRESSIONAL DELEGATION TO REVIEW THE IMPACT OF RECENT REVISIONS TO THE CHILD NUTRITION AND WIC REAUTHORIZATION ACT; TO SEEK WAIVERS TO AND REVISIONS OF THE ACT THAT WILL PROTECT BOTH PROGRAM PARTICIPANTS AND THE BUSINESSES DEVOTED EXCLUSIVELY TO SERVING THOSE PARTICIPANTS.

### Subtitle
REQUESTING THE ARKANSAS CONGRESSIONAL DELEGATION TO REVIEW THE IMPACT OF RECENT REVISIONS TO THE CHILD NUTRITION AND WIC REAUTHORIZATION ACT.

WHEREAS, the Child Nutrition and WIC Reauthorization Act of 2004 enacts broad changes in the long-established national program for providing nutritious foods to women, infants, and children; and

WHEREAS, the changes to the existing program create new, narrow constraints on the flexibility of individual states to tailor programs to the specific needs of women, children, and infants within each state; and

WHEREAS, over the past forty years of WIC program operation, businesses devoted exclusively to serving WIC participants have developed across the nation and throughout Arkansas; and

WHEREAS, businesses that provide services exclusively to WIC participants will be hard pressed to remain in operation under the revised WIC act; and

WHEREAS, exclusively WIC businesses will be placed at a serious competitive disadvantage by the proposal to base reimbursement payments on average prices charged by retailers who do not devote their businesses exclusively to WIC participants; and

WHEREAS, exclusively WIC businesses provide nutritional education and guidance to WIC participants, education and guidance not available through other retailers; and

WHEREAS, many exclusively WIC businesses are located in areas easily accessible to WIC participants who have difficulty gaining access to other retailers; and

WHEREAS, the proposed changes to the WIC program will weaken the program by reducing WIC participants' access to WIC outlets and by reducing the opportunities for WIC participants to receive regular and continuing education and guidance; and

WHEREAS, the proposed changes to the WIC program threaten to roll back forty years of progress in improving nutrition among women, infants, and children,

NOW THEREFORE,
BE IT RESOLVED BY THE HOUSE AND SENATE INTERIM COMMITTEES ON PUBLIC HEALTH, WELFARE, AND LABOR OF THE 85th ARKANSAS GENERAL ASSEMBLY:

THAT the House and Senate Interim Committees on Public Health, Welfare, and Labor request the Arkansas Congressional Delegation to both seek a waiver from the Secretary of the United States Department of Agriculture to exempt Arkansas' exclusively WIC businesses from the deleterious effects of the revised Child Nutrition and WIC Reauthorization Act and to amend the act to create permanent protection for Arkansas' exclusively WIC businesses.

BE IT FURTHER RESOLVED that upon adoption of this resolution, a copy of this resolution shall be transmitted to each member of the Arkansas Congressional Delegation and to the Secretary of the United States Department of Agriculture.


Respectfully Submitted,


Representative Jay Bradford, Chair
House Interim Committee on Public Health,
    Welfare & Labor

Senator Jack Critcher, Chair
Senate Interim Committee on Public Health,
    Welfare & Labor