IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION, <br><br> NUTRITIONAL FOOD DISTRIBUTORS, INC., <br><br> COUNTY FOOD SERVICES, INC., and <br><br> DILLARD FOODS, INC., <br><br>         Plaintiffs, <br> v. <br><br> FOOD AND NUTRITION SERVICE, <br><br>         Defendant. | Civil Action No. 05-2432 (EGS) |

## SECOND SUPPLEMENTAL DECLARATION OF EANN ROBINSON

I, EAnn Robinson declare that I am the Vice President and General Manager of Nutritional Food Distributors, Inc. I make this declaration based upon my personal knowledge.

1. On Friday, January 13, all customers at Oklahoma City area stores operated by Nutritional Food Distributors, Inc. were asked to fill out a survey regarding redemption of WIC vouchers. The number and percent of response for each answer to the questions are listed after each question below.

2. Question (check all appropriate answers): In using your WIC vouchers at a regular grocery store, have you:
   a. 16  27%  Never had a problem.
   b. 6   10%  Been treated badly.
   c. 9   15%  Been embarrassed.
   d. 33  56%  Had difficulty finding the WIC-authorized food that you wanted.
   e. 19  32%  Had difficulty getting the full amount of food allowed by the voucher.

3. Question: At a regular grocery store, would you be able to get the kind of WIC-authorized food that you want:
   a. 10  17%  Always.
   b. 40  68%  Sometimes.
   c. 7   12%  Never.

4. At a regular grocery, store, would you be able to get all of the food that the WIC voucher allows:
   a. 12  20%   Always.
   b. 42  71%   Sometimes.
   c. 4   7%    Never.

5. If WIC-Only grocery stores were closed, would you expect to (check one):
   a. 28  48%   Stay in the WIC Program.
   b. 8   14%   Drop out of the WIC Program.
   c. 23  39%   Don't know.

6. Listed below are all responses provided to the final question on the survey: "Do you have any experiences or stories about redeeming your WIC vouchers that you would like to share?  If it is too much trouble to write your experience, the store clerk may assist you."

   Responses:

   "The machine would not process my vouchers.  This happen twice at 2 different stores."
   Name Provided

   "Please do not close the WIC Store down.  It is so convient for me and my family.  God Bless"

   "Never can find the thing that WIC approve an get less product"

   "more convienient for me than having to go to a grocery store"

   "WIC stores only are very friendly personnel and always help you pick out the right foods.  Always answer questions and concerns about their program.  Last but not least.  They help you out to your car w/groceries."

   "Everybody at the wic store is very nice and friendly, and I have been coming in the wic store for 11 years"
   Name Provided
   Date Provided

   "Some stores give me the run around on getting Wic products."
   Name Provided
   Date Provided

2

"In Groc. Stores always had to come back because that always seem to run out of what WIC allows or just don't carry it. Always get a hard time @ Reg grocery store."
Name Provided
Date Provided

"I cant find a grocery store that carries the formula I need."

"Wic only stores are a blessing."

"I just enjoy coming because you can always get you vouchers, and treated kindly. Also its quickly."

"The clerk do good work here on 23rd Kelley!"

"dont like going to store because it is to hard to find the WIC. that why I come here."

"I have went to a regular store picked up the wrong items and Had to wait awhile before sacker can get the correct Item. also I have went to regular Store and wasn't able to get every item on wic voucher with no substituted item. I really did not like this It wasn't my fault that they wer'e our of the wic product. Thank you! coming to the wic store is very convient no waiting and looking for item they are right there."

"It would Be easy if the wic store stay open For the Food Being their and the clerk help you out and Fact and the Food Be thier as well."

"Every time I go into a regular grocery store I feel as though the cashier feels that my wic coupon is coming out of his or her pocket. But when I've come into the Wic Only they are very kind and also help me to my car."

"The wic only grocerie store has always been the best place to get my voucher. The employees are sweet and kind."
Name Provided
One of your valued customers

"That they will assist you in taking everything to your car and they have very good service."

"Just love coming to this store But we live on the S.W. side of town."

"I don't like going into a grocery store to purchase WIC products only. The sign is on the aisle however when you to go check out, They'll tell you I'm sorry that's not covered by WIC However the sign will say "WIC only.""

"I don't like going into the grocery stores because you have to look all over the store and you always forget something or you have to go back and get another kind because the kind you got wasn't on WIC."

"No. I have never used the WIC vouchers in a gorcery store. Our family lives a short distance from the WIC-only store."

"Stores does not have all the different tipes of food + juices."

"I like WIC stores you don't have to wait in line. That the grocery store you have to wait."

"I love coming to WIC stores instead of grocery stores. WIC stores treat you better and it's fast and convenient for everyone."

"I like this store because I get everything @ once & don't have to look thru the whole store."

"Someone else is writing this for me because I am unable to read and this store help me stay on WIC for my kids. Opposed to going to store and getting embarrassed when I ask for help. Please don't close store there are others like me. Thank you." (spelling corrected)

"I never have a problem when I come to the WIC only stores. They have everything on my voucher. I always have a problem getting everything at a regular store."

"My WIC store makes life much easier & less embarrassing. Please keep them open. It's very hard to fight the lines in grocery stores & 'mistakes,' w/ my children." Signed.

"I hate going to the grocery store to redeem my vouchers because when I look for the items its never clearly marked. And there are very few stores that take my WIC. Its Indian funded WCD program. So it makes it hard to even find a store that will take my kind of vouchers. And I know I can always come here to the WIC stores and find my right kinds of cereal and things and the people are always friendly and ready to help with any questions that I may have. Thank you."

"WIC has helped me out (financially_ a lot and the WIC store is a better convience than the hassle of going to the grocery store. Sometimes they are out of certain tings or there is a long line. WIC stores you go in and get what you need and leave." Signed.

"Store clerks don't always know how to fill out WIC forms, which causes delay, everyones looking at me/bably + making rude comments to hurry up. Happened more than once 'til I recently found Gov store now I prefer to come here."

"There are never enough choices @ a grocery store. And things aren't labeled right + the people who work w/ you are just not very nice like you are getting on their nerves."

"WIC only stores are more convienient to go to than regular grocery stores. They are also friendly."

"Usually @ non-WIC stores I have problems finding the correct product for the voucher -- WIC store makes it a lot easier to redeem the coupons."

"Well to me is better to leave the WIC-stores open because the best way to do just do a one way stop and you wouldn't be embarrance in the grocery store of people stairing or looking at you only because you have a WIC folder in your hand."

Under the penalty of perjury, I declare the foregoing statements are true to the best of my knowledge and belief.

Dated: January 16, 2006

                                                                                  EAnn Robinson

Case 1:05-cv-02432-EGS    Document 10-3    Filed 01/17/2006    Page 6 of 6