IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND ) <br> CHILDREN GROCERS ASSOCIATION, ) <br>  ) <br> NUTRITIONAL FOOD DISTRIBUTORS, INC., ) <br>  ) <br> COUNTY FOOD SERVICES, INC., and ) <br>  ) <br> DILLARD FOODS, INC., ) <br>  ) <br> Plaintiffs, ) <br> v. ) <br>  ) <br> FOOD AND NUTRITION SERVICE, ) <br>  ) <br> Defendant. ) <br> _____) | Civil Action No. 05-2432 (EGS) |

## SUPPLEMENTAL DECLARATION OF J.C. HALBERT

I, J.C. Halbert, declare that I am the President of County Food Services, Inc. I make this declaration based upon my personal knowledge.

1. On Thursday, January 12 and Friday, January 13, 2006 all customers at stores operated by County Food Services, Inc. were asked to fill out a survey regarding redemption of WIC vouchers. Of 71 customers on the dates of the survey, 55 responded. The number and percent of response for each answer to the questions are listed after each question below.

2. Question (check all appropriate answers): In using your WIC vouchers at a regular grocery store, have you:
    a.  6   11%   Never had a problem.
    b.  31  56%   Been treated badly.
    c.  30  55%   Been embarrassed.
    d.  43  78%   Had difficulty finding the WIC-authorized food that you wanted.
    e.  28  51%   Had difficulty getting the full amount of food allowed by the voucher.

3. Question: At a regular grocery store, would you be able to get the kind of WIC-authorized food that you want:
    a.  3   6%    Always.

    b. 38 69%   Sometimes.
    c. 14 26%   Never.

4. At a regular grocery, store, would you be able to get all of the food that the WIC voucher allows:
   a. 8 15%   Always.
   b. 38 69%   Sometimes.
   c. 9 16%   Never.

5. If WIC-Only grocery stores were closed, would you expect to (check one):
   a. 13 24%   Stay in the WIC Program.
   b. 15 27%   Drop out of the WIC Program.
   c. 27 49%   Don't know.

6. Listed below are all responses provided to the final question on the survey: "Do you have any experiences or stories about redeeming your WIC vouchers that you would like to share? If it is too much trouble to write your experience, the store clerk may assist you."

Responses:

"I have always had a better experience using the WIC store. I have never had a problem with them. I would perfer not to use a grocery store I always have some problem."

"Very time consuming – always getting wrong products even with the Red WIC Label on the shelves."

"i am handicapped. This store has a drive thru—this helps because I cant not walk through the big stores"

"Walmart makes checkout take longer waiting on supervisor to check you out"

"Store clerk very rude and embarrasing not at the WIC store."

"At Wal-Mart, there are so many chances for error, no one will help you, and if you get the wrong thing it is very embarassing. WIC personel are nice and not judgemental. Please don't close the WIC stores down."

"Sometimes the clerks don't know how to ring up a WIC voucher. Also it is always hard to find enough formula at the grocery store."

"I prefer to use wic-only stores because too often at regular stores the clerks don't know what is wic allowed and want to argue which things are Wic allowed which is embarrassing. At wic only stores everything is allowed which is so much more

convenient and the clerks are so helpful and friendly. Closing the stores would be a mistake."

"the WIC stickers are not in the right places at a reg. store. I always have to ask, about what I can get. this is very much inconvence for me and my family."

"I have always had great service @ the WIC Stores. Great customer service and it is very convient. My grocery store experience was filled w/ dealing w/ rude behavior and as if I was an inconvience."

"Please don't close these WIC Stores they're a lot better than Grocery Stores – Friendlier staff and Very Helpful Staff! Please don't shut WIC-Stores Down! Thank You!"

"When I go to WIC Only stores the people are always friendly and I don't feel bad about having WIC. Regular grocery stores I go to are always nice until they see vouchers and then they become unfriendly and act like its a hassle to do the voucher."

"Grocerie stores alot of the time run out of some of the items I need. It's hard to go to several different stores especially when you have a newborn and you need formula and everyone's out or doesn't have enough. That's why I count on the WIC only stores they always have it and its not embarrassing."

"Almost every experience redeeming WIC Vouchers at a regular grocery store were negative. Usually I was embarassed by an employee at Wal-Mart. I am very careful to look at the foods I am allowed to get and make sure to stay within the guidelines. Once I got the wrong kind of beans. The clerk yelled across the store to the manager – "She is trying to get these beans with WIC and she's not allowed." Anyhow, it was a long ordeal, very embarassing and I had 2 fussy babies in the cart. That is just one of many negative experiences. It has been such a blessing to go to the WIC only store and not have to get my babies out in the cold."

"At a grocery store that treat you very rude when using Wic. In our town I went to use them on a weekend, the lady hadn't done vouchers before and was very rude about it. It's embarrassing. The WIC Store is nice and the staff is great."

"Many times when purchasing WIC products I have been treated poorly by other guests at stores and clerks. I am a student that needs a little extra help and should not be ashamed to receive it."

"I do not like to go to Wal-Mart, because the vouchers have to be O.K.ed. It takes forever and the people in line get angry. It is more convenient to go to a WIC store because everything you need is right there. It's faster and the store clerks treats you with more respect and is more helpful."

"My experiences in the Lowell, AR wic only store have been great. I have help shopping (with two small children for my groceries, the lady Reba is always so sweet and carring. I'm very thankful that these Wic stores are open, its such a hassel to have to go to any other grocery store where they no nothing about WIC and their rules. The other stores (like Wal Mart) are rude and always act like your a hassle. The other stores don't have as many Selections of cereal, beans, juice, etc. Thank God for Reba and these little wic only stores."

"The store clerks, especially Wal-Mart, are very rude and treat wic recipients disgraceful. Supervisors have to be called to approve the vouchers, which is time consuming."

"I enjoy coming to WIC #8428 in Lowell, AR. The employess that works there, Reba, is the most exceptional employee I have ever encountered. Reba is always helpful and very talkative and friendly. The WIC stores are very helpful and convienent. I appreciate that the state provides these stores to reduce extra complication that I encounter in grocery stores."

"I will say that having the Wic store is much more convient less embarressing. At the grocery stores they never have formula or they won't give you the cereal or other items that you can get in the wic stores. They act like they are better than you because you are on wic but in the wic stores they are much nicer and more willing to help and more Caring I have had nothing but bad expearinces with the grocery stores but the wic stores I have only had good friendly experiences they are very helpful. And much more easier to bring the Kids into."

"The quality of the food is better at the WIC store. It is also easier to fill the order at the WIC store. And often times the grocery store is out of formula."

"It's too hard to get groceries in the quantities you need – <u>especially formula</u>"

"Every time I go to a regular store it is so hard to find everything I need on my WIC. It's hard to find the right size to get all the cereal I am allowed."

"It's better come here than the regular grocery store. at the regular store I never get the right thing or sometime they don't want to help what were looking for."

"You can't get different juice. You have to get all the same juice. You can't get Hilland milk. You have to get the off band milk."

"I really enjoy coming to the Wic store it is so convient."

Stamped Jan 12, 2006
"This person doesn't right well, so I Reba Metcalf wrote it for her. She has a special needs child on Pediasure. Travels to Little Rock 2 or 3 times a month. Says it is hard

to fill her vouchers in other stores because they don't have the quantity needed. Never do the other stores have 109 cans that her little guy needs. Love the little WIC stores."

"Grocery stores never allow you to get the same things at all stores – I have to plan out what I need so I'll know which store to go to and be able to get it. They have their own list of allowable foods and pay no attention to the list I get from the WIC office. Some stores won't let you get Peter Pan – only store brand. Some stores don't carry Lactaid. One store embarrassed me by arguing about allowable foods and yelling back and forth between cashiers about it. The WIC stores have very friendly people and always have the merchandise on my coupons. Closing them would be a great injustice to those of us who qualify for WIC and truly benefit from the extra food for our children."

1) "Ex. when changing vouchers at Harp's for example – they may only have 7 cans of formula instead of 9. Here at eh WIC store they never lack!
2) Ex – at Harp's doesn't have label what is WIC, sometimes And I think I get the inexpensive cheese and I get the wrong one (no label). then i wait in line w/ all the line behind me for a checker to run and get the right cheese – Here at the WIC store – I know I always get the right product and there is no need for a return!"
Initials Provided

"I feel stupid when I go to Wal-Mart and grab the wrong thing, you have to wait in line, and the people behind you get mad! that never happens at the wic only Stores, the Service is Always, fast, friendly, and convenient."
Name Provided

"I don't like going to the stores with my kids. its too time consuming. I like the WIC Stores, its much more convienent."

"Wic Stores are better."

"I would like for the WIC Store to stay open. I am more comoftable shopping here for my WIC. At normal store there is aways to many problems and to much time it takes to get an order right. Please keep stores open.
Thank you,"
Name Provided

"I have had problems at Wal-Mart and Harp's both with not having the items I need. If the WIC only stores shut down I would be very unhappy and I would be forced to shop at other stores. The WIC only stores are a better place to shop, because everything I need is right there in one plase. the items and amounts are easyer to find and they are willing to help you (I) get and find what you need. if I need help. (Please do not shut these stores Down. If you do I belive that you are doing the

>   american people a great injustis.  We dsirve to have good custamer service like everyone else.)  Name Provided – a WIC Custemer"

Under the penalty of perjury, I declare the foregoing statements are true to the best of my knowledge and belief.

Dated: January 16, 2006

                                                            J.C. Halbert