UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS AND CHILDREN GROCERS ASSOCIATION, et. al.,<br><br>                                    Plaintiffs,<br>v.<br><br>FOOD AND NUTRITION SERVICE,<br><br>                                    Defendant. | MOTION FOR SUMMARY JUDGMENT<br><br>Case No. 1:05-cv-02432-EGS<br>Judge Emmet G. Sullivan |

**DEFENDANT FNS'S MOTION FOR SUMMARY JUDGMENT**

Defendant Food and Nutrition Service respectfully moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. As set forth in the accompanying memorandum, there is no genuine issue of material fact with respect to the lawfulness of the interim final rule issued by the defendant on November 29, 2005. See Interim Rule, Special Supplemental Nutrition Program for Women, Infants and Children (WIC): Vendor Cost Containment, 70 Fed. Reg. 71708 (Nov. 29, 2005). The interim rule is consistent with the vendor cost containment provisions of the Child Nutrition and WIC Reauthorization Act of 2004, Pub. L. 108-265, Title II, 118 Stat. 771 (June 30, 2004) (codified at 42 U.S.C. § 1786(h)(11)), and the defendant observed all necessary procedures in the rule's promulgation.

In support of this motion, the defendant relies upon the accompanying Memorandum in Support of Defendant's Motion for Summary Judgment, the declaration and exhibits attached thereto, and the accompanying Statement of Material Facts as to which there is No Genuine Issue. For the reasons explained in these materials, defendant respectfully requests that the Court grant the defendant's motion and enter the attached order.

Dated: January 17, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

JAMES J. GILLIGAN
Assistant Director, Federal Programs Branch

/s/ Amy E. Powell
AMY E. POWELL
Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W. Rm. 7217
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS AND<br>CHILDREN GROCERS ASSOCIATION, et. al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FOOD AND NUTRITION SERVICE,<br><br>    Defendant. | PROPOSED ORDER<br><br>Case No. 1:05-cv-02432-EGS<br>Judge Emmet G. Sullivan |

## **PROPOSED ORDER**

Upon consideration of the defendant's motion for summary judgment and the opposition thereto, it is

ORDERED THAT defendant's motion is granted and judgment is entered in defendant's favor.

SO ORDERED.

DATED: _____          SIGNED: _____
                                                                              Honorable Emmet G. Sullivan
                                                                              United States District Court Judge