# EXHIBIT A1

## Potential Above-50-Percent Vendors - FY-2004

| State Agency | WIC Vendors Authorized | WIC Vendors Authorized by FSP | Potential Above 50% Vendors | | Total Potential Above-50% Vendors | WIC Vendors with WIC/FSP and WIC Redemptions Ratio Above 50% | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No WIC/FSP Match[1] | WIC-to-FSP + WIC Redemptions Ratio Above 50% | | GS | CS | SM | CO | CG | SF | MC | CR | OF | HF | PS |
| **Northeast Region** | | | | | | | | | | | | | | | | |
| Connecticut | 910 | 700 | 210 | 183 | 393 | 84 | 80 | 5 | 5 | 8 | 0 | 0 | 1 | 0 | 0 | 0 |
| Indian Township | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maine | 309 | 283 | 26 | 4 | 30 | 0 | 0 | 0 | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 0 |
| Massachusetts | 1,032 | 886 | 146 | 362 | 508 | 94 | 155 | 8 | 101 | 0 | 0 | 0 | 4 | 0 | 0 | 0 |
| New Hampshire | 276 | 211 | 65 | 30 | 95 | 9 | 16 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| New York | 5,285 | 4,775 | 510 | 1,235 | 1,745 | 1,093 | 82 | 22 | 7 | 16 | 12 | 1 | 0 | 1 | 0 | 1 |
| Pleasant Point, Maine | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rhode Island | 243 | 225 | 18 | 58 | 76 | 22 | 27 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Seneca Nation, New York | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vermont | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Northeast Region** | 8,068 | 7,093 | 975 | 1,872 | 2,847 | 1,302 | 360 | 36 | 122 | 31 | 12 | 2 | 5 | 1 | 0 | 1 |
| **Mid-Atlantic Region** | | | | | | | | | | | | | | | | |
| Delaware | 82 | 74 | 8 | 1 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| District of Columbia | 40 | 29 | 11 | 0 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maryland | 645 | 481 | 164 | 1 | 165 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Jersey | 844 | 626 | 218 | 110 | 328 | 72 | 4 | 29 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| Pennsylvania | 1,636 | 1,409 | 227 | 14 | 241 | 11 | 0 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 |
| Puerto Rico | 736 | 0 | 736 | 0 | 736 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Virgin Islands | 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Virginia | 837 | 786 | 51 | 38 | 89 | 10 | 4 | 8 | 0 | 13 | 3 | 1 | 0 | 0 | 0 | 0 |
| West Virginia | 464 | 430 | 34 | 49 | 83 | 24 | 7 | 0 | 0 | 14 | 0 | 0 | 3 | 0 | 0 | 0 |
| **Total Mid-Atlantic Region** | 5,296 | 3,847 | 1,449 | 213 | 1,662 | 118 | 15 | 39 | 2 | 27 | 4 | 3 | 5 | 1 | 0 | 0 |

[1] Either the vendor was not authorized by the FSP, or the FSP authorization number in TIP did not match the number in STARS.

**FSP Category Codes:**
- CG - Combination Grocery
- CM - Combination Grocery/Merchandise
- CO - Convenient Other
- CR - Combination Grocery/Restaurant
- CS - Convenient Store
- GS - Grocery Store
- HF - Health Foods
- MC - Military Commissary
- OF - Other Firm
- PS - Produce Stand
- SF - Speciality Food
- SM - SuperMarket

00376

## Potential Above-50-Percent Vendors - FY-2004

| State Agency | WIC Vendors Authorized | WIC Vendors Authorized by FSP | Potential Above 50% Vendors | | Total Potential Above-50% Vendors | WIC Vendors with WIC/FSP and WIC Redemptions Ratio Above 50% | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No WIC/FSP Match[1] | WIC-to-FSP + WIC Redemptions Ratio Above 50% | | GS | CS | SM | CO | CG | SF | MC | CM | CR | OF | HF | PS |
| **Southeast Region** | | | | | | | | | | | | | | | | | |
| Alabama | 958 | 843 | 115 | 41 | 156 | 15 | 9 | 2 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cherokee, North Carolina | 5 | 5 | 0 | 3 | 3 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Choctaw, Mississippi | 10 | 10 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Florida | 2,292 | 2,001 | 291 | 90 | 381 | 37 | 14 | 25 | 0 | 7 | 0 | 5 | 1 | 1 | 0 | 0 | 0 |
| Georgia | 1,930 | 1,504 | 426 | 166 | 592 | 47 | 38 | 22 | 20 | 35 | 2 | 0 | 1 | 1 | 0 | 0 | 0 |
| Kentucky | 1,284 | 1,099 | 185 | 78 | 263 | 38 | 18 | 0 | 4 | 12 | 0 | 1 | 4 | 1 | 0 | 0 | 0 |
| Mississippi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| North Carolina | 2,163 | 1,873 | 290 | 368 | 658 | 75 | 176 | 20 | 5 | 34 | 49 | 1 | 4 | 4 | 0 | 0 | 0 |
| South Carolina | 942 | 662 | 280 | 25 | 305 | 6 | 9 | 6 | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 0 |
| Tennessee | 1,187 | 1,066 | 121 | 87 | 208 | 35 | 23 | 5 | 9 | 7 | 2 | 0 | 3 | 1 | 0 | 2 | 0 |
| **Total Southeast Region** | 10,771 | 9,063 | 1,708 | 860 | 2,568 | 257 | 287 | 81 | 38 | 111 | 53 | 8 | 15 | 8 | 0 | 2 | 0 |
| **Midwest Region** | | | | | | | | | | | | | | | | | |
| Illinois | 1,953 | 1,653 | 300 | 284 | 584 | 71 | 2 | 50 | 156 | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Indiana | 692 | 592 | 100 | 38 | 138 | 6 | 0 | 6 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Michigan | 2,128 | 1,586 | 542 | 17 | 559 | 3 | 11 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Minnesota | 1,213 | 940 | 273 | 243 | 516 | 114 | 50 | 40 | 5 | 28 | 3 | 0 | 3 | 0 | 0 | 0 | 0 |
| Ohio | 1,558 | 1,379 | 179 | 142 | 321 | 62 | 30 | 5 | 34 | 8 | 0 | 0 | 3 | 0 | 0 | 0 | 0 |
| Wisconsin | 1,151 | 951 | 200 | 240 | 440 | 124 | 31 | 35 | 35 | 10 | 2 | 0 | 1 | 1 | 0 | 0 | 0 |
| **Total Midwest Region** | 8,695 | 7,101 | 1,594 | 964 | 2,558 | 380 | 124 | 136 | 257 | 50 | 6 | 2 | 7 | 1 | 0 | 0 | 0 |

[1] Either the vendor was not authorized by the FSP, or the FSP authorization number in TIP did not match the number in STARS.

FSP Category Codes:
CG - Combination Grocery
CM - Combination Grocery/Merchandise
CO - Convenient Other
CR - Combination Grocery/Restaurant
CS - Convenient Store
GS - Grocery Store
HF - Health Foods
MC - Military Commissary
OF - Other Firm
PS - Produce Stand
SF - Speciality Food
SM - SuperMarket

00377

## Potential Above-50-Percent Vendors - FY-2004

| State Agency | WIC Vendors Authorized | WIC Vendors Authorized by FSP | Potential Above 50% Vendors | | Total Potential Above-50% Vendors | WIC Vendors with WIC/FSP and WIC Redemptions Ratio Above 50% | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No WIC/FSP Match[1] | WIC-to-FSP + WIC Redemptions Ratio Above 50% | | GS | CS | SM | CO | CG | SF | MC | CM | CR | OF | HF | PS |
| **Southwest Region** | | | | | | | | | | | | | | | | | |
| ACL, New Mexico | 7 | 5 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arkansas | 557 | 498 | 59 | 14 | 73 | 11 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Cherokee Nation, Oklahoma | 72 | 67 | 5 | 3 | 8 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Chickasaw, Oklahoma | 28 | 27 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Choctaw Nation, Oklahoma | 42 | 42 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Eight Northern Pueblo, NM | 11 | 10 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Five Sandoval, New Mexico | 6 | 6 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Isleta, New Mexico | 5 | 5 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inter-Tribal Council, Oklahoma | 11 | 10 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| Louisiana | 898 | 879 | 19 | 106 | 125 | 56 | 29 | 8 | 1 | 6 | 1 | 0 | 3 | 0 | 0 | 0 | 0 |
| Muscogee Creek, Oklahoma | 58 | 57 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |
| New Mexico | 265 | 252 | 13 | 31 | 44 | 18 | 3 | 2 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 0 |
| Oklahoma | 578 | 529 | 49 | 18 | 67 | 12 | 0 | 3 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| Osage Nation, Oklahoma | 34 | 32 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Otoe-Missouria, Oklahoma | 20 | 19 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Potawatomi, Oklahoma | 35 | 31 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| San Felipe, New Mexico | 5 | 0 | 5 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Santo Domingo, New Mexico | 4 | 0 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Texas | 2,653 | 2,302 | 351 | 191 | 542 | 58 | 67 | 43 | 0 | 14 | 1 | 4 | 0 | 0 | 1 | 3 | 0 |
| WCD, Oklahoma | 42 | 39 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Zuni, New Mexico | 9 | 9 | 0 | 2 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Southwest Region** | 5,340 | 4,819 | 521 | 369 | 890 | 159 | 100 | 56 | 2 | 27 | 2 | 7 | 6 | 2 | 8 | 0 | 0 |

[1] Either the vendor was not authorized by the FSP, or the FSP authorization number in TIP did not match the number in STARS.

FSP Category Codes:
CG - Combination Grocery
CM - Combination Grocery/Merchandise
CO - Convenient Other
CR - Combination Grocery/Restaurant

CS - Convenient Store
GS - Grocery Store
HF - Health Foods
MC - Military Commissary

OF - Other Firm
PS - Produce Stand
SF - Speciality Food
SM - SuperMarket

00378

## Potential Above-50-Percent Vendors - FY-2004

| State Agency | WIC Vendors Authorized | WIC Vendors Authorized by FSP | Potential Above 50% Vendors | | | WIC Vendors with WIC/FSP and WIC Redemptions Ratio Above 50% | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No WIC/FSP Match[1] | WIC-to-FSP + WIC Redemptions Ratio Above 50% | Total Potential Above-50% Vendors | GS | CS | SM | CO | CG | SF | MC | CM | CR | OF | HF | PS |
| **Mountain Plains Region** | | | | | | | | | | | | | | | | | |
| Cheyenne River, South Dakota | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colorado | 439 | 403 | 36 | 27 | 63 | 5 | 0 | 20 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Eastern Shoshone Tribe, WY | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Iowa | 726 | 630 | 96 | 63 | 159 | 36 | 2 | 11 | 12 | 1 | 0 | 2 | 1 | 0 | 0 | 0 | 0 |
| Kansas | 406 | 340 | 66 | 24 | 90 | 14 | 0 | 8 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Missouri | 818 | 686 | 132 | 12 | 144 | 5 | 2 | 1 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Montana | 266 | 246 | 20 | 4 | 24 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nebraska | 440 | 387 | 53 | 40 | 93 | 19 | 0 | 6 | 13 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| North Dakota | 211 | 182 | 29 | 23 | 52 | 18 | 0 | 1 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| Northern Arapahoe, Wyoming | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Omaha Santee, Nebraska | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rosebud, South Dakota | 11 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| South Dakota | 221 | 214 | 7 | 31 | 38 | 26 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| Standing Rock, North Dakota | 8 | 7 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 327 | 286 | 41 | 26 | 67 | 15 | 2 | 3 | 0 | 4 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Ute Mountain, Colorado | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Three Affiliated Tribes, ND | 12 | 12 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Winnebago, Nebraska | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wyoming | 95 | 90 | 5 | 8 | 13 | 4 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |
| **Total Mountain Plains Region** | **3,997** | **3,511** | **486** | **259** | **745** | **147** | **6** | **53** | **26** | **9** | **2** | **11** | **3** | **2** | **2** | **0** | **0** |

[1] Either the vendor was not authorized by the FSP, or the FSP authorization number in TIP did not match the number in STARS.

FSP Category Codes:
CG - Combination Grocery
CM - Combination Grocery/Merchandise
CO - Convenient Other
CR - Combination Grocery/Restaurant

CS - Convenient Store
GS - Grocery Store
HF - Health Foods
MC - Military Commissary

OF - Other Firm
PS - Produce Stand
SF - Speciality Food
SM - SuperMarket

00379

## Potential Above-50-Percent Vendors - FY-2004

| State Agency | WIC Vendors Authorized | WIC Vendors Authorized by FSP | Potential Above 50% Vendors ||| WIC Vendors with WIC/FSP and WIC Redemptions Ratio Above 50% |||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No WIC/FSP Match[1] | WIC-to-FSP + WIC Redemptions Ratio Above 50% | Total Potential Above- 50% Vendors | GS | CS | SM | CO | CG | SF | MC | CM | CR | OF | HF | PS |
| **Western Region** | | | | | | | | | | | | | | | | | |
| Alaska | 227 | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * |
| American Samoa | 84 | 0 | 84 | 0 | 84 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arizona | 610 | 579 | 31 | 61 | 92 | 31 | 15 | 1 | 0 | 4 | 3 | 4 | 0 | 0 | 3 | 1 | 0 |
| California | 4,479 | 3,641 | 838 | 473 | 1,311 | 150 | 51 | 241 | 2 | 6 | 0 | 13 | 5 | 1 | 3 | 0 | 0 |
| Guam | 13 | 13 | 0 | 4 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hawaii | 132 | 128 | 4 | 6 | 10 | 2 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| Idaho | 218 | 214 | 4 | 17 | 21 | 8 | 1 | 5 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| ITCA, Arizona | 177 | 170 | 7 | 10 | 17 | 5 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ITCN, Nevada | 41 | 40 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | 0 | 0 | 0 |
| Navajo Nation, Arizona | 140 | 140 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nevada | 217 | 179 | 38 | 3 | 41 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Oregon | 651 | 574 | 77 | 32 | 109 | 25 | 1 | 2 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| Washington | 773 | 733 | 40 | 33 | 73 | 9 | 3 | 14 | 1 | 1 | 0 | 4 | 1 | 0 | 0 | 1 | 0 |
| **Total Western Region** | **7,451** | **6,411** | **1,040** | **640** | **1,764** | **236** | **72** | **263** | **4** | **16** | **3** | **27** | **9** | **2** | **7** | **1** | **0** |
| | | | | | | | | | | | | | | | | | |
| **National Total** | **49,618** | **41,845** | **7,773** | **5,177** | **13,034** | **2,599** | **964** | **664** | **451** | **271** | **82** | **60** | **45** | **20** | **16** | **3** | **1** |

[1] Either the vendor was not authorized by the FSP, or the FSP authorization number in TIP did not match the number in STARS.
*Alaska was unable to report redemption data on their FY-2004 TIP report, therefore, we were unable to match WIC redemption data with FSP redemption data

FSP Category Codes:
CG - Combination Grocery                CS - Convenient Store               OF - Other Firm
CM - Combination Grocery/Merchandise    GS - Grocery Store                  PS - Produce Stand
CO - Convenient Other                   HF - Health Foods                   SF - Speciality Food
CR - Combination Grocery/Restaurant     MC - Military Commissary            SM - SuperMarket

00380