# EXHIBIT A2

# WIC COMPETITIVE PRICING SYSTEMS PROFILES


| STATE AGENCY | PAGE |
|---|---|
| California | 1 |
| Colorado | 3 |
| Florida | 7 |
| Iowa | 10 |
| Massachusetts | 14 |
| Michigan | 18 |
| Nebraska | 26 |
| Nevada | 30 |
| New York | 33 |
| North Carolina | 49 |
| North Dakota | 52 |
| Pennsylvania | 54 |
| Tennessee | 57 |
| Texas | 64 |
| Utah | 66 |
| Virginia | 71 |
| Wisconsin | 75 |
| Wyoming | 77 |

# WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: CALIFORNIA**

1. If the State agency uses peer groups, please describe them using the attached chart.

   We currently do not use peer groups for authorization or reimbursement.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups: N/A currently. *Proposed criterion for future peer groups

   - [ ] WIC sales volume
   - [ ] Gross food sales volume
   - [x] Number of cash registers*
   - [ ] Square footage of store
   - [ ] Geographic location
     - [ ] Local agency service areas
     - [x] City, county, or regional divisions*
     - [ ] Urban, rural, suburban
     - [ ] Zip codes
     - [ ] Unique economic location (*specify*)
     - [ ] Other (*please specify*): ____________

3. List/describe the State agency's competitive price selection criteria.

   Vendor Applicant's shelf prices are compared to our statewide maximum reimbursement to ensure that WIC participants will be able to purchase authorized foods.

   Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

   Prior to becoming authorized an applicant vendor's shelf prices are manually reviewed to see if they are reasonable. If so, then they are subjected to an automated review that performs various iterations of different combinations of WIC authorized foods. If it is determined that a participant could make their purchases within the maximum reimbursement level then the vendor will continue to be processed for authorization. If not, the vendor will be contacted and informed of the prices that were above an allowable tolerance. The vendor will then be given an opportunity to make an adjustment. If the adjustment fails to pass the vendor will be denied.

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group. N/A

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

   Food instruments submitted for payment are sent to the State Treasurer's Office for processing. A pre-payment edit compares the price submitted to the maximum reimbursement amount for that F.I. If it is above then it is denied and returned to the vendor.

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   (a) Strengths: Fairly easy to administer one statewide max value for each food type. Ensures participant access.

   (b) Weaknesses: Allows some vendors to take advantage of statewide max value by increasing prices above normal levels for that particular area or store type. Difficult to determine max value for an entire state (over 4,000 vendor) with the any precision. Requires staff time to monitor and review max values to determine the need for adjustment. Relies too much on the competitive market place to keep shelf prices at a reasonable level.

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

   Convert all food instruments to multiple products (combinations of WIC authorized foods), eliminate the max value from being printed on the F.I. and develop a max value based on previous several months of redemption data and by peer group. Periodically, a more comprehensive review would be performed (once a year) looking at shelf prices and wholesale data. If a store submits an F.I. above the max value it will be denied but the vendor will be credited with an amount equal to the mean for that F.I. in their peer group

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.
   - Determining total food sales of a vendor
   - Placement of a brand new store without any payment history into a peer group
   - Our state's regulatory process
   - Implementation of section 10 (E)—definition of vendors "comparable" to WIC-only vendors
   - Definition of "food or merchandise of nominal value" as incentives and expected sanction for violation

01063

# WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: COLORADO**

1. If the State agency uses peer groups, please describe them using the attached chart.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

- [ ] WIC sales volume
- [ ] Gross food sales volume
- [ ] Number of cash registers
- [ ] Square footage of store

X Geographic location
- [ ] Local agency service areas
- X City, county, or regional divisions
- [ ] Urban, rural, suburban
- [ ] Zip codes
- [ ] Unique economic location (*specify*)
- X Other (*please specify*): Chain Affiliation

3. List/describe the State agency's competitive price selection criteria.

Shelf prices should be competitive (within 10%) with other WIC-approved retailers in the geographical area. Vendors that exceed this limit and no longer meet limitation criteria (Section IV) are subject to Agreement termination.

Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

WIC checks are issued for up to three months at a time to Participants for the purchase of food items prescribed on the check. The specific foods and quantities to be received by each Participant are determined by WIC based on the Participant's specific needs. The Participant uses the checks at an authorized grocery store, pharmacy, or commissary. Colorado has a retailer-specific system which means Participants select an authorized Retailer at the time they receive their checks. The check is made payable to a specific store and may not be accepted by any other store.

In order to receive payment for the checks it is important that specified procedures be followed. Checks are redeemed by Participants, deposited by Retailers, and paid by the Program's bank. The Program contracts with a bank for check processing services.

01064

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

   The State has established a matrix of several regions and store types that make up price categories based on food price lists submitted by approved retailers. Each approved WIC retailer is assigned to a price classification and given a computer code. Participants are asked in which (approved) store they wish to shop and this is recorded on the ASPENS system. When the participant's checks are printed, food price estimates are calculated based upon that retailer's price category. This system is referred to as predata capture. Predata capture requires that an endorser preselect a retailer for each check generated by the computer. The computer maintains a complete file and each month generates a Retailer Report. This report lists each retailer and checks redeemed. This system provides retailer monitoring capabilities.

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels. N/A

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

   Checks are reviewed before payment to determine if the Program's policies and procedures have been met. Checks that meet the Program's policies and procedures are approved and paid. Checks that do not meet the Program's policies and procedures are rejected and not paid.

   Checks that exceed the estimated value will be rejected. The estimated value of the check is based on the prices submitted by the store on their *Shelf Price List*. However, retailers may submit documentation supporting the dollar amount or request a replacement check.

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   (a) Strengths: Checks redeemed in error (e.g., over the maximum amount) are not paid.

   (b) Weaknesses: Perhaps excessive sub-categories- There are six regions within each peer group, resulting in a total of 36 pricing groups.

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

Automate the system to provide the specific data used to monitor price compliance.

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 | FI #2 | FI #3 | FI #4 | |
| 1 | Chain Store - Albertsons | 118.51 | 38.65 | | | 53 |
| 2 | Chain Store – King Soopers | 120.40 | 36.52 | | | 82 |
| 3 | Chain Store – City Market | 120.31 | 38.03 | | | 33 |
| 4 | Chain Store – Wal-Mart | 115.00 | 30.92 | | | 30 |
| 5 | Independent Stores | 126.00 | 34.61 | | | 100 |
| 6 | Chain Store - Safeway | 120.31 | 37.88 | | | 106 |
| 7 | Commissaries and Pharmacies | 99.52 | 26.16 | | | 6 |

F1: 9 cans of contract brand infant formula (Similac powder)
F2: 28 oz. cereal, 3 12-oz. cans frozen juice, 1 18-oz. jar of peanut butter, 2 gallons milk, 1 pound cheese, 1 dozen eggs

# WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: FLORIDA**

1. If the State agency uses peer groups, please describe them using the attached chart.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

- ☐ WIC sales volume
- ☐ Gross food sales volume
- ☐ Number of cash registers
- ☐ Square footage of store

X Geographic location
- ☐ Local agency service areas
- X City, county, or regional divisions
- ☐ Urban, rural, suburban
- ☐ Zip codes
- ☐ Unique economic location (*specify)*
- X Other (*please specify*): type of store: independent or chain

3. List/describe the State agency's competitive price selection criteria.

   The food item prices of the vendor applicant must be within 10% of the average retail price for each food item of currently authorized WIC vendors in the applicant's economic region.

   Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

   The applicant's food item prices are compared to the average price + 10% charged for each food item by authorized vendors in the applicant's economic region.

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

   To the extent possible, we let market forces determine retail prices. From that starting point, we calculate maximum allowable WIC check reimbursement prices from a statewide average of food item prices charged by all vendors, regardless of peer group. Additionally, independent vendors are monitored to ensure they charge prices that are competitive within their economic region.

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.
   Florida uses peer groups.

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

   1. Each WIC check type has a maximum allowable payment amount assigned to it. Exceeding the maximum payable amount is a fatal edit that prevents check payment. Maximum allowable payment by check type is based on the competitive pricing of the individual food items listed on each check.

   2. The state WIC office monitors prices in several ways:
   - through data collected from our Vendor Activity Monitoring Profile (VAMP) data system
   - by collection of independent store prices
   - review of rejected WIC checks
   - communication with vendors
   - compliance reviews of stores

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   (a) Strengths: simple to calculate competitive prices at a macro level

   (b) Weaknesses: labor intensive to enforce at the micro level.

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

   More frequent collection and review of prices from more vendors.

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

   The requirement to maintain a database of all wholesalers and retailers from whom vendors can purchase infant formula.

**VENDOR PEER GROUPS**

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 008 | FI #2 161 | FI #3 032 | FI #4 162 | |
| 1 | Major chain stores | $14.50 | $34.50 | $10.50 | $36.00 | 1,606 |
| 2 | Independents, including WIC-onlys and small supermarkets | " | " | " | " | 475 |
| 3 | Military commissaries | " | " | " | " | 11 |
| 4 | Pharmacies | " | " | " | " | 9 |

008 – milk: 1 gal or 4 cans evap or 4 qts dry; eggs: 1 doz; cheese: up to 1 lb; juice: 12 oz froz or 1 can/bottle 46 oz.
161 – milk: 2 gal or 8 cans evap or 8 qts dry; eggs: 1 doz; cheese: up to 1 lb; juice: 24 oz froz or 2 can/bottle 46 oz; cereal: up to 36 oz; dry beans or peas: up to 1 lb.
032 – milk: 1½ gal or 6 cans evap or 6 qts dry; juice: 12 oz froz or 1 can/bottle 46 oz.
162 – milk: 2 gal or 8 cans evap or 8 qts dry; eggs: 1 doz; cheese: up to 1 lb; juice: 24 oz froz or 2 can/bottle 46 oz; cereal: up to 36 oz: peanut butter: up to 18 oz.

# WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: IOWA**

1. If the State agency uses peer groups, please describe them using the attached chart.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

- ☐ WIC sales volume
- ☐ Gross food sales volume
- ☒ Number of cash registers
- ☐ Square footage of store
- ☐ Geographic location
  - ☐ Local agency service areas
  - ☐ City, county, or regional divisions
  - ☐ Urban, rural, suburban
  - ☐ Zip codes
  - ☐ Unique economic location (*specify*)
  - ☒ Other (*please specify*):

**Iowa uses the following criteria:**

- Store Structure: Sole Owner, Partnership, or Corporate
- Vendor Type: Grocery Vendor or Special Purpose Vendor (Allowed to only redeem infant or special needs formula.)

3. List/describe the State agency's competitive price selection criteria.

Approved vendors must charge overall prices for the supplemental foods that are:

- Within 5% of the average prices charged by all authorized vendors of the same size, and type, and
- Within 15% for any single category of item. (i.e., fluid milk, juice, peanut butter)

Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

- The initial price survey is compared to the average retail prices charged by the vendors in the prospective vendor's assigned peer group.
- Prices are verified during the initial store visit.
- Price surveys are conducted quarterly to assure current pricing.
- Recent market changes are also a consideration.

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

The State has established an allowable exception rate by peer group and food instrument package. The allowable exception rate is currently being reviewed. Criteria that are currently being used:

01071

- Pricing structure used by the 6 largest distribution centers supplying groceries to Iowa stores,
- Percent of difference between redeemed values charged by peer groups, and
- Anticipated market changes furnished by major fluid dairy processors, grocery suppliers, and manufacturers.

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

   N/A. Iowa uses peer groups.

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

   - Pricing surveys (Quarterly-Random market samplings-Random product samplings)
   - Check Exception Reports
   - Daily Electronic Monitoring of WIC FI's
   - Daily Banking Summaries – Checks rejected because they were redeemed for over the $100.00 maximum value.
   - Participant comment cards – participants awareness of pricing in there area.

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   (a) Strengths:
   - Like store comparison – compare stores of similar size and type.
   - Allows participants the freedom to shop at the store of their choice.
   - Requires us to develop a good working relationship with warehouses and retail community – open communication with Iowa Grocery Industry Association, Retailers, Suppliers and Manufacturers.

   (b) Weaknesses:
   - Check exception percentages: The exception percentages will be reviewed for each food package.
   - Collection of pricing data. Collection is currently a manual process. We are reviewing the possibility of collecting prices electronically to help tighten cost containment measures.
   - Current system does not allow for the capture of specific number of infant/special needs formula containers purchased. (i.e: Infant formula – EBT would resolve this issue).

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

   - Electronic capture of pricing information
   - Electronic calculations

01072

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

- Establishment of separate peer groups for stores that meet 50% criteria
  - Assigning stores that meet the 50% criteria to their own peer group – creates a peer group that could charge higher retail prices than other peer groups.
- Discrimination against WIC-only stores – need to eliminate WIC-only wording and develop peer groups based on "competitive price structures".
- Ma & Pa Stores -- peer groups can not be determined by only pricing factors, must include other criteria such as # of registers, edible food dollars, square footage, geographic factors/ZIP codes, etc.

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 001 | FI #2 011 | FI #3 031 | FI #4 213 | |
| 1 | 1 Register, Partnership or Sole Owner (Grocery Store) | 29.46 | 16.46 | 6.14 | 44.90 | 43 |
| 2 | 1-2 Registers, Corporate Owner (Grocery Store) | 26.25 | 14.45 | 5.55 | 41.21 | 25 |
| 3 | 2 Registers, Partnership or Sole Owner (Grocery Store) | 26.62 | 14.66 | 5.64 | 44.08 | 103 |
| 4 | 3-8 Registers, Partnership or Sole Owner (Grocery Store) | 26.00 | 14.24 | 5.26 | 40.97 | 86 |
| 5 | 3-8 Registers, Corporate Owner (Grocery Store) | 23.28 | 13.08 | 4.91 | 38.29 | 162 |
| 6 | 9+ Registers, Partnership or Corporate Owner (Grocery Store) | 22.48 | 12.93 | 4.79 | 35.94 | 142 |
| | Special Purpose not authorized to redeem "grocery checks" | | | | | |
| 7 | 1 Register, Corporate Owner (Special Purpose Vendor.) Stores are authorized to only redeem WIC Checks for Infant or Special Needs Formula ) | | | | 35.94 | 15 |
| 8 | 1-5 Registers, Partnership or Sole Owner, and/or 2-5 Registers, Corporate Owner. (Special Purpose Vendor) | | | | 38.88 | 94 |
| 9 | 6+ Registers, Corporate Owner | | | | 36.97 | 8 |
| **All Iowa WIC checks have a maximum allowed value of $100.00. This value is monitored by our banking contractor. Any WIC check that is redeemed for over $100.00 is rejected. Each food package has an allowable exception rate. Iowa is a post audit state. Iowa request reimbursement for checks that are redeemed over the allowable value.** | | | | | | **Total Vendors 678** |

**FI #1 (001):** Full Food Instrument -- 2 Gallon Milk, 16 oz. Natural Cheese, 36 oz. Cereal, 1 Doz. Eggs, 3 Containers - 46oz. OR 12 oz. Frozen Juice
**FI #2 (011):** 2 Gallon Milk, 3 Containers - 46oz. OR 12 oz. Frozen Juice, 1 Doz. Eggs
**FI #3 (031):** 1 Gallon Milk, 1 Container 18 oz. or less Peanut Butter-No Spreads
**FI #4 (213):** 3 Containers 12.9 oz. Enfamil Lipil with Iron

# WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: MASSACHUSETTS**

1. If the State agency uses peer groups, please describe them using the attached chart.
   *Yes*

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

   - ☐ WIC sales volume
   - ☐ Gross food sales volume
     - ✓ *Number of cash registers*
   - ☐ Square footage of store
     - ✓ *Type of Business*
     - ✓ *Type of Ownership*
   - ☐ Geographic location
   - ☐ Local agency service areas
   - ☐ City, county, or regional divisions
   - ☐ Urban, rural, suburban
   - ☐ Zip codes
   - ☐ Unique economic location (*specify*)
   - ☐ Other (*please specify*): ____________

3. List/describe the State agency's competitive price selection criteria.

   *Massachusetts WIC Program has a system for containing prices known as the Maximum Redemption Price System (MRP). For each peer group, the WIC Program establishes a Maximum Redemption Price or MRP for WIC products. The MRP is defined as an average redemption price based on the latest 3 months worth of accumulated transactions, and is calculated for each check type and peer grouping according to a statistical formula.*

   Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

   *The WIC Program reviews an applicant's prices to ascertain whether proposed prices fall within the fair and competitive price range established by the WIC Program for stores in the applicant's peer group as established by the WIC Program. Please refer to graphics check type 005 and check type 400 for more specific details.*

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

   *To develop vendor peer grouping and to identify a base of low/high prices ranges for each vendor peer group, Massachusetts conducted a statewide analysis of store characteristics and pricing for WIC products.*

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

   *N/A*

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

*The MRP file is maintained at the WIC contract bank so when a WIC check is presented at the bank, the bank reviews the vendor stamp number, peer group and check type to find the appropriate maximum price from the MRP file. The check is either paid or rejected accordingly. If the check price exceeds the MRP for the check type and peer group, the check is rejected and returned to the vendor. In such cases, on the next business day, the bank automatically generates a payment to the vendor for the MRP amount. The vendor is only paid the MRP for that check type and peer group. An ACH credit is sent to the vendor and a service fee $1.50 is assessed against each transaction (a transaction can include multiple checks).*

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

*The Vendor Management System is working well for Massachusetts WIC.*

Strengths:

- ✓ *The MRP system was developed and implemented with the input from the Massachusetts WIC Retailers Advisory Council. Members include representatives from each of the several retails associations: Massachusetts Food Association (MFA), Latino American Grocers Association (LAGA), New England Wholesaler & Food Distributors Association, New England Convenience Stores Association, Massachusetts Chain Drug Store Council, and Retailers Association of Massachusetts. Vendors viewed MRP as a positive methodology, allowing prices paid by WIC to reflect cost increases.*
- ✓ *Strengthening and facilitating the authorization process*
- ✓ *Ten peer groups allow like-stores to be grouped together to reflect similar operating environments and pricing.*
- ✓ *MRP set by a calculation that reflects actual shelf prices at the store, eliminating state office judgment calls while allowing for cost containment.*
- ✓ *Vendor cost is controlled because of more exact redemption information that uses an actual current 3 moth rolling average.*
- ✓ *Check rejection from stores with sharply escalating prices and for out-of-line prices in comparison to their peer group.*
- ✓ *State Office can negotiate for an individual vendor to keep price increases within those of its peer group. To do so, State uses MRP information gained through: 1) requirement that vendors notify WIC of pending item price increases and 2) individual vendor check rejection data.*
- ✓ *MRP system is completely computerized.*
- ✓ *MRP system is maintained by the WIC contract bank.*

Weaknesses:

- ✓ *Retailers do not like the ACH Credit Report Service fee of $1.50.*
- ✓ *Following this spring's milk price crisis, vendors realized that MRP can work in WIC's favor and keep their prices increases down. They are not thrilled with having to negotiate some prices with WIC, but a number understand they, as taxpayers, are getting their dollars' worth.*

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

   *None*

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

   *None*

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 1 gal milk, eggs, 36 oz. cereal, 2 juices | FI #2 2 gals milk, eggs, 36oz. cereal, 3 juices | FI #3 3 cans Enfamil LIPIL or Prosobee LIPIL | FI #4 1 gal milk, 1lb. Cheese, eggs, 36oz. Cereal | |
| A | 1 register, partner/sole owner | 17.64 | 22.89 | 40.10 | 21.46 | 185 |
| B | 1-2 registers, corp | 17.64 | 22.89 | 40.10 | 21.46 | 151 |
| C | 2 registers, partner/sole owner | 17.64 | 22.89 | 40.10 | 21.46 | 34 |
| D | 3-8 registers, partner/sole/corp owners | 15.76 | 20.82 | 38.19 | 19.52 | 86 |
| E | 5+ registers, Corp owner (Cape Cod Region) | 15.76 | 20.82 | 38.19 | 19.52 | 4 |
| G | 9+ registers, Corp owner | 15.07 | 19.68 | 37.85 | 19.77 | 321 |
| H | 1-2 registers pharmacy, Corp owner | | | 39.00 | | 14 |
| I | 1-2 registers pharmacy, partner/sole owner | | | | | 0 |
| J | 3+ registers pharmacy | | | 39.00 | | 205 |
| L | Commissary | 15.07 | 19.68 | 37.85 | 19.77 | 1 |

# WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: MICHIGAN**

1. If the State agency uses peer groups, please describe them using the attached chart.

   Michigan has 21 peer groups which are based on type of store, size/number of cash registers and geographic location. Originally, Michigan had 11 and based on several years experience, modified it.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

   - [ ] WIC sales volume
   - [ ] Gross food sales volume
   - [x] Number of cash registers
   - [ ] Square footage of store
   - [x] Geographic location
   - [ ] Local agency service areas
   - [ ] City, county, or regional divisions
   - [x] Urban, rural, suburban
   - [ ] Zip codes
   - [x] Unique economic location (*specify*) Military Base
   - [x] Other (*please specify*): Type of store i.e., chain, pharmacy, kosher, island stores, etc.

3. List/describe the State agency's competitive price selection criteria.

   If more vendors than our limitation policy apply, we rank all vendors in a specific zip code. Price is used both as a "score" and ranking tool.

   At the beginning of each open application period, applications are sent to current vendors as well as vendors on the waiting list. A letter accompanying the application states that if the # of applications received exceeds the number of openings available in an area based on the selection plan and limitation policy, a point score system will be used to rank vendors for selection. This ranking process targets competitive prices as the main focus.

   Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

   We compare a vendor's application to other stores in the geographic area, plus must also evaluate participant access. We also use price surveys by peer group and food category to determine "non-competitive" prices, then we advise the vendor applicant accordingly. If they raise prices later, they will <u>not</u> be paid.

   In review of each application during the open application period, each food category is reviewed. If the price is over 130% of the peer group average in any category, a special price letter is sent citing the prices that exceed the competitive price.

01079

The competitive prices are gathered each January in a survey sent to every vendor addressing each food category. The competitive prices are collected for each peer group.

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

   Michigan has an automated coupon payment process and online digital imaging system. Each WIC coupon as processed by each vendor has a unique number and specific Coupon Type with up to four different categories of food items. When the coupon is submitted to the State WIC office for payment, the coupon is edited for price by coupon type for the applicable vendor Peer Group. Every Peer Group has a rolling price average for every WIC coupon type. The WIC M-TRACX online system calculates on a weekly basis a new coupon type price average for every Peer Group based on coupons submitted over a four-week basis. This provides us with actual "market" prices that do fluctuate regularly for food items. Our peer groups compare "like stores" and do not pay, if it exceeds our price edit.

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

   Not Applicable. The Michigan WIC program uses Peer Group data to set maximum allowable reimbursement levels by Coupon Type.

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

   The Michigan automated system edits vendor coupon prices as stated in #4. There are multiple checks and balances with several automated reports. When coupons exceed the maximum allowable price edit, a Discrepancy Report is generated with the Payable Report for each day of payments. Those coupons not meeting the edit criteria will appear on the Discrepancy report and will not be paid until a staff manual edit is performed to confirm whether the coupon rejection is valid. If the rejection is invalid, a separate manual override is performed to pay the vendor with a second payment. Otherwise, a valid rejected coupon means the vendor will get an automated letter and copy of the rejected coupon to review and appeal, if desired. Appeals are addressed individually and typically, requests with documentation for additional payment are responded with payment of the average (maximum allowable) as calculated by the rolling average report when the coupon was rejected.

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   (a) Strengths: All editing and processing performed in an automated environment. This approach is objective and based on prices submitted by the Vendors for each Peer Group. Vendors have to look at their peers for the calculation of the rolling averages plus there is no way to project the price to vendors. They ask on a regular basis. The system keeps the State neutral.
   (b) Weaknesses: When market prices quickly rise, the State does not have an automated or manual method to increase the individual price for one Coupon Type in one Peer Group.

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

   Enhance system for an automated method to make adjustments to coupon type average prices by Peer Group based on Market shifts for specific authorized food items.

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

   (a) How to balance 'participant access' vs. authorizing stores we need.
   (b) How to evaluate 'if a store is 50% WIC' when it is a new applicant.
   (c) Balancing having the 'best' stores on WIC and not hurting small businesses.
   (d) In regards to the amount of WIC sales vs. total store sales, the new vendors would not have this information, therefore, would hinder the process. Also, total store sales info is 'self reported'. It appears as though there is concern for WIC only stores. Michigan does not authorize WIC only stores. With the ever changing food costs, our editing process of coupons appears to work effectively.

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 CT730 | FI #2 CT929 | FI #3 CT947 | FI #4 CT999 | |
| 1 | Peer Group 11: Pharmacy (Special Formula Only Vendor) | N/A | N/A | N/A | 0 | 235 |
| 2 | Peer Group 21: Chain-30 or more outlets | 14.43 | 2.83 | 13.46 | 59.17 | 299 |
| 3 | Peer Group 22: Chain- 8 to 29 outlets | 14.58 | 3.18 | 13.45 | 55.89 | 142 |
| 4 | Peer Group 23: Chain- 2 to 7 outlets | 13.49 | 2.90 | 12.20 | 57.44 | 88 |
| 5 | Peer Group 31: Detroit- 3 or more registers | 16.08 | 3.22 | 14.10 | 74.92 | 113 |
| 6 | Peer Group 32: Detroit- 1 or 2 registers | 20.23 | 3.45 | 14.97 | 77.28 | 184 |
| 7 | Peer Group 41: Metro- 3 or more registers | 15.41 | 3.19 | 13.53 | 67.87 | 35 |
| 8 | Peer Group 42: Metro- 1 or 2 registers | 20.65 | 3.81 | 15.71 | 75.93 | 73 |
| 9 | Peer Group 51: Urban South- 3 or more registers | 14.34 | 3.01 | 12.83 | 63.51 | 226 |
| 10 | Peer Group 52: Urban South- 1 or 2 registers | 20.06 | 3.46 | 15.04 | 76.66 | 209 |
| 11 | Peer Group 53: Urban North- 3 or more registers | 13.53 | 3.04 | 12.09 | 55.93 | 44 |
| 12 | Peer Group 54: Urban North- 1 or 2 registers | 20.20 | 3.50 | 14.32 | 78.24 | 16 |
| 13 | Peer Group 55: Urban U.P.- 3 or more registers | 13.74 | 2.85 | 11.71 | 59.86 | 30 |
| 14 | Peer Group 56: Urban U.P.- 1 or 2 registers | 16.62 | 3.20 | 14.00 | 67.84 | 13 |
| 15 | Peer Group 61: Rural South- 3 or more registers | 14.56 | 3.01 | 12.84 | 59.16 | 101 |
| 16 | Peer Group 62: Rural South- 1 or 2 registers | 16.33 | 3.32 | 14.47 | 62.24 | 45 |
| 17 | Peer Group 63: Rural North- 3 or more registers | 15.05 | 3.14 | 13.03 | 59.09 | 58 |
| 18 | Peer Group 64: Rural North- 1 or 2 registers | 17.14 | 3.48 | 14.72 | 65.44 | 50 |
| 19 | Peer Group 65: Rural U.P.- 3 or more registers | 15.12 | 3.18 | 13.20 | 65.19 | 17 |
| 20 | Peer Group 66: Rural U.P.- 1 or 2 registers | 16.37 | 3.39 | 13.80 | 71.20 | 36 |
| 21 | Peer Group 99: Exceptions | 16.67 | 4.05 | 15.81 | 0 | 3 |
| | | | | | | |
| | State Average | 15.35 | 3.11 | 13.51 | 65.69 | 2,017 |
| | | | | | | Report of |
| | | | | | | (8-24-04) |
| | Dollar Amt. Taken From Redemption Edit Report 9-7-04 thru 9-10-04 | | | | | |

**DESCRIPTION OF THE FOUR COUPON TYPES**

TYPE 730 – 1 GALLON MILK
1 JUICE: 46 OZ CONTAINER OR 11.5-12 OZ CONC
36 OUNCES OR LESS, WIC APPROVED CEREAL
18 OZ PEANUT BUTTER OR 16 OZ DRY PEAS OR BEANS

TYPE 929 – 1 GALLON MILK

TYPE 947 – 1 GALLON MILK
1 POUND OR LESS, CHEESE
1 DOZEN EGGS
2 JUICE: 46 OZ CONTAINER OR 11.5 – 12 OZ CONC

TYPE 999 – 16 CANS 13 OZ CONCENTRATE SIMILAC WITH IRON

# WIC VENDOR PEER GROUPING

Definitions:

| | |
|---|---|
| CHAIN --- | Chain headquarters with outlets |
| DETROIT --- | Detroit, plus Hamtramck and Highland Park (Areas surrounded by Detroit) |
| METRO — | Flint, Grand Rapids and Warren (Population over 150,000) |
| URBAN --- | Areas with population of 2,500 to 149,999 |
| RURAL --- | Areas with population of 2,499 or less |
| PHARMACY --- | Special infant formula only |
| EXCEPTIONS --- | Beaver Island, Mackinac Island, kosher stores, and other vendors/areas as necessary |

SOUTH -- Local Agencies falling below Muskegon to Bay City line and all of the thumb area
NORTH -- Local Agencies falling above Muskegon to Bay City line
U.P. -- Local Agencies in the upper peninsula

| PEER GROUP | EXPLANATION |
|---|---|
| 11 | Pharmacy (Special Formula Only Vendor) |
| 21 | Chain --- 60 or more outlets |
| 22 | Chain — 8 to 59 outlets |
| 23 | Chain --- 2 to 7 outlets |
| 31 | Detroit --- 3 or more registers |
| 32 | Detroit --- 1 or 2 registers |
| 41 | Metro --- 3 or more registers |
| 42 | Metro --- 1 or 2 registers |
| 51 | Urban South --- 3 or more registers |
| 52 | Urban South --- 1 or 2 registers |
| 53 | Urban North --- 3 or more registers |
| 54 | Urban North --- 1 or 2 registers |
| 55 | Urban U.P. --- 3 or more registers |
| 56 | Urban U.P. --- 1 or 2 registers |
| 61 | Rural South --- 3 or more registers |
| 62 | Rural South --- 1 or 2 registers |
| 63 | Rural North --- 3 or more registers |
| 64 | Rural North --- 1 or 2 registers |
| 65 | Rural U.P. --- 3 or more registers |
| 66 | Rural U.P. --- 1 or 2 registers |
| 99 | Exceptions |

Rev. 6/04

01084

F.I. #1

WIC

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
SPECIAL SUPPLEMENTAL FOOD COUPON FOR WOMEN, INFANTS AND CHILDREN

1388571768

COUPON NOT VALID IF ALTERED OR STAPLED.
IMPROPER USE OF THIS COUPON BY ANYONE IS SUBJECT TO STATE AND FEDERAL PROSECUTION.

MUST BE RECEIVED BY STATE WIC OFFICE WITHIN 60 DAYS OF STARTING DATE

$

VENDOR: CLEARLY FILL IN AMOUNT BEFORE SIGNATURE OF AUTHORIZED PERSON OR PROXY. DO NOT WRITE INITIALS OR OTHER MARKINGS IN THE PRICE BOX.

PARTICIPANT I.D.: 000367797-01

NAME OF AUTHORIZED PERSON: DOE JANE

GOOD FOR THESE FOOD ITEMS ONLY

1 GALLON MILK (GALLON SIZE ONLY)
1 JUICE:46 OZ CONTAINER OR 11.5 - 12 OZ CONC
36 OUNCES OR LESS, WIC APPROVED CEREAL
18 OZ PEANUT BUTTER OR 16OZ DRY PEAS OR BEANS

AUTO. COUPON NUMBER: 0138857176

STARTING DATE: OCT. 5, 2004

EXPIRATION DATE: NOV. 4, 2004

X

SIGNATURE OF AUTHORIZED PERSON OR PROXY, AFTER PRICE IS ENTERED, MUST MATCH THE WIC ID/VOC OR PROXY CARD

DATE SPENT/TRANSACTED BY AUTHORIZED PERSON OR PROXY

MONTH | DAY | YEAR 2 0 0

WIC USE ONLY

2550/730/0287

DCH-0215 (REV. 4/02) FORMERLY HTS / AUTHORITY: ACT 368, PA 1978

⑈1388571768⑈

F.I. #2

WIC

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
SPECIAL SUPPLEMENTAL FOOD COUPON FOR WOMEN, INFANTS AND CHILDREN

1388571813

COUPON NOT VALID IF ALTERED OR STAPLED.
IMPROPER USE OF THIS COUPON BY ANYONE IS SUBJECT TO STATE AND FEDERAL PROSECUTION.

MUST BE RECEIVED BY STATE WIC OFFICE WITHIN 60 DAYS OF STARTING DATE

$

VENDOR: CLEARLY FILL IN AMOUNT BEFORE SIGNATURE OF AUTHORIZED PERSON OR PROXY. DO NOT WRITE INITIALS OR OTHER MARKINGS IN THE PRICE BOX.

PARTICIPANT I.D.: 000367797-01

NAME OF AUTHORIZED PERSON: DOE JANE

GOOD FOR THESE FOOD ITEMS ONLY

1 GALLON MILK (GALLON SIZE ONLY)

AUTO. COUPON NUMBER: 0138857181

STARTING DATE: OCT. 5, 2004

EXPIRATION DATE: NOV. 4, 2004

X

SIGNATURE OF AUTHORIZED PERSON OR PROXY, AFTER PRICE IS ENTERED, MUST MATCH THE WIC ID/VOC OR PROXY CARD

DATE SPENT/TRANSACTED BY AUTHORIZED PERSON OR PROXY

MONTH | DAY | YEAR 2 0 0

WIC USE ONLY

2550/929/0086

DCH-0218 (REV. 4/02) FORMERLY HTS / AUTHORITY: ACT 368, PA 1978

⑈1388571813⑈

01085

F.I. #3

WIC

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
SPECIAL SUPPLEMENTAL FOOD COUPON FOR WOMEN, INFANTS AND CHILDREN

1388571795

MUST BE RECEIVED BY STATE WIC OFFICE WITHIN 60 DAYS OF STARTING DATE

$

VENDOR: CLEARLY FILL IN AMOUNT BEFORE SIGNATURE OF AUTHORIZED PERSON OR PROXY. DO NOT WRITE INITIALS OR OTHER MARKINGS IN THE PRICE BOX.

COUPON NOT VALID IF ALTERED OR STAPLED.
IMPROPER USE OF THIS COUPON BY ANYONE IS SUBJECT TO STATE AND FEDERAL PROSECUTION.

| PARTICIPANT I.D. | NAME OF AUTHORIZED PERSON |
|---|---|
| 000367797-01 | DOE JANE |

GOOD FOR THESE FOOD ITEMS ONLY

1 GALLON MILK (GALLON SIZE ONLY)
1 POUND OR LESS, CHEESE (1 POUND = 16 OZ.)
1 DOZEN EGGS
2 JUICE:46 OZ CONTAINER OR 11.5 - 12 OZ CONC

AUTO. COUPON NUMBER: 0138857179

STARTING DATE: OCT. 5, 2004

EXPIRATION DATE: NOV. 4, 2004

X

SIGNATURE OF AUTHORIZED PERSON OR PROXY, AFTER PRICE IS ENTERED, MUST MATCH THE WIC ID/VOC OR PROXY CARD

DATE SPENT/TRANSACTED BY AUTHORIZED PERSON OR PROXY

| MONTH | DAY | YEAR |
|---|---|---|
| | | 2 0 0 |

WIC USE ONLY

2550/947/0086

DCH-0311 (REV. 4/02) FORMERLY 1737 AUTHORITY: ACT 368, PA 1978

⑈1388571795⑈

F.I. #4

WIC

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
SPECIAL SUPPLEMENTAL FOOD COUPON FOR WOMEN, INFANTS AND CHILDREN

1388571822

MUST BE RECEIVED BY STATE WIC OFFICE WITHIN 60 DAYS OF STARTING DATE

$

VENDOR: CLEARLY FILL IN AMOUNT BEFORE SIGNATURE OF AUTHORIZED PERSON OR PROXY. DO NOT WRITE INITIALS OR OTHER MARKINGS IN THE PRICE BOX.

COUPON NOT VALID IF ALTERED OR STAPLED.
IMPROPER USE OF THIS COUPON BY ANYONE IS SUBJECT TO STATE AND FEDERAL PROSECUTION.

| PARTICIPANT I.D. | NAME OF AUTHORIZED PERSON |
|---|---|
| 000367797-01 | DOE JANE |

GOOD FOR THESE FOOD ITEMS ONLY

16 CANS 13 OZ. CONCENTRATE SIMILAC WITH IRON

AUTO. COUPON NUMBER: 0138857182

STARTING DATE: OCT. 5, 2004

EXPIRATION DATE: NOV. 4, 2004

X

SIGNATURE OF AUTHORIZED PERSON OR PROXY, AFTER PRICE IS ENTERED, MUST MATCH THE WIC ID/VOC OR PROXY CARD

DATE SPENT/TRANSACTED BY AUTHORIZED PERSON OR PROXY

| MONTH | DAY | YEAR |
|---|---|---|
| | | 2 0 0 |

WIC USE ONLY

2550/999/0099

DCH-0311 (REV. 4/02) FORMERLY 1737 AUTHORITY: ACT 368, PA 1978

⑈1388571822⑈

01086

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: NEBRASKA**

1. If the State agency uses peer groups, please describe them using the attached chart.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

- ☐ WIC sales volume
- ☐ Gross food sales volume
- ☒ Number of cash registers
- ☐ Square footage of store

- ☒ Geographic location
  - ☐ Local agency service areas
  - ☐ City, county, or regional divisions
  - ☒ Urban, rural
  - ☐ Zip codes
  - ☐ Unique economic location (*specify*)
  - ☐ Other (*please specify*): ______________

3. List/describe the State agency's competitive price selection criteria.

- Stores are grouped into peer groups based on the above
- Stores must be within 10% of the peer group average for a market basket of WIC foods
- Food prices are submitted by the stores during the application period

Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

- Stores must meet the competitive price criteria to be authorized
- Criteria will be used throughout the contract period

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

- NE is changing to a vendor non-specific system beginning Oct. 1. We are in the process of transitioning into the new procedures which include the use of new peer groups. Information below is based on the new system.
- Our computer system will calculate peer group averages weekly based on actual redemption data for the past 30 days;
- The peer group average plus 10% will be used as the Not To Exceed (NTE) amount on individual checks and sent to the WIC bank to use for editing
- Checks over the NTE will be rejected for payment and paid at a level no higher than the NTE

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

NA

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

- The WIC contract bank will receive NTE levels for each check (based on peer groups) weekly and will use that amount to perform pre-edits on checks

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

(a) Strengths:

- Based on actual redemption data, calculated frequently
- Based on peer groups to allow for comparison of like stores
- Allows the state to monitor and apply competitive cost to all checks redeemed
- Automated process completed by the bank
- Pre-edit process vs post edit and attempt to collect overcharges eliminates need for additional resources

(b) Weaknesses:

- Checks with low or no volume will need to use a standard NTE amount
- Frequent price changes could impact FI redemption amounts and cause checks to go over the NTE amount
- Peer groupings need to be fair and accurate
- FI's rejected would need to be reviewed and paid manually for the current time, an automated process may be available for additional costs

Note: The entire process requires additional resources in staff time and costs for edit and review processes

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

Because our new system had not yet been implemented we cannot comment on changes that could be made to enhance performance

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

- Collecting and verifying consistent information through the application process
- Additional edits and payment mechanisms require more resources and have a higher cost

- State Agencies who need to include these provisions as a part of their state regulations could encounter opposition by the local WIC stores and retailer organizations
- Our peer grouping system groups stores essentially by size. Stores within the same community are grouped into different peer groups and must meet different competitive pricing standards. This has been perceived as unfair by stores larger than the smallest stores.
- Developing fair and equitable peer grouping system requires time, resources, better data, tested methodology and guidance to select and apply criteria

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1* | FI #2 | FI #3 | FI #4 | |
| 1 | 1 to 2 cash registers, rural, grocery stores | $36.10 | | | | 117 |
| 2 | 3 to 5 cash registers, rural, grocery stores | $34.82 | | | | 80 |
| 3 | 1 to 5 cash registers, urban, grocery stores | $35.37 | | | | 21 |
| 4 | 6 to 10 cash registers, rural, grocery stores | $32.48 | | | | 42 |
| 5 | 6 to 10 cash registers, urban, grocery stores | $31.33 | | | | 29 |
| 6 | 11 to 19 cash registers, rural and urban, grocery stores | $29.55 | | | | 23 |
| 7 | 20 or more cash registers, rural and urban, grocery stores | $29.45 | | | | 16 |
| 8 | Pharmacies (special purchase stores for formula only) | Not applicable | | | | 66 |
| 9 | Commissary/Super Stores | $26.11 | | | | 16 |

- Price is for market basket of WIC foods used for authorization process. During the contract period maximum prices will be determined based upon redeemed data for the past 30 days for each FI type for each peer group. Refer to answer for number 4 for more information.
- Market basket = 1 can Enfamil LIPIL with iron 12.9 oz. powder, 1 gallon whole milk store brand or private label; 1 dozen medium eggs, 1 jar 18 oz. Skippy peanut butter, 1 can 12 oz. frozen orange juice store brand or private label, and average price for 36 ounces of these cereals: GM Kix - 9 oz. and 13 oz., GM Cheerios, Oat – 10 oz., 15 oz., and 20 oz., Post Honey Bunches of Oats – Honey Roasted – 16 oz., Post Banana Nut Crunch – 15.5 oz., and Quaker Life – 15 oz. and 21 oz.

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: NEVADA**

1. If the State agency uses peer groups, please describe them using the attached chart.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

- ☐ WIC sales volume
- ☐ Gross food sales volume
- ☐ Number of cash registers
- ☐ Square footage of store
- ☒ Geographic location
  - ☐ Local agency service areas
  - ☐ City, county, or regional divisions
  - ☒ Urban, rural, suburban
  - ☐ Zip codes
  - ☐ Unique economic location (*specify*)
  - ☐ Other (*please specify*): ____________

3. List/describe the State agency's competitive price selection criteria.

**To be approved as an authorized Vendor, food prices must be competitive (may not be more than 5% higher than the average within the area covered by the WIC clinic) with the exception of Vendors approved under a limited agreement to provide only certain foods.**

Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

**Every new vendor applicant is required to submit their WIC food prices as part of the application form. These prices are compared to those of other vendors in the applicant's peer group. Prices are verified during an inspection of the store before authorization.**

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

**The State of Nevada WIC Program conducts constant price monitoring. All rural stores (both chain and independent) are monitored quarterly. Urban independents are also monitored quarterly. Urban chains have at least one of their stores in each major urban area monitored. The monitoring forms are used to calculate average prices in each peer group. The maximum allowable price is set at 10% above the average for each peer group.**

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

N/A

01091

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

**The Nevada State WIC Program conducts monthly post-audits to screen for overcharges and invalid food instruments. The computer calculates the maximum allowable amount for each food instrument and returns a list of food instruments that are deemed excessive. The food instruments are further screened and the vendors are billed for the difference between their price and the maximum allowable price.**

**In addition, Nevada conducts a quarterly price variance survey. The survey checks the prices of two standard food packages between stores in a peer group and reports the percentage above or below the average price. Vendors whose price percentages are above the 5% limit are notified.**

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   (a) Strengths: **The constant monitoring allows Nevada to be responsive to price changes.**

   (b) Weaknesses: **The system of collecting prices is labor intensive.**

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

**The State of Nevada is in the process of rolling out the Electronic Benefit Transfer system to Las Vegas. The system will have a major impact on how we conduct price monitoring and will eliminate overcharges. If prices are higher than the maximum allowed, the item will not scan.**

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

**The major cost-containment issue concerning Nevada WIC is keeping WIC only stores out of the state.**

**VENDOR PEER GROUPS**

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 | FI #2 | FI #3 | FI #4 | |
| 1 | Urban Chain | 38.27 | 113.6 | 20.15 | 70.40 | 168 |
| 2 | Urban Independent | 38.27 | 113.6 | 20.15 | 70.40 | 6 |
| 3 | Rural Chain | 39.91 | 113.60 | 20.99 | 70.40 | 27 |
| 4 | Rural Independent | 39.71 | 120.00 | 20.99 | 80.96 | 12 |
| 5 | Commissaries | 32.75 | 105.60 | 16.05 | 52.80 | 2 |

FI#1 - 2 gallons fluid milk, 1 LB cheese, 1 dozen eggs, 2 11.5-12 oz can conc. Juice, 36 oz cereal
FI#2 – 8 12.9 oz cans Enfamil with iron powder
FI#3 – 2 gal fluid milk, 1 dozen eggs, 2 46 oz can/plastic btl single strength juice
FI#4 – 16 13oz cans conc. Prosobee

# WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: NEW YORK**

**Background:**

The New York State WIC Program manages a vendor population of approximately 4,500 retail food stores and pharmacies authorized to redeem WIC checks. With respect to vendor management, the New York State WIC program (NYS WIC) currently uses two methods to control program costs.

1. The Program maintains a "maximum allowable" reimbursement system that sets a "Not-to-Exceed" (NTE) amount for each commodity. The NTE amount printed on a particular WIC check represents the sum of the NTEs for each commodity included on the check.

2. The Program uses competitive pricing criteria that are used to evaluate vendors for initial enrollment and contract continuation.

The information presented below includes information on both cost containment methods. References will be made to NYS WIC's statewide information system (WICSIS) and to the WIC Audit Management System (WAMS).

WICSIS is a comprehensive automated system that records and processes participant and vendor information collected at the state and local agency level, including vendor redemption data reported by the WIC banking contractor. The WAMS program is designed to perform specific analysis of WICSIS data, including the identification of vendor redemption behavior patterns.

**1. If the State agency uses peer groups, please describe them using the attached chart.**

NYS WIC did not specifically establish peer groups in the traditional sense for purposes of vendor cost-containment. However, due to the Program's establishment of regional NTE amounts and the centralization of vendor management activities, New York has, in effect, established peer groups.

**Not-to-Exceed Amounts**

- Two large geographic peer groups ("pricing zones"):
  (1) Metropolitan Area (NYC, Long Island & the lower Hudson Valley)
  (2) Upstate New York
- The Metropolitan area includes 2 pricing zones and the Upstate area includes 3 pricing zones. As such, there is the potential for 5 different peer groups.

**Competitive Pricing**

- Seven peer groups based on Vendor Management Agency (VMA) service areas.
- The WAMS program will allow for further refinement of these peer groups based on demographic and geographic variables.

**2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:**

- [ ] WIC sales volume
- [ ] Gross food sales volume
- [ ] Number of cash registers
- [ ] Square footage of store
- [x] Geographic location
  - [x] Local agency service areas **(Competitive Pricing)**
  - [x] City, county, or regional divisions **(NTE Amounts)**
  - [ ] Urban, rural, suburban
  - [ ] Zip codes
  - [ ] Unique economic location (*specify*)
  - [ ] Other (*please specify*): ____________

**3. List/describe the State agency's competitive price selection criteria.**

NYS WIC uses a "reasonable price" standard in its vendor authorization process. The seven VMAs have a major role in ensuring that vendors' prices are reasonable for the service area (peer group) in which the vendor is located.

Based on New York State regulations (10 NYCRR, Section 60-1.13), reasonable prices are determined based on the most common infant formula check and the two most common checks for women/children containing multiple foods for the VMA service area (peer group).

To assess price reasonableness for each vendor applicant, the appropriate VMA reviews the retail prices submitted by the vendor on the price/stock survey form. The price/stock survey is completed by the vendor applicant and verified by the VMA during the pre-authorization monitoring visit.

The WAMS program will allow pricing comparisons within and across a variety of "areas" including zip code, WICSIS region, Statewide, and vendor type (grocery versus pharmacy). In addition to the average redemption amounts for the most common check types, WAMS will also calculate the mode, median, and range (high and low values).

**Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.**

A vendor's average prices (from the price/stock survey) are used to calculate the vendor applicant's average price for the commodities included on the most common formula check and the two most common checks for women/children. These average prices are compared to the average redemption amount for the three common WIC checks for all vendors in the VMA service area (peer group). NYS WIC provides the seven VMAs with the comparison data on a monthly basis.

As prescribed in State regulations, a vendor's prices must be within 10 percent of the average for the VMA service area to be considered competitive.

**4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.**

NYS WIC does not specifically set maximum allowable reimbursement levels for the seven VMA service areas, but does have a method to set maximum allowable reimbursement levels for food instruments.

See response to Question 5.

**5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.**

NYS WIC currently maintains two large geographic peer groups with respect to the NTE amounts included on all food instruments. These NTE amounts function as a method to set maximum allowable reimbursement levels, taking into consideration pricing differences among the Regions.

NTE amounts are set on an individual commodity basis, based on wholesale and retail price information from manufacturers (including the formula and cereal rebate contractors), vendor price/stock surveys, market place trends, and periodic use of ACNielsen data. Milk retail prices are collected monthly by the NYS Department of Agriculture and Markets.

The NTE amounts are high enough to ensure participant access to a variety of approved foods, but not so high as to discourage the development of cost-conscious food shopping habits. An appropriate NTE amount is also essential to prevent program abuse by vendors.

**6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.**

NTE amounts are printed on all food instruments. Participant and vendor education includes information about the NTE amount; it is the maximum amount for which WIC-acceptable foods can be purchased. The vendor contract requires vendors to limit WIC purchases to the amounts indicated on each food instrument. The Program's banking contractor rejects (i.e., does not pay the vendor) all food instruments that are redeemed for an amount above the NTE.

With respect to vendors, pricing information is collected during routine monitoring visits. Also, the WAMS program will calculate "pricing scores" and rank vendors according to a set of pricing features, including average redemption amounts, percentage of redemptions at or near the maximum allowable amount, and total redemptions. The State will identify a threshold above which vendors will be considered high priced.

Throughout the authorization period, vendors identified as high priced are notified and requested to implement corrective action. Each vendor contract is reviewed on an annual basis by the VMA; the contracts for identified high-priced vendors may not be renewed. Participant access must also be considered along with competitive pricing.

7. **Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.**

**(a) Strengths:**

**Not-to-Exceed Amounts**

- Food costs are controlled; checks cannot be redeemed for more than the NTE amount.
- Participants have access to any authorized WIC vendor.
- Participants can purchase a wide variety of approved foods.
- NTE amounts printed on WIC checks present opportunity to discuss budgeting with participants.
- NTE amounts can be adjusted fairly quickly through WICSIS.
- WICSIS allows for five different pricing zones for NTE amounts.

**Competitive Pricing**

- Consistent approach; common check types across VMA service areas are used to determine reasonable prices.
- Timely price comparison data (monthly).
- The WAMS program will allow for more timely price comparison data (real-time).
- The WAMS program will allow for more refined service areas ("peer groups").

**(b) Weaknesses:**

**Not-to-Exceed Amounts**

- Regional areas may be too large to accommodate pricing differences.
- Data collection is time-consuming (often manual) and expensive.
- NTE amounts that are high enough to ensure participant access may encourage participants to select more expensive brands as long as they remain within the NTE.
- Absent significant competition in a given location, NTE amounts high enough to ensure participant access may encourage vendors to raise their prices to the NTE level (especially for formula checks).
- Sudden and significant retail price escalations (e.g., this year's surge in milk prices) cannot be addressed efficiently because WIC checks can be printed up to four months prior to when the participant redeems them.

**Competitive Pricing**

- The commodity level cannot be assessed for reasonable price determinations.
- Adult/child cereal redemption amounts and prices reflect varying amounts of cereal due to package sizes.
- VMA service areas may be too large for aggregating vendor data; more than one area may be desirable for VMAs serving large geographic areas. When fully implemented the WAMS program will allow for further refinements of the service areas (e.g., zip code, county).
- Determining reasonable prices for vendors based on prices that are within 10 percent of the average for the service area may conflict with the NTEs set for certain food instruments in some service areas.

01097

**8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?**

- Accelerate the implementation of the WAMS system.
- Automate vendors to allow for:
  - Automated collection of price/stock survey data allowing for rapid comparison to other vendors in peer group.
  - Electronic transfer of food/formula purchase transaction data including data on individual commodities (brand, price, etc.)
- Refine peer groupings to incorporate geographic information, store demographic data, and participant access criteria.
- Create flexibility to pilot-test different techniques for setting NTE amounts and establishing competitive price criteria.

**9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.**

NYS WIC currently practices effective vendor cost containment. In addition to the use of the competitive price selection criteria and NTE amounts as described above, an independent Investigative Services Unit (ISU) also monitors vendor redemption behaviors. ISU reviews for violations such as "check kiting" (charging inflated prices for items purchased with WIC check) and "overcharges" (charging an amount for a particular check pattern that is statistically outside the vendor's normal range). If overcharges are identified, an overcharge bill is sent to the vendor requesting a refund or an explanation for the overcharge. A vendor can be disqualified from the Program if an appropriate response is not received.

Given NYS WIC's established practices, New York's major issues and/or concerns regarding the new vendor cost-containment provisions are as follows:

- Federal regulation must provide New York State the flexibility to implement a cost containment system that gives consideration to New York's high cost of living and highly-diverse ethnic populations. This is particularly true in the metropolitan New York City area where over 70 percent of the state's vendors are located. The wide-range of cultural needs often requires the authorization of multiple vendors within a close geographic area. New York's vendor selection criteria place great emphasis on participant access.

- Any changes that require changes to automated systems, reports or forms are costly and will present a significant administrative burden. Systems changes generally take two years to implement, considering the resources needed for design, coding and testing.

- The maximum allowable values set on food instruments (NTE amounts) must continue to be established separate from the competitive price criteria to ensure participant access in communities served by small grocers. The use of multiple peer groups for setting NTE amounts could conflict with state requirements that allow participants to redeem their food instruments at any vendor authorized by New York State.

- ❖ Any changes that require changes to New York State regulations will present a significant administrative challenge. For example, the new provisions include an exception to the pricing criteria for "pharmacies that only provide special formula." New York State regulations specify a uniform set of selection criteria for all retail food stores and a uniform set of selection criteria for all pharmacies. Any exceptions to these criteria for certain types of vendors within these two categories would conflict with current state regulations.

- ❖ The provision for analysis involving annual food sales presents an administrative burden to New York. Information on annual food sales is not collected by New York, nor is it provided by USDA on the Food Stamp Program's REDE file. New York's WIC vendor application does request information on "total sales" as required by State regulations. However, analysis involving annual food sales will require a change to the automated system and the paper application. Even more burdensome to New York is implementing a process for updating the information from over 4,500 authorized vendors on an ongoing basis.

- ❖ The issues concerning "WIC-only" stores should not negatively affect small grocers. Due to neighborhood demographics, WIC purchases comprise a significant proportion of the total business for some of these stores.

- ❖ The provision requiring that State's must terminate vendors who do not maintain competitive pricing levels is too stringent. In order to properly identify pricing patterns and maintain participant access, New York State must maintain the ability to analyze a vendor's redemption information over a period of time (as opposed to a single point in time) and to allow a vendor the opportunity to implement corrective action prior to taking steps to remove a vendor from participation in the WIC program.

01099

# VENDOR PEER GROUPS

| # | Description of Peer Group Vendor Management Agencies (VMAs) | FI #1 NTE | FI #1 CPC | FI #2 NTE | FI #2 CPC | FI #3 NTE | FI #3 CPC | FI #4 | Number of Vendors in Peer Group (As of 9/1/04) |
|---|---|---|---|---|---|---|---|---|---|
| | **Metropolitan Pricing Zone** | | | | | | | | |
| 1 | Manhattan (New York County) VMA | $28.66 | $31.12 | $6.84 | $6.83 | $12.28 | $12.63 | Not Used for Pricing Analysis | 377 |
| 2 | Bronx & Lower Hudson Valley VMA | $28.66 | $30.06 | $6.84 | $6.84 | $11.44 | $10.85 | | 1,194 |
| 3 | Queens, Long Island, Staten Island & Lower Brooklyn VMA | $28.66 | $29.84 | $6.84 | $6.82 | $12.28 | $12.17 | | 1,276 |
| 4 | Upper Brooklyn VMA | $29.88 | $31.53 | $6.84 | $6.94 | $12.28 | $12.64 | | 672 |
| | **Upstate Pricing Zone** | | | | | | | | |
| 5 | Western VMA | $27.28 | $25.26 | $6.39 | $5.49 | $11.42 | $ 9.38 | | 430 |
| 6 | Central VMA | $27.28 | $24.16 | $6.39 | $5.51 | $11.42 | $ 9.45 | | 309 |
| 7 | Capital District VMA | $27.28 | $21.58 | $6.39 | $5.81 | $11.42 | $ 9.35 | | 199 |

Current Maximum Allowable Dollar Amount (Not To Exceed (NTE) Amount) & Competitive Price Ceiling (CPC)

**Food Instrument (FI) Key:**

*New York identifies the three most-frequently redeemed food instrument within each VMA area (rather than on a statewide basis). Generally, the three food instruments are the same for the majority of the VMAs, but there are sometimes variations, as noted below.*

FI #1 Two 14.3-oz. Cans Powdered Enfamil with Iron (VMAs # 1, 2, 3, 5, 6, 7)
Two 14.3-oz. Cans Powdered ProSobee (VMA #4)
FI #2 128-oz. Liquid Milk & 1 Can WIC Juice
FI #3 Up to 36 oz. WIC Cereal & One 18-oz Peanut Butter (VMAs #1, 3, 4, 5, 6, 7)
Up to 36 oz. WIC Cereal & One lb. Dry Beans/Peas (VMA #2)

**NTE** – The Not to Exceed Amount is the maximum amount a check may be paid.
**CPC** – The Competitive Price Ceiling is the "Average redemption amount plus 10 percent."

**WIC VENDOR COST-CONTAINMENT SYSTEM PROFILE**
**NEW YORK STATE WIC PROGRAM**

**Information on Competitive Price Selection Criteria**

New York uses a "price reasonableness" standard in its vendor authorization process. Applicant vendors' prices for common check types are compared to check redemption data from authorized vendors within the same Vendor Management Agency (VMA) service area.

**Price Reasonableness Determination:**

The following process is used to determine whether an applicant vendor's prices are competitive.

Step 1: Identify the 3 most common check types within each VMA service areas:
Most Common Infant Formula Check
2 Most Common Multi-Commodity Checks for Women/Children

Step 2: Calculate the average redemption amount for the identified 3 most common check types for all vendors within each VMA service area.

Step 3: Use the applicant vendor's shelf prices to calculate the applicant vendor's average price for the 3 most common check types. The prices are reported on a Price/Stock Survey form.

Step 4: Vendors within 10% of the VMA's average redemption amount are considered to have reasonable (competitive) pricing.

**Additional Pricing Analyses:**

New York's WIC Audit Management System (WAMS) is a software program designed to perform various statistical data analyses, identify patterns and detect deviations from established standards. WAMS analysis of vendor redemption data includes the following:

- In addition to the average redemption amounts for the most common check types, WAMS will also calculate the mode, median, and range (high and low values).
- WAMS will allow pricing comparisons within and across a variety of "areas" including zip code, WICSIS region, Statewide.
- For ongoing pricing evaluation, WAMS will calculate scores and rank vendors according to a set of pricing features (e.g., average redemption amounts, percentage of redemptions at or near the maximum allowable amount, total

redemptions). The State will identify a threshold score above which vendors will be considered high priced.

# New York State WIC Program
# Worksheet to Determine Reasonable Prices

**DATE**
**VENDOR EVALUATION PRICING WORKSHEET**

Store Name: ______________________ Local Agency #: __________

Store Address: ______________________

______________________ Vendor Check Type Summary Information Dated: _______

Telephone #: ______________________

**I.** **Calculate the applicant vendor's selling price for your most commonly prescribed Infant formula (check type below):**

**CHECK TYPE:**

__________ x $__________ = $__________ ⇦ TOTAL CHECK TYPE COST
(Number of Cans) (Price Per Can)*

$______________________ x 1.10 = $__________ ⇦ MAXIMUM ALLOWABLE
(**PROJECT AVERAGE for this check type)

*ISU USE ONLY*

**II** **Calculate the applicant vendor's average selling price for the two (2) most commonly prescribed check types containing multiple foods for a Woman or Child:**

**1. CHECK TYPE:** __________

__________: __________ x $__________ = $__________
(Food Item #1) (# Units) (Avg. Per Unit)

__________: __________ x $__________ = $__________
(Food Item #2) (# Units) (Avg. Per Unit)

__________: __________ x $__________ = $__________
(Food Item #3) (# Units) (Avg. Per Unit)

__________: __________ x $__________ = $__________
(Food Item #4) (# Units) (Avg. Per Unit)

$__________ ⇦ TOTAL CHECK TYPE COST

$______________________ x 1.10 = $__________ ⇦ MAXIMUM ALLOWABLE
(**PROJECT AVERAGE for this check type)

**2. CHECK TYPE:** __________

__________: __________ x $__________ = $__________
(Food Item #1) (# Units) (Avg. Per Unit) = $__________

__________: __________ x $__________ = $__________
(Food Item #2) (# Units) (Avg. Per Unit) = $__________

__________: __________ x $__________ = $__________
(Food Item #3) (# Units) (Avg. Per Unit) = $__________

__________: __________ x $__________ = $__________
(Food Item #4) (# Units) (Avg. Per Unit) = $__________

$__________ ⇦ TOTAL CHECK TYPE COST

$______________________ x 1.10 = $__________ ⇦ MAXIMUM ALLOWABLE
(**PROJECT AVERAGE for this check type)

** This information should be taken from the vendor price stock survey*
*** Vendor Check Type Summary Information*

Check One: (see reverse for instructions)

- ☐ Acceptable (All Total Check Type Costs are below the Maximum Allowable)
- ☐ NOT Acceptable (Exceeds the PROJECT AVERAGE for check type by 10% or more)