# NEW YORK STATE WIC PROGRAM

## Overview of Vendor Management Agencies (VMAs)

❖  In New York, the State agency and WIC local agencies share the responsibility for managing the retail food delivery system.

❖  New York State's 4,500 participating WIC vendors are managed by seven specialized agencies referred to as Vendor Management Agencies (VMAs). Each VMA is part of an organization that also sponsors a WIC local agency that directly serves WIC participants.

❖  The VMAs are selected based on a competitive procurement process and are under contract with the State agency to manage the vendor population in their respective geographic regions.

❖  New York's seven VMAs are responsible for several vendor-related activities, including application processing, authorization, training, monitoring, and vendor contracts (each authorized vendor has a contract with the VMA, not the State agency). The vendor contract is standardized statewide.

❖  VMA staff only perform activities related to vendor management. They may, however, provide training to WIC participants on check redemption and vendor/participant relations.

❖  The seven VMAs are responsible for vendors located within defined geographic service areas. Four VMAs provide vendor management in the metropolitan New York City area (VMAs 1-4) and three cover upstate New York (VMAs 5-7). Information on the seven VMAs is presented below.

| VMA Number | Service Area | Number of Counties | Number of Vendors |
|---|---|---|---|
| 1 | Manhattan | 1 | 377 |
| 2 | Bronx & Lower Hudson Valley | 8 | 1194 |
| 3 | Queens, Long Island, Staten Island & Lower Brooklyn | 4 ½ | 1276 |
| 4 | Upper Brooklyn | ½ | 672 |
| 5 | Western | 17 | 430 |
| 6 | Central | 14 | 309 |
| 7 | Capital District | 17 | 199 |

43

## NEW YORK STATE WIC PROGRAM

### Information on Allowable Reimbursement Levels
### Not To Exceed (NTE) Amounts

**Purpose of NTE Amounts:**

❖ Place an upper ceiling on reimbursement to WIC vendors.

❖ Help ensure participant access. Participants may utilize any of the vendors approved by NYS WIC, many of which are small stores.

❖ Encourage participants to consider prices while shopping.

❖ Used during the State's selection of approved foods, especially brand-specific products.

**Establishing NTE Amounts:**

❖ Wholesale price and standard industry mark-ups are used if known.

❖ Information on fluid milk retail prices is collected and provided to NYS WIC by the NYS Department of Agriculture and Markets each month.

❖ WIC Vendor Management Agencies record store shelf prices during pre-authorization and monitoring visits. These data are not routinely forwarded to the State agency, but are available for analysis if there is a concern about the NTE of a particular commodity.

❖ AC Nielsen data are used periodically (primarily during the food selection process). The data have limited usefulness because many NYS WIC vendors (i.e., small stores) are not represented in the sample, and the information is too expensive to obtain on a regular basis.

❖ Marketplace news is monitored. Reports are received from media outlets, trade group representatives, vendors and participants, particularly when a given commodity's price is increasing rapidly.

**Considerations:**

❖ Checks may be printed up to four months before they are spent (e.g., a participant picks up her October, November and December checks on September 1st, and does not spend the December checks until December 29th). This makes rapid price increases (e.g. milk during the spring of 2004) difficult to accommodate.

❖ NTE amounts printed on checks may encourage vendors to raise prices for certain commodities or may encourage participants to select more expensive brands.

❖ Monitoring pricing information for all types of authorized foods is time-consuming.

## NEW YORK STATE WIC PROGRAM

### Information on Allowable Reimbursement Levels
### Not To Exceed (NTE) Amounts

**Purpose of NTE Amounts:**

❖ Place an upper ceiling on reimbursement to WIC vendors.

❖ Help ensure participant access. Participants may utilize any of the vendors approved by NYS
   WIC, many of which are small stores.

❖ Encourage participants to consider prices while shopping.

❖ Used during the State's selection of approved foods, especially brand-specific products.

**Establishing NTE Amounts:**

❖ Wholesale price and standard industry mark-ups are used if known.

❖ Information on fluid milk retail prices is collected and provided to NYS WIC by the NYS
   Department of Agriculture and Markets each month.

❖ WIC Vendor Management Agencies record store shelf prices during pre-authorization and
   monitoring visits. These data are not routinely forwarded to the State agency, but are available
   for analysis if there is a concern about the NTE of a particular commodity.

❖ AC Nielsen data are used periodically (primarily during the food selection process). The data
   have limited usefulness because many NYS WIC vendors (i.e., small stores) are not represented
   in the sample, and the information is too expensive to obtain on a regular basis.

❖ Marketplace news is monitored. Reports are received from media outlets, trade group
   representatives, vendors and participants, particularly when a given commodity's price is
   increasing rapidly.

**Considerations:**

❖ Checks may be printed up to four months before they are spent (e.g., a participant picks up her
   October, November and December checks on September 1st, and does not spend the December
   checks until December 29th). This makes rapid price increases (e.g. milk during the spring of
   2004) difficult to accommodate.

❖ NTE amounts printed on checks may encourage vendors to raise prices for certain commodities
   or may encourage participants to select more expensive brands.

❖ Monitoring pricing information for all types of authorized foods is time-consuming.

01106

# New York State Department of Health – WIC Program
## WIC Vendor Price/Stock Survey (Sample Page)

Vendor #_____

**CEREAL – ADULT/CHILD (COLD) (12 oz Box or Larger)**

| | 1st Visit | | Follow-Up Visit | |
|---|---|---|---|---|
| Minimum Stock Requirements: | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| (3) Varieties of cold cereal (minimum of 12 oz/box) AND | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| (3) Boxes of each variety = Total (9) boxes | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| (3) Boxes of adult/child hot cereal | | | | |

### COLD CEREALS - NATIONAL BRANDS

| Type/Brand | Size | 1st Visit Price | Follow-Up Visit Price | Type/Brand | Size | 1st Visit Price | Follow-Up Visit Price |
|---|---|---|---|---|---|---|---|
| **GENERAL MILLS** | | | | **QUAKER** | | | |
| Cheerios – regular only | | | | Crunchy Corn Bran | | | |
| Corn Chex | | | | Life (regular only) | | | |
| Kix – regular only | | | | Squares (Brown Sugar) | | | |
| Wheat Chex | | | | Corn Squares | | | |
| Wheaties – regular only | | | | **COLD CEREALS - STORE BRANDS (write in allowable brands)** | | | |
| **KELLOGG'S** | | | | Crisp Rice | | | |
| Complete Wheat Bran Flakes | | | | Corn Flakes | | | |
| Corn Flakes – regular only | | | | Toasted Oats | | | |
| Frosted Mini Wheats (Big Bite) | | | | Corn Squares | | | |
| Frosted Mini Wheats (Bite Size) | | | | Rice Squares | | | |
| **POST** | | | | Corn Puffs | | | |
| Banana Nut Crunch | | | | Bite Size Frosted Shredded Wheat | | | |
| Grape Nuts – regular only | | | | ...an Flakes | | | |
| Honey Bunches of Oats (Honey Roasted) | | | | | | | |
| Honey Bunc... of Oats (with Almonds) | | | | | | | |

01107

# New York State WIC Program
## Vendor Management Service Areas



VMA 7
Capital
District

VMA 2
Bronx, Lower
Hudson Valley

VMA 6
Central

VMA 5
Western

VMA 1
Manhattan

VMA 4
Upper Brooklyn

VMA 3
Queens, Long Island,
Staten Island, Lower Brooklyn

VMA = Vendor Management Agency

October 2004

47

# New York State WIC Program
## WIC Check Showing Not-To-Exceed Amount



The "Not To Exceed" box indicates the maximum value of the food instrument. This amount represents the total of all the NTE amounts for the quantity of "units" for each commodity listed on the food instrument.

The commodities listed on the food instrument are each assigned a NTE value per "unit" (e.g. per ounce for cereal, per half-dozen for eggs).

01109

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency:  NORTH CAROLINA**

1. If the State agency uses peer groups, please describe them using the attached chart.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

   ☒ WIC sales volume             ☐ Geographic location
   ☐ Gross food sales volume        ☐ Local agency service areas
   ☒ Number of cash registers       ☐ City, county, or regional divisions
   ☐ Square footage of store         ☐ Urban, rural, suburban
                                        ☐ Zip codes
                                        ☐ Unique economic location (*specify*)
                                        ☐ Other (*please specify*): _____

3. List/describe the State agency's competitive price selection criteria.

   **Vendor prices for each supplemental food can be no higher than the Maximum Allowable Price (MAP) that is established using price data from vendors.**

   Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

   **Vendor applicants with any prices above the MAP are given 30 days to resubmit prices within the MAPs. Vendors that do not lower their prices in this situation are not authorized and cannot reapply for 90 days. The MAPS are established using price information provided by all vendors in the different peer groups.**

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

   **Price lists are completed by all vendors two times per year. Prices from market basket samples (limited number of key supplemental foods) are also collected two times per year from one third of the vendors in each peer group. The Maximum Allowable Prices are set at the 97th percentile for each supplemental food for each peer group.**

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

   **Not applicable.**

01110

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

   **Each food instrument is edited against the MAP for that peer group. Food instruments exceeding the MAP are rejected and vendors are paid at the MAP through a direct deposit system. Vendors that continue to have food instruments rejected for exceeding the MAP must submit new price lists to ensure that they are meeting that selection criterion.**

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   **(a)** Strengths: **forces new applicants to set prices within the MAPS and forces vendors already authorized to stay within the MAPS**

   **(b)** Weaknesses: **involves extensive data collection; some vendor set their prices at the MAP rather than based on their cost.**

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

   **Set the MAPS at lower than the 97th percentile.**

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

   **We do not want to establish a separate peer group for WIC-Only vendors. We set up our system to place them in peer groups that include other vendors doing a similar amount of WIC business.**

51

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 | FI #2 | FI #3 | FI #4 | |
| 1 | 0-2 registers; $2,000-25,000 WIC redemption in 12 months | 30.07 | 28.17 | 98.50 | 84.45 | 463 |
| 2 | 3-5 registers; $25,001-75,000 WIC redemption in 12 months | 29.62 | 27.98 | 84.00 | 84.00 | 178 |
| 3 | 6+ registers; $75,001-300,000 WIC redemption in 12 months | 29.98 | 27.89 | 86.85 | 86.85 | 105 |
| 4 | Major chain stores; military commissaries; >$300,000 WIC redemption | 25.79 | 24.61 | 66.30 | 66.30 | 1025 |
| 5 | Free standing pharmacies | | | | 88.35 | 177 |

FI #1 – 1 gal. milk, 1 lb. cheese, 2 containers juice, 36 oz. cereal
FI #2 – 2 gal. milk, 1 lb. cheese, 2 containers juice, 1 doz. eggs, 1 jar peanut butter
FI #3 – 15 cans Enfamil LIPIL concentrate, 2 containers juice, 3 boxes infant cereal
FI #4 – 15 cans Enfamil LIPIL concentrate

01112

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency:  NORTH DAKOTA**

1. If the State agency uses peer groups, please describe them using the attached chart.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

   ☐ WIC sales volume       ☐ Geographic location
   ☐ Gross food sales volume            ☐ Local agency service areas
   ☐ Number of cash registers          ☐ City, county, or regional divisions
   ☐ Square footage of store           ☐ Urban, rural, suburban
                                                      ☐ Zip codes
                                                      ☐ Unique economic location (*specify*)
                                                      ☐ Other (*please specify*): _____

3. List/describe the State agency's competitive price selection criteria.

   *Must be within 15% of prices of other similar stores in the area*

   Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

   *When a new store applies, their prices must be within 15% of similar stores in the area.*

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

   *N/A*

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

   *Since we are able to see the receipt, we know the exact amount to reimburse the grocer.*

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

   *See above.*

01113

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

    (a) Strengths:  *It allows some flexibility for the stores and allows our rural stores to stay on the program*

    (b) Weaknesses:  *Since we do not have an automated vendor system right now, we have a hard time accurately accessing if the stores are staying within the 15%. Once we have our new computer system, we will have a lot more data and control of pricing.*

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

    *Not sure.*

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

    *Right now we have a minimal contract for our banking services. Now we will have to collect a lot of additional information, and we are concerned that we will not be able to afford the banking contract.*
    *We also have a very good relationship with our vendors now, and I hope this will not change with the new rules.*

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: PENNSYLVANIA**

1. If the State agency uses peer groups, please describe them using the attached chart.

   Pennsylvania has peer groups but they are not used for pricing purposes.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

   ☐ WIC sales volume
   ☐ Gross food sales volume
   ☒ Number of cash registers
   ☒ Square footage of store

   ☐ Geographic location
      ☐ Local agency service areas
      ☐ City, county, or regional divisions
      ☐ Urban, rural, suburban
      ☐ Zip codes
      ☐ Unique economic location (*specify*)
      ☐ Other (*please specify*): _____

3. List/describe the State agency's competitive price selection criteria.

   Each store applicant must maintain the required minimum inventory of WIC foods priced at or below established Maximum Allowable Prices.

   Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

   The Maximum Allowable Prices are established quarterly based upon a predetermined mark-up from wholesale pricing. In order to be authorized stores must stock minimum inventory at or below these prices and agree to be reimbursed no more than the Maximum Allowable Prices for any WIC foods.

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

   Maximum Allowable Prices were determined from a survey of all WIC authorized stores. The lowest and highest price charged by each store for each food item was collected and analyzed by peer group. The maximum allowable price was established as the average highest price for each product from any peer group. The relationship between the maximum allowable prices and wholesale prices was established. Wholesale prices are then tracked quarterly and maximum allowable prices are adjusted to reflect changes in the wholesale cost of each WIC food item.

01115

5.  If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

See answer to question #4.

6.  Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

Through a price adjustment system vendors are billed quarterly for any FI's that were redeemed for an amount that exceeded the maximum allowable prices for all food items on the FI.

7.  Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

(a) Strengths:    Limits vendors to those with reasonable pricing structures.
                  Ensures that the state agency does not pay more than the maximum allowable prices after a store is authorized.
                  Updated quarterly based on wholesale prices.
                  Does not require routine price surveys from vendors
                  None tiered pricing structure allows WIC participants same choices as non-WIC participants for their WIC food dollar.
(b) Weaknesses:   I'm sure there are some, but none coming to mind

8.  If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

None

9.  List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

Potential need to use peer group pricing

Potential need to convert to a non-store specific system

Need to maintain list of wholesalers, distributors and retailers "licensed" to sell formula in the state.  The term "licensed" needs to be defined as I am unaware that any of these entities are actually "licensed" to do business in Pennsylvania.

01116

56

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 | FI #2 | FI #3 | FI #4 | |
| 1 | Chain store supermarkets | $8.77 | $13.30 | $33.93 | $30.39 | 784 |
| 2 | Independent supermarkets | $8.77 | $13.30 | $33.93 | $30.39 | 203 |
| 3 | Mom and Pop | $8.77 | $13.30 | $33.93 | $30.39 | 449 |

FI# 1:  (3) ½ Gallon milk, (1) can juice

FI# 2:  (4) ½ Gallon milk, (2) cans juice

FI# 3:  (4) ½ Gallon milk, (1) pound cheese, (30) ounces WIC cereal, (1) dozen eggs, (1) pound dried beans/peas, (2) cans juice

FI# 4:  (3) ½ Gallon milk, (1) pound cheese, (30) ounces WIC cereal, (1) dozen eggs, (2) cans juice

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: TENNESSEE**

1.  If the State agency uses peer groups, please describe them using the attached chart.

We do use peer groups as defined on the attached chart.

2.  Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

☐ WIC sales volume                    ☒ Geographic location
☐ Gross food sales volume                 ☒ Local agency service areas
☐ Number of cash registers                ☐ City, county, or regional divisions
☐ Square footage of store                 ☐ Urban, rural, suburban
                                          ☐ Zip codes
                                          ☐ Unique economic location (*specify*)
                            ☒ Other (*please specify*): <u>Type of</u>
                                          <u>ownership</u>

3.  List/describe the State agency's competitive price selection criteria.

    (Note: The information below applies only to grocery vendor applicants and vendors. Pharmacies provide only special formula and are exempt from price collection and competitive price requirements.)

        Vendors must submit a price report showing the highest regular prices of a select group of WIC approved foods at the time of their initial application. These individual prices are used to determine the vendor's package prices for the most commonly issued food instruments. Price reports are also submitted at the beginning of each calendar quarter for the remainder of the Vendor Agreement. In addition, vendors are to report any significant price increases or decreases during the quarter. All agreements expire on September 30 of even numbered years. Prices submitted for the calendar quarter starting October 1 of those years are applicable for beginning the subsequent agreement.

        Vendors must maintain package prices that are within fifteen percent of the average package prices for all vendors within their peer group within the geographic area served by their regional WIC office (our local agencies).

    Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

01118

The Vendor Representatives in the fourteen regional offices process and approve applications under policies and procedures put forth by the State agency. To approve an initial application, they must determine that the applicant's package prices will be within fifteen percent of the peer group average for that applicant's appropriate peer group assignment. A comparison is made to the latest report from the Vendor Management data system showing their region's average package prices for each peer group. The vendor applicant's reported prices are also verified as part of the initial store visit. If all package prices do not meet the requirement, the vendor is given the opportunity to adjust their prices. Such adjustments are verified through an unannounced visit within fifteen calendar days of the first visit. If the second visit does not result in all package prices meeting the requirement, the application will be denied and a new application cannot be submitted for six months from the denial date.

Although the above procedure is currently done manually, a system based procedure will be included with revisions to our Vendor Management data system scheduled for release by January 2005. The Vendor Representative will enter identifying information and the vendor applicant's reported prices. They will then be able to compare these prices with the averages for each of their region's peer groups. They will still be required to verify prices during the initial store visit and give the vendor applicant an opportunity to adjust their prices if necessary.

Vendors are expected to meet the competitive price requirement throughout their Vendor Agreement. Failure to do so may result in terminating the current Vendor Agreement for cause, not offering a subsequent Vendor Agreement or disqualification from the Program. The Vendor Representatives verify reported prices during twice annual unannounced routine monitoring visits using data on Pocket PC handhelds brought over from their desktop computer. In addition, the Vendor Representatives produce a quarterly price report from the data system which identifies vendors with one or more package prices not meeting the requirement. Again, vendors are given the opportunity to adjust prices.

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

We have maintained the approach that all grocery peer groups would be subject to the same competitive price requirement. However, we changed the percent that a vendor's package prices must be in comparison to the other vendors in their peer group. We previously used ten percent for the competitive pricing comparison, but found this to be troublesome if a vendor carries a more expensive brand or type of eligible food, i.e., cheese, beans, peanut butter, not carried by others in their peer group. We raised the percent requirement to fifteen and have found a significant decrease in the number of vendors exceeding the requirement.

We also expanded the definition of several of our peer groups and created several new ones in recent years. We separated the free standing major chain grocery stores from the super centers whose prices are traditionally lower. We created a separate group for the deep discount/limited brand chains whose prices undercut both the major chains and super centers. We distinguished the larger regional and national chains with stores in multiple states from those with primarily Tennessee locations. The localized chains often have difficulty competing with the larger ones.

We clarified that multiple franchised locations constitute a local chain since a multi-store operation should be able to maintain lower prices than can be done with just one location. We distinguished larger total dollar volume independents and single franchised locations from those with smaller dollar volume, again because the larger ones should be able to maintain lower prices. All of these changes have brought about a significant decrease in the number of vendors exceeding the competitive price requirement in each peer group but helped to establish an achievable expectation that vendors must fairly compete in their pricing of WIC approved foods.

5.  If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

    N.A., we use peer groups.

6.  Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

    In addition to the competitive pricing requirement, vendors are not to transact vouchers for the most commonly issued food instruments for an amount greater than the package price determined from their quarterly reported prices. The Vendor Representatives receive quarterly reports from the Vendor Management data system identifying vouchers redeemed for an amount greater than that vendor's package price. Claims are issued to the vendor for reimbursement of these overpayments. (Since it is not cost effective to collect small amounts, there is a threshold above which claims are made. It is currently fifteen percent above the vendor's package prices.) The vendor is given the opportunity to justify. Failure to make payment on unjustifiable vouchers may result in terminating the current Vendor Agreement for cause, not offering a subsequent Vendor Agreement, or disqualification from the Program.

    Furthermore, our vouchers have a printed "Do Not Exceed" amount. Our banking contractor will deny payment for all vouchers transacted for greater than this amount. The "Do Not Exceed" amounts are determined by the State agency using voucher redemption information and made high enough to cover the majority of vendors across the State. When vouchers denied for this situation are submitted to the Vendor Representatives for consideration for payment, they are to be replaced and the transacted amount adjusted to the vendor's package price for that voucher.

7.  Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

    (a) Strengths:

        Vendor's prices are routinely monitored through the quarterly price collections and related policies and procedures.

Frequent monitoring visits by our Vendor Representatives allow us to be able to verify the accuracy of vendor price reporting and to discuss pricing data and situations of concern with the vendor.

Type of ownership is an appropriate method to determine peer groupings. Each group is representative of the level of pricing that is historically linked to that group, i.e. deep discount/limited brand chains are expected to be lower priced than other chains including super centers, independents and single franchises with larger total dollar volume are expected to be lower priced than ones with lower dollar volume.

In addition to the competitive pricing requirement, we have two ways to either request reimbursement of previously paid food dollars or withhold future payment of food dollars.

(b) Weaknesses:

There currently is no fluctuation between peer groups in the percent used for the competitive pricing requirement.

The "Do Not Exceed" amounts on the vouchers are more arbitrary than specific since they are not directly linked to particular vendors or peer groups.

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

Having the "Do Not Exceed" amounts more specifically tied to specific vendors within a specific geographic area.

Develop procedures to electronically receive pricing information from vendors to better ensure that the highest prices of the correct items are being submitted.

Develop procedures to electronically request claims from vendors and receive justification and/or payments electronically in return to make it more cost effective to request a greater number of claims.

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

How much flexibility will be given to State agencies for the number of peer groups and what criteria are used to develop them.

How much flexibility will be given to the State agencies for development of the allowable reimbursement levels for each peer group.

Better understanding of the specific procedures to ensure State agency compliance with the requirement that we do not reimburse vendors at a level that would otherwise make them ineligible.

Consideration for vendors in rural areas with primarily WIC customers and who stock primarily WIC eligible foods when developing requirements to be used for vendors that derive the majority of their revenue from WIC transactions. We expect these vendors to accept Food Stamps and at least one other form of payment and to carry a reasonable variety of staple foods. We do not perceive them as WIC-only stores and their closure would often result in a participant access hardship.

62

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 | FI #2 | FI #3 | FI #4 | |
| 1 | Pharmacies: Independent or chain pharmacy, not owned by authorized grocery. | N.A. | N.A. | N.A. | N.A. | 101 |
| 2 | Major Chains: Corporate owned, multi-state. | $32.63 | $43.72 | $49.12 | $32.63 | 360 |
| 3 | Independent Chain/Multiple Franchises: Locally owned with multiple locations. | $31.54 | $42.67 | $48.04 | $31.54 | 177 |
| 4 | Large Independent/Single Franchise: Total annual sales of $1,000,000 or more. | $33.22 | $45.09 | $50.23 | $33.22 | 154 |
| 5 | Small Independent/Single Franchise: Total annual sales of less than $1,000,000. | $31.02 | $42.50 | $47.58 | $31.02 | 194 |
| 6 | "Wholesale" Chain: Deep discounter | $22.43 | $31.13 | $35.39 | $22.43 | 65 |
| 7 | General Merchandise/Super Centers: Department store with complete grocery and pharmacy | $27.95 | $37.36 | $42.17 | $27.95 | 84 |

**Please note:**

Our peer groups are referred to by the numbers 1 through 7.

The four types of food instruments used in the table are the most redeemed statewide. However, the prices used to determine the maximum allowable dollar amount are based on reported prices from vendors in Nashville/Davidson County. This region had the highest reported average package prices for each of the four types of food instruments.

**FI #1: Child's Food Instrument (E2)** – 2 gallons milk; 16 oz. of cheese (must buy at least 8 oz. packages); 1 dozen eggs; juice in 3 46 oz. containers or 3 11.5/12 oz. frozen cans; 1 16 oz. package of beans/peas or 1 16 – 18 oz. jar of peanut butter.

**FI #2: Child's Food Instrument (E)** – 2 gallons milk; 16 oz. of cheese (must buy at least 8 oz. packages); 1 dozen eggs; juice in 3 46 oz. containers or 3 11.5/12 oz. frozen cans; 36 oz. of cereal (must buy at least 11 oz. boxes)

**FI #3: Pre-natal Food Instrument (A)** – 3 gallons milk; 16 oz. of cheese (must buy at least 8 oz. packages); 1 dozen eggs; juice in 3 46 oz. containers or 3 11.5/12 oz. frozen cans; 36 oz. of cereal (must buy at least 11 oz. boxes).

**FI #4: Pre-natal Food Instrument (A2)** – 2 gallons milk; 16 oz. of cheese (must buy in at least 8 oz. packages); 1 dozen eggs; juice in 3 46 oz. containers or 3 11.5/12 oz. frozen cans; 1 16 oz. package of beans/peas or 1 16 – 18 oz. jar of peanut butter.

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency:  TEXAS**

1.  If the State agency uses peer groups, please describe them using the attached chart.

2.  Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

    ☒ WIC sales volume              ☒ Geographic location
    ☐ Gross food sales volume           ☒ Local agency service areas
    ☐ Number of cash registers          ☐ City, county, or regional divisions
    ☐ Square footage of store           ☐ Urban, rural, suburban
                                        ☐ Zip codes
                                        ☐ Unique economic location (*specify*)
                                        ☐ Other (*please specify*): _____

3.  List/describe the State agency's competitive price selection criteria.

    There are approximately 80 Local Agency Service (LA) areas in Texas.  Within each area there are four Bands (groups) based on dollar volume of WIC Redemptions.  Average food package prices for the woman/child and the milk-based and soy-based infant formula packages for both powder and concentrate infant formula are computed for each band in each local agency based on paid vendor claims.  The new vendor's prices are aggregated to obtain an average for their woman/child package and infant formula packages.  The vendor's prices are compared to the Local Agency's average prices for the same packages.

    Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

    The vendor must be within 108% of the Local Agency's average for both the woman/child and the infant package.

4.  Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

    For this effort, we used the same benchmark we have used for a number of years.

5.  If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

    N/A

6.  Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

64

01125

At a point in time, an assessment will made to determine if the vendor's prices are within 108% of the Local Agency's Band Average for the woman/child and infant packages for a calendar month. For any charges in excess of 108% of the LA average, the vendor will be billed.

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

(a) Strengths: uniform method of comparison; we can identify price by food category. Costs can be identified by Local Agency Area.

(b) Weaknesses: Complex, too confusing and groupings may not be fair.

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

We are currently establishing new peer groups as recommended by Burger Carroll and Associates. With no constraints, we would re-program our system to calculate the average food package costs using the new peer groups and re-evaluate our system at that time.

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

One major concern is the vendor's negative reaction and or response and any political involvement due to termination and or large billings. Also, programming changes and lack of staff resources for that effort. Lack of staff resources needed to mange this effort.

## STATE AGENCY COMPETITIVE PRICING SYSTEM

**State Agency: UTAH**

1. If the State agency uses peer groups, please describe them using the attached chart.

   **[SEE CHART]**

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

   ☐ WIC sales volume                   X Geographic location
   X Gross food sales volume            ☐ Local agency service areas
   X Number of cash registers           ☐ City, county, or regional divisions
   ☐ Square footage of store            ☐ Urban, rural, suburban
                                        X Zip codes
                                        ☐ Unique economic location (*specify*)
                                        X Other (*please specify*): _____
                                             - Retail prices with 5% per peer group

3. List/describe the State agency's competitive price selection criteria.

**Limiting Criteria**
*Competitive price limitations: All* vendors will be ranked according to their retail price of their WIC food commodities from the lowest to the highest by categories (peer groups). Only the required number of vendors with the lowest priced WIC food items according to the vendor's price survey, needed to maintain the minimum participant/vendor ratio, will be accepted for authorization or allowed to renew the vendor agreement. Additional vendors beyond the minimum participant/ vendor ratio may be accepted or allowed to renew, if their prices on WIC food items are within 5 percent (5%) of the lowest priced vendors in the zip code location.

**Selection Criteria**
*Competitive price and price limitations:* The price of each WIC eligible food item does not exceed by five percent (5%) the average price of the same WIC eligible food in other WIC authorized vendors in the same zip code location. If the majority of the vendors in the zip code location are of one category (peer group), then the price comparison will be based on that category (peer group) of vendor. Where no majority exists, the vendor will be compared to other vendors in the same category (peer group they qualify).

    Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

An average price for each WIC food item is calculated for each peer grouping. Once the vendor is placed in a peer group in accordance to the criteria, then prices are compared

against the average for that item by peer group. **Every WIC food item must be within five percent (5%) of the average for their peer group assigned.**

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

**The vendor agrees that the maximum payment of any food instrument will not exceed five percent (5%) of the average cost of any specific food item in accordance to the assigned category (peer group) of a vendor or the actual vendor's shelf prices whichever is less. The State Agency cannot pay a vendor at a level that would otherwise make the vendor ineligible for authorization.**

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

**N/A**

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

**The food instrument "Not to Exceed" limit is based on the average price per item by peer group plus ten percent (10%); five percent (5%) is allowed for variation from the average price per food instrument, and five percent (5%) for price fluctuations. A report is generated which lists all food instruments redeemed between 105 and 110 percent which is evaluated post-hoc.**

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

(a) Strengths:

**Keeps prices very competitive within the peer groups. When a vendor is notified that the price on a WIC item exceeds the 5% average, they seem very willing to change because it is based on all the other stores in the peer group average. WIC vendors want to remain competitive with their prices in comparison to their grocery peers.**

(b) Weaknesses:

**Extreme price fluctuations, like the milk and cheese prices we saw this spring. This requires a quick response because the system is very tight. Extreme price fluctuations especially effect three-month food instrument issuance and sometimes requires the WIC**

participant to return to the clinic for a re-issuance to accommodate the extreme fluctuation of prices.

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

- Add additional peer groups to further define the independent stores in regards to location and transportation costs;
- Examine multi-peer group criteria as to what order they will be applied or ranked;
- Consider a vendor price bid system for WIC items requiring the prices to remain stable for a specific timeframe unless the wholesaler raised the prices;
- Redefine gross sales to "edible food sales" so we are comparing edible food sales to WIC items, not non-food item sales;
- Evaluate Food Stamp sales as a possible criteria for peer grouping

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

A better understanding of how price-limiting criteria will be applied for those vendors whose WIC sales make up greater than fifty percent of their total gross sales.

68

01129

# VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 | FI #2 | FI #3 | FI #4 | |
| 1 | Chain, one of a group of stores of varying size which are owned by a single entity [individual(s) or corporation(s)]; operation within or outside the Wasatch front; with an average monthly food sales volume of greater than $25,000; operating more than five (5) stores within the state; having greater than 5 cash registers per store; and with retail WIC prices within 5% of similar categorized vendors | $43.72 | $114.31 | $54.22 | $45.81 | 206 |
| 2 | Small chain or Independent stores of varying size which are owned by an individual(s) and do not have combined buying power of a large group; operating within or outside of the Wasatch front; with an average monthly food sales volume of less than $25,000 but greater than $1,000; operating less than five (5) stores within the state; having less or equal to 5 cash registers per store; and with retail prices comparable with 5% of similar categorized vendors. | $46.52 | $121.16 | $58.04 | $49.11 | 103 |
| 3 | Pharmacies, (Drug Stores) primarily selling products as prescription medicine, health care items, etc. | N/A | N/A | N/A | N/A | 3 |
| 4 | Home Delivery - Dairies, a sole proprietorship, partnership, cooperative association, corporation, or other business entity that contracts with the State agency to deliver fluid milk, eggs, and cheese only to the residences of participants. | N/A | N/A | N/A | N/A | 1 |
| 5 | Independent stores of varying size which are owned by an individual(s) and do not have the buying power of a group; operating in rural or frontier areas (<10,000 population area and | $51.69 | $138.54 | $64.71 | $54.02 | 24 |

greater than 10 miles from a Category 1 store); with an average monthly food sales of less than $1,000; operating less than or equal to two (2) stores within the state; having less than three (3) cash registers; and with retail prices comparable with 5% of similar categorized vendors.

FI#1: 36) oz or less cereal
4) 12oz frozen or shelf stable juice
1) qt milk
4) gal of milk
2) doz eggs
1) lb cheese
1) lb dried beans

FI#2: 8) 14.3oz Enfamil with iron
3) 8oz Infant cereal
2) 12oz frozen or 11.5oz shelf stable juice

FI#3: 36) oz or less cereal
6) 12oz frozen or shelf stable juice
1) qt milk
6) gal of milk
2) doz eggs
1) lb cheese
1) lb dried beans

FI#4: 36) oz or less cereal
4) 12oz frozen or shelf stable juice
1) qt milk
5) gal of milk
2) doz eggs
1) lb cheese

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: VIRGINIA**

1. If the State agency uses peer groups, please describe them using the attached chart.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

   ☐ WIC sales volume
   ☐ Gross food sales volume
   X Number of cash registers
   ☐ Square footage of store

   ☐ Geographic location
       ☐ Local agency service areas
       ☐ City, county, or regional divisions
       ☐ Urban, rural, suburban
       ☐ Zip codes
       ☐ Unique economic location (*specify*)
       X Other (*please specify*): Type of ownership, i.e., Corporate Chain stores, formula supplier, etc. This approach is scheduled to be changed as of March 1, 2005. See attached Peer Group Classification System policy 13.0

3. List/describe the State agency's competitive price selection criteria.

The following is an excerpt from our Retailer Selection and Authorization Policy (14.0)

A.    The selection and authorization process entails assigning each authorized retail store/applicant a score based upon the following criterion:

| | |
|---|---|
| Competitive Pricing | 75 points |
| Variety of WIC approved foods | 15 points |
| Accessibility | 10 points |
| Overall Score: | 100 points |

B.    Competitive Pricing: represents seventy-five (75%) of the store's/applicant's overall score. The maximum point value that can be earned in this category is 75 points.

A price comparison of retailer-applicants will be made using submitted retail store prices of currently authorized retailers in the same peer group. For comparison purposes, the State Agency will use two of the most frequently redeemed food instrument types: one typical of a women's and infant's food package. The State Agency purposely does not identify the individual products that make up the women's and infant food package that are used for price comparison purposes. However, the products used for this analysis are collected from prices entered into Retail Store Management System (RSMS). The State Agency will use the following criteria for scoring purposes:

01132

| Description | Price Comparison Range | Maximum Point Value |
|---|---|---|
| Non-Competitive Pricing | Peer Group Pricing Average, plus 10% - more | 15 |
| Less Competitive | Peer Group Pricing Average, plus 5.1 – 9.9% | 30 |
| Competitive Pricing | Peer Group Pricing Average, plus or minus 5% | 45 |
| Highly Competitive | Peer Group Average, minus 5.1 – 9.9% | 60 |
| Best Pricing | Peer Group Average, minus 10% or more | 75 |

Applicants must pass the pricing evaluation for both the women's and infant's food package. If the retail store receives a non-competitive score in either category, this outcome may mean the store will be denied WIC Program authorization.

Applicants and/or retail stores must have a minimum Pricing Point Value of <u>30</u> or higher to be authorized and remain in good standing. *Applicants/retail stores whose combined score for the infant and women's food package is 15 or less are considered non-competitive and will be either denied authorization or have their contract terminated, unless inadequate participant access would exist.*

Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

We compare the pricing data submitted by a retail store against other stores assigned to that same peer group.

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

Quarterly the state agency identifies and transmits to our banking contractor the maximum allowable reimbursement levels using pricing data submitted by authorized stores. For each food instrument type (which represents a unique combination of food/formula) the maximum is calculated based upon the highest price submitted by any authorized retail store. A single maximum value for each peer group is used.

During the post payment process, for selective FI types we compare the prices submitted by each individual retail store against what was actually paid to the store during the previous month/quarter. Any substantial variances from the prices submitted are flagged as an "overcharge" and a Vendor Claim may be initiated by the State Agency.

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

01133

See response to question #4.

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

Post payment review of redeemed Food instruments.

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   (a) Strengths:
   • Uses objective measures (data driven) that is consistently applied

   (b) Weaknesses:
   • The post payment process has not been fully implemented
   • Labor and data intensive
   • Allowing stores to resubmit their prices when they have been flagged as "non-competitive".
   • How much information should be given to retail stores and applicants about pricing limits at either the peer group and/or food item level? How to prevent stores from pricing at the maximum allowable for their peer groups?

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

No comments

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

Clarification about small retail stores and their relationship with formula manufacturers and distributors. May small retail stores use the large chain stores as their formula supplier, i.e., Wal-mart Supercenter, Food Lion, Giant Foods of Maryland. Does this new provision require all authorized stores to use a supplier and/or distributor to purchase their formula?

In order to be compliance with the new rules which states: "*Establish a vendor peer group system that distinguishes vendors that derive 50% or more of their annual food sales revenue from the sale of supplemental foods to WIC participants from other vendors*".

We have 5 specialty stores that would fit the definition of deriving 50% or more of their revenue from the WIC Program does this rule mean these stores have to be placed in a separate peer group, along with other stores that qualify based upon this criteria?

01134

74

## VENDOR PEER GROUPS

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 FI Type 8003852 | FI #2 FI Type 8003868 | FI #3 FI Type 8003870 | FI #4 FI Type 8003876 | |
| 1 | Stores with 1-3 cash registers | 35.88 | 8.90 | 42.64 | 24.82 | 154 |
| 2 | Stores with 4-7 cash register or specialty stores | 35.88 | 8.90 | 42.64 | 24.82 | 98 |
| 3 | Stores with a corporate contact (Food Lion, Winn Dixie, Walmart, etc) | 35.88 | 8.90 | 42.64 | 24.82 | 565 |
| 4 | Commissaries | 35.88 | 8.90 | 42.64 | 24.82 | 12 |
| 5 | Special Formula Contractor | N/A | N/A | N/A | N/A | 1 |

FI Type #1 (8003852 – 3 cans of Good Start w/iron supreme powder (12 ounces)

FI Type #2 (8003868 – 1 gallon milk, 1 can of 46 ounce juice or 1 can of 12 frozen juice)

FI Type #3 (8003870 – 1 pound of cheese, 1 dozen eggs, up to 36 ounces of WIC approved cereal, 2 gallons of milk, 2 liquid juice 46 ounces or 2 12 ounce cans.)

FI Type #4 (8003876 – 1 gallon of milk, 1 pound of cheese, 1 dozen eggs, 1 jar of 18 ounce peanut butter, or 1 pound of beans, peas or lentils, 1 46 ounce of juice or 1 12 ounce frozen juice.)

01135

## STATE COMPETITIVE PRICING SYSTEM PROFILE

**State Agency: WISCONSIN**

1. If the State agency uses peer groups, please describe them using the attached chart.

We have contracted with Burger, Carroll and Associates to assist in determining a valid method to determine peer groups. The following responses are based on this work but it hasn't been implemented yet unless otherwise noted.

2. Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

   ☐ WIC sales volume          ☐ Geographic location
   ☐ Gross food sales volume     ☐ Local agency service areas
   X   Number of cash registers    ☐ City, county, or regional divisions
   ☐ Square footage of store      ☐ Urban, rural, suburban
                                  ☐ Zip codes
                                  ☐ Unique economic location (*specify*)
                                  X   Other (*please specify*): Explore unique client access zones

3. List/describe the State agency's competitive price selection criteria.

We currently use 115% of a market basket price for stores within the local project service area. Combines stores of all sizes in determining the market basket price.

    Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

    See above.

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

Not implemented.

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

Rolling statewide average based on redeemed prices for each food instrument type. The average is increased by a designated percentage to determine the reject value.

01136

6.  Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

Stock price surveys and market basket analysis completed approximately every six months.

7.  Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

    (a) Strengths:  When we implement the peer grouping system, it will give us greater control on the maximum values.  The maximum value will be reduced for larger stores and be more sensitive to potential overcharges.  Small stores will be compared to small stores throughout the state, not just in the immediate area where they are located and may better control price increases.  We'll also have better information about the price of individual items.

    (b) Weaknesses:  The market basket approach that we use currently doesn't address individual items.  The present system combines small and large stores that have different pricing parameters.

8.  If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

    To better address and control the costs and distribution of special formula and liquid nutrition products.

9.  List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

01137

76

## WIC COMPETITIVE PRICING SYSTEM PROFILE

**State Agency:  WYOMING**

1.  If the State agency uses peer groups, please describe them using the attached chart.

**WE ARE IN THE PROCESS OF REDOING OUR PEER GROUPS NOW (OUR CURRENT ONES ARE NOT VERY EFFECTIVE).  I WILL ANSWER BELOW HOW WE ARE ATTEMPTING OUR PEER GROUPS.**

2.  Place a check mark beside each criterion that the State agency uses to define its vendor peer groups:

☒ WIC sales volume
☐ Gross food sales volume
☒ Number of cash registers
☐ Square footage of store

☐ Geographic location
☐ Local agency service areas
☐ City, county, or regional divisions
☐ Urban, rural, suburban
☐ Zip codes
☐ Unique economic location (*specify*)
☐ Other (*please specify*): _____

3.  List/describe the State agency's competitive price selection criteria.

**WE PLAN TO COMPARE VENDORS AT THE TIME OF (RE)AUTHORIZATION WITH OTHER VENDORS IN THEIR PEER GROUP USING A PRICE SURVEY COLLETED BY OUR LOCAL VENDOR MONITORS.  PRICES MUST BE WITHIN 10% OF THE AVERAGE OF THE PEER GROUP OR WE WILL NOT AUTHORIZE THAT PARTICULAR VENDOR.**

**BEING AN EBT STATE, WE PLAN TO USE SALES DATA THROUGHOUT THE AGREEMENT PERIOD TO ENSURE THAT ALL UPCS SOLD BY A PARTICULAR STORE ARE SOLD AT PRICES WITHIN 10% OF THE AVERAGE OF THAT STORES PEER GROUP.  IF PRICES ARE NOT WITHIN THE 10%, WE WILL COLLECT THE DIFFERENCE AS AN OVERCHARGE (WITH OUR CURRENT EBT SYSTEM, WE DO MOSTLY POST EDITING) AND GIVE THE VENDOR A CHANCE TO LOWER HIS PRICES TO WITHIN THAT 10%.  IF THE VENDOR REFUSES TO LOWER HIS PRICES, HIS AGREEMENT WILL BE TERMINATED.**

Please explain how the State agency uses these criteria to determine whether a vendor applicant's prices are competitive.

**SEE ABOVE.**

01138

4. Describe the State agency's approach to setting maximum allowable reimbursement levels for each peer group.

**SEE ABOVE.**

5. If the State agency does not use peer groups, describe the approach used to set maximum allowable reimbursement levels.

6. Explain how the State agency ensures that payments to vendors remain at or below the maximum allowable reimbursement levels.

**WE WILL GET AN EXCEPTION REPORT DETAILING WHICH UPCS WERE SOLD ABOVE THE AVERAGE + 10% (CURRENTLY WE USE THE AVERAGE + 15% WITH OUR CURRENT PEER GROUPS). ON THOSE UPCS WE WILL COLLECT THE DIFFERENCE AS AN OVERCHARGE (TYPICALLY WITH OUR CURRENT EBT SYSTEM, THESE ARE CASHEIR KEYING ERRORS). WITH OUR NEW EBT SYSTEM, WE HOPE TO HAVE MORE PRE-EDITING CAPABILITIES.**

7. Describe the strengths and weaknesses of the State agency's competitive pricing system or approach.

   (a) Strengths:
**OUR CURRENT SYSTEM HAS NONE! OUR NEW SYSTEM WILL HAVE BETTER PEER GROUPS IN PLACE AND WE WILL BE ABLE TO HAVE COMPETITIVE PRICING DOWN TO THE UPC LEVEL**

   (b) Weaknesses:
**LOTS IN OUR CURRENT SYSTEM. WHEN WE REDESING OUR PEER GROUPS ETC, WE WILL STILL HAVE THE OLD EBT SYSTEM IN PLACE UNTIL 2008 SO WE WILL STILL BE A POST EDITING SYSTEM UNTIL THAT TIME.**

8. If there were no funding or other constraints, what changes would the State agency make to the current competitive pricing system to enhance its performance?

**SEE ABOVE FOR OUR PLANNED CHANGES**

9. List the major issues and/or concerns that the new vendor cost-containment provisions (as you presently understand them) raise for your State agency.

01139

78

## VENDOR PEER GROUPS

### WYOMING'S PROPOSED NEW PEER GROUPINGS!

| No. | Description of Peer Group (e.g., supermarkets, chain stores, pharmacies, WIC-only stores, etc.) | Current Maximum Allowable Dollar Amount | | | | Number of Vendors in Peer Group |
|---|---|---|---|---|---|---|
| | | FI #1 | FI #2 | FI #3 | FI #4 | |
| 1 | COMMISSARY | | | | | 1 |
| 2 | WAL-MART SUPERCENTERS | | | | | 7 |
| 3 | LARGE CHAIN STORES WITH >$10,000 IN MONTHLY WIC SALES AND >6 CASHIER LANES | | | | | 8 |
| 4 | LARGE CHAINS WITH <$10,000 IN MONTHLY WIC SALES AND >5 CASHIER LANES | | | | | 25 |
| 5 | SMALL CHAINS AND INDEPENDENTS WITH >$2,000 IN MONTHLY SALES AND >5 CASHIER LANES | | | | | 13 |
| 6 | SMALL CHAINS AND INDEPENDENTS WITH <$2,000 IN MONTHLY SALES AND <5 CASHIER LANES | | | | | 21 |
| 7 | INDEPENDENTS WITH <$1,000 IN MONTHLY SALES AND <3 CASHIER LANES | | | | | 12 |
| 8 | PHARMACIES | | | | | 1 |

### WYOMING HAS PRICING SET BY INDIVIDUAL UPC CODE

79

01140