# EXHIBIT A3

List of all Stores Active on Texas WIC Program who redeemed in June 2004
All Information is for June 2004

| LA | Band | Account | Outlet | Store Name | Address | City | County | State | Zip | Food Stamp Number | Number of Cash Registers | GROSSFOOD | Monthly Paid Amount by Store for June 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $34,752,138.00 | $16,825.83 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $31,099,278.00 | $9,071.45 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $43,661,871.00 | $7,205.15 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $31,410,703.00 | $13,401.21 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $9,496,813.00 | $16,501.72 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $12,922,457.00 | $7,081.81 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $10,192,747.00 | $11,685.46 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $12,103,675.00 | $7,872.09 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $450,000.00 | $11,417.66 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $44,389,234.00 | $75,561.16 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $23,439,219.00 | $111,961.08 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $37,893,944.00 | $179,772.68 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $36,501,470.00 | $135,352.65 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $43,080,918.00 | $28,634.74 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $37,817,345.00 | $144,407.47 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $30,244,554.00 | $32,501.02 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $20,544,650.00 | $79,310.27 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $66,028,805.00 | $51,416.42 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $59,652,174.00 | $24,333.87 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $23,193,223.00 | $88,223.62 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $38,332,446.00 | $40,620.38 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $38,748,594.00 | $97,533.47 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $10,528,226.00 | $30,730.66 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $3,000,000.00 | $23,183.68 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $5,900,000.00 | $48,768.11 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $5,100,000.00 | $23,697.20 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $300,000.00 | $30,885.08 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $322,155.00 | $1,004.76 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $89,698.00 | $259.01 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $166,990.00 | $514.44 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $95,336.00 | $1,488.78 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $12,516.00 | $699.81 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $1,055,522.00 | $5,919.02 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $166,715.00 | $4,044.38 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $512,310.00 | $5,666.16 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $406,000.00 | $3,433.75 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $107,004.00 | $2,969.71 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $132,244.00 | $3,139.27 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $145,629.00 | $4,549.07 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $176,238.00 | $5,480.95 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $168,700.00 | $5,913.54 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $80,033.00 | $4,293.88 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $93,485.00 | $4,833.03 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $99,421.00 | $3,218.41 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $200,822.00 | $4,285.50 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $93,772.00 | $4,932.64 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $139,032.00 | $5,302.86 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $500,000.00 | $3,711.69 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $60,000.00 | $5,560.93 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $250,000.00 | $4,969.80 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $80,000.00 | $2,389.35 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $1,032,756.00 | $14,518.06 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $307,024.00 | $18,390.63 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $2,776,431.00 | $16,346.36 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $2,444,932.00 | $12,268.57 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $1,733,509.00 | $7,741.77 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $1,427,427.00 | $7,278.61 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $500,990.00 | $13,153.02 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $3,083,448.00 | $7,769.53 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $1,756,000.00 | $9,606.99 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $529,989.00 | $10,644.19 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $390,000.00 | $7,145.64 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $504,000.00 | $6,044.50 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $525,000.00 | $8,158.45 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $140,889.00 | $6,413.12 |
| YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | YY | $139,401.00 | $7,337.92 |

| Amount 1 | Amount 2 | C3 | C4 | C5 | C6 | C7 | C8 |
|---|---|---|---|---|---|---|---|
| $6,143.62 | $91,877.00 | | | | YY | YY | YY |
| $17,657.02 | $2,737,184.00 | | | | YY | YY | YY |
| $17,214.89 | $2,823,416.00 | YY | | | YY | YY | YY |
| $16,055.95 | $5,050,012.00 | YY | | | YY | YY | YY |
| $6,553.41 | $885,000.00 | YY | | | YY | YY | YY |
| $11,229.95 | $181,788.00 | YY | | | YY | YY | YY |
| $14,338.63 | $125,000.00 | YY | | | YY | YY | YY |
| $25,102.94 | $8,003,439.00 | YY | | | YY | YY | YY |
| $50,177.07 | $23,190,586.00 | YY | | | YY | YY | YY |
| $58,855.65 | $25,648,246.00 | YY | | | YY | YY | YY |
| $52,140.65 | $24,294,390.00 | YY | | | YY | YY | YY |
| $78,413.98 | $36,195,787.00 | YY | | | YY | YY | YY |
| $68,237.53 | $19,404,213.00 | YY | | | YY | YY | YY |
| $88,100.28 | $22,750,470.00 | YY | | | YY | YY | YY |
| $25,425.52 | $21,326,002.00 | YY | | | YY | YY | YY |
| $74,612.97 | $40,382,148.00 | YY | | | YY | YY | YY |
| $92,628.73 | $36,946,798.00 | YY | | | YY | YY | YY |
| $24,593.59 | $634,193.00 | YY | | | YY | YY | YY |
| $22,468.63 | $3,924,263.00 | YY | | | YY | YY | YY |
| $20,408.34 | $2,871,498.00 | YY | | | YY | YY | YY |
| $26,980.19 | $25,893,465.00 | YY | | | YY | YY | YY |
| $32,647.31 | $11,741,351.00 | YY | | | YY | YY | YY |
| $34,105.89 | $979,886.00 | YY | | | YY | YY | YY |
| $33,867.82 | $794,089.00 | YY | | | YY | YY | YY |
| $28,076.02 | $4,125,695.00 | YY | | | YY | YY | YY |
| $34,105.15 | $4,456,329.00 | YY | | | YY | YY | YY |
| $168,429.93 | $1,200,000.00 | YY | | | YY | YY | YY |
| $111,097.94 | $1,200,000.00 | YY | | | YY | YY | YY |
| $73,292.20 | $360,000.00 | YY | | | YY | YY | YY |
| $31,755.57 | $700,000.00 | YY | | | YY | YY | YY |
| $89,340.96 | $35,751.00 | YY | | | YY | YY | YY |
| $743.11 | $300,000.00 | YY | | | YY | YY | YY |
| $1,550.64 | $444,347.00 | YY | | | YY | YY | YY |
| $9,463.95 | $414,293.00 | YY | | | YY | YY | YY |
| $7,929.54 | $863,973.00 | YY | | | YY | YY | YY |
| $15,049.67 | $15,064,111.00 | YY | | | YY | YY | YY |
| $54,589.69 | $152,000.00 | YY | | | YY | YY | YY |
| $712.05 | $630,000.00 | YY | | | YY | YY | YY |
| $1,705.44 | $509,543.00 | YY | | | YY | YY | YY |
| $1,183.93 | $459,742.00 | YY | | | YY | YY | YY |
| $1,191.26 | $532,303.00 | YY | | | YY | YY | YY |
| $614.44 | $459,762.00 | YY | | | YY | YY | YY |
| $974.13 | $154,289.00 | YY | | | YY | YY | YY |
| $1,216.68 | $1,513,434.00 | YY | | | YY | YY | YY |
| $4,313.17 | $7,703,279.00 | YY | | | YY | YY | YY |
| $2,236.35 | $124,659.00 | YY | | | YY | YY | YY |
| $5,348.75 | $382,952.00 | YY | | | YY | YY | YY |
| $3,211.07 | $518,958.00 | YY | | | YY | YY | YY |
| $2,830.82 | $59,337.65 | YY | | | YY | YY | YY |
| $1,568.11 | $13,630,711.00 | YY | | | YY | YY | YY |
| $1,119.87 | $13,298,548.00 | YY | | | YY | YY | YY |
| $481.99 | $15,181,530.00 | YY | | | YY | YY | YY |
| $1,596.94 | $4,150,212.00 | YY | | | YY | YY | YY |
| $746.48 | $19,292,314.00 | YY | | | YY | YY | YY |
| $678.97 | $15,192,526.00 | YY | | | YY | YY | YY |
| $246.97 | $10,383,960.00 | YY | | | YY | YY | YY |
| $1,903.16 | $8,230,273.00 | YY | | | YY | YY | YY |
| $1,150.59 | $11,913,068.00 | YY | | | YY | YY | YY |
| $948.97 | $15,156,888.00 | YY | | | YY | YY | YY |
| $1,055.01 | $23,676,660.00 | YY | | | YY | YY | YY |
| $992.59 | $11,105,094.00 | YY | | | YY | YY | YY |
| $1,895.59 | $14,567,761.00 | YY | | | YY | YY | YY |
| $511.69 | $25,895,252.00 | YY | | | YY | YY | YY |
| $1,797.16 | $17,220,725.00 | YY | | | YY | YY | YY |
| $1,702.78 | $11,469,086.00 | YY | | | YY | YY | YY |
| $926.64 | $17,864,236.00 | YY | | | YY | YY | YY |
| $1,558.95 | $15,122,430.00 | YY | | | YY | YY | YY |
| $419.28 | $8,649,202.00 | YY | | | YY | YY | YY |
| $1,656.96 | $12,567,020.00 | YY | | | YY | YY | YY |
| $1,422.48 | $10,526,790.00 | YY | | | YY | YY | YY |
| $1,304.29 | $8,389,505.00 | YY | | | YY | YY | YY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YY | YY | YY | YY | YY | YY | $13,019,136.00 | $1,614.07 |
| YY | YY | YY | YY | YY | YY | $337,963.00 | $273.60 |
| YY | YY | YY | YY | YY | YY | $400,000.00 | $415.22 |
| YY | YY | YY | YY | YY | YY | $8,187,783.00 | $1,704.86 |
| YY | YY | YY | YY | YY | YY | $10,595,848.00 | $1,791.73 |
| YY | YY | YY | YY | YY | YY | $6,368,194.00 | $1,566.07 |
| YY | YY | YY | YY | YY | YY | $3,400,000.00 | $754.89 |
| YY | YY | YY | YY | YY | YY | $2,800,000.00 | $1,103.18 |
| YY | YY | YY | YY | YY | YY | $318,000.00 | $1,154.74 |
| YY | YY | YY | YY | YY | YY | $5,889,653.00 | $5,596.91 |
| YY | YY | YY | YY | YY | YY | $27,992,333.00 | $4,600.62 |
| YY | YY | YY | YY | YY | YY | $18,974,066.00 | $5,271.52 |
| YY | YY | YY | YY | YY | YY | $10,155,068.00 | $2,235.77 |
| YY | YY | YY | YY | YY | YY | $8,860,726.00 | $3,607.56 |
| YY | YY | YY | YY | YY | YY | $8,678,371.00 | $5,169.83 |
| YY | YY | YY | YY | YY | YY | $13,962,502.00 | $2,802.33 |
| YY | YY | YY | YY | YY | YY | $9,589,702.00 | $2,662.56 |
| YY | YY | YY | YY | YY | YY | $9,952,433.00 | $2,563.07 |
| YY | YY | YY | YY | YY | YY | $11,830,190.00 | $4,716.84 |
| YY | YY | YY | YY | YY | YY | $17,383,514.00 | $5,464.55 |
| YY | YY | YY | YY | YY | YY | $16,237,762.00 | $4,317.39 |
| YY | YY | YY | YY | YY | YY | $14,266,473.00 | $4,406.32 |
| YY | YY | YY | YY | YY | YY | $10,836,983.00 | $2,638.00 |
| YY | YY | YY | YY | YY | YY | $10,383,854.00 | $3,182.05 |
| YY | YY | YY | YY | YY | YY | $6,600,091.00 | $4,146.94 |
| YY | YY | YY | YY | YY | YY | $6,200,000.00 | $2,472.11 |
| YY | YY | YY | YY | YY | YY | $4,794,060.00 | $5,785.88 |
| YY | YY | YY | YY | YY | YY | $14,150,804.00 | $3,303.58 |
| YY | YY | YY | YY | YY | YY | $8,795,273.00 | $3,625.63 |
| YY | YY | YY | YY | YY | YY | $59,690,656.00 | $5,603.85 |
| YY | YY | YY | YY | YY | YY | $12,829,423.00 | $5,508.10 |
| YY | YY | YY | YY | YY | YY | $14,446,362.00 | $4,575.93 |
| YY | YY | YY | YY | YY | YY | $14,691,056.00 | $2,696.10 |
| YY | YY | YY | YY | YY | YY | $20,280,864.00 | $4,071.93 |
| YY | YY | YY | YY | YY | YY | $0.00 | $5,621.43 |
| YY | YY | YY | YY | YY | YY | $11,443,623.00 | $2,142.37 |
| YY | YY | YY | YY | YY | YY | $14,840,635.00 | $5,474.71 |
| YY | YY | YY | YY | YY | YY | $10,624,262.00 | $5,994.29 |
| YY | YY | YY | YY | YY | YY | $15,112,638.00 | $3,859.89 |
| YY | YY | YY | YY | YY | YY | $12,000,000.00 | $3,608.98 |
| YY | YY | YY | YY | YY | YY | $11,700,000.00 | $2,658.57 |
| YY | YY | YY | YY | YY | YY | $494,605.00 | $2,458.52 |
| YY | YY | YY | YY | YY | YY | $7,927,283.00 | $4,660.53 |
| YY | YY | YY | YY | YY | YY | $4,700,000.00 | $3,194.34 |
| YY | YY | YY | YY | YY | YY | $2,402,907.00 | $3,408.35 |
| YY | YY | YY | YY | YY | YY | $11,918,494.00 | $15,726.26 |
| YY | YY | YY | YY | YY | YY | $7,419,757.00 | $6,697.48 |
| YY | YY | YY | YY | YY | YY | $14,007,088.00 | $14,879.51 |
| YY | YY | YY | YY | YY | YY | $13,207,017.00 | $8,416.21 |
| YY | YY | YY | YY | YY | YY | $8,395,310.00 | $12,354.20 |
| YY | YY | YY | YY | YY | YY | $11,533,861.00 | $12,910.06 |
| YY | YY | YY | YY | YY | YY | $12,468,038.00 | $9,405.81 |
| YY | YY | YY | YY | YY | YY | $22,621,635.00 | $14,453.97 |
| YY | YY | YY | YY | YY | YY | $18,905,385.00 | $16,326.04 |
| YY | YY | YY | YY | YY | YY | $11,338,056.00 | $11,101.50 |
| YY | YY | YY | YY | YY | YY | $13,963,026.00 | $11,660.01 |
| YY | YY | YY | YY | YY | YY | $5,543,545.00 | $9,474.08 |
| YY | YY | YY | YY | YY | YY | $9,322,558.00 | $12,662.98 |
| YY | YY | YY | YY | YY | YY | $8,093,129.00 | $15,362.75 |
| YY | YY | YY | YY | YY | YY | $15,186,477.00 | $8,055.74 |
| YY | YY | YY | YY | YY | YY | $13,676,537.00 | $8,170.67 |
| YY | YY | YY | YY | YY | YY | $25,713,374.00 | $6,604.47 |
| YY | YY | YY | YY | YY | YY | $16,666,139.00 | $11,375.68 |
| YY | YY | YY | YY | YY | YY | $4,451,241.00 | $6,921.51 |
| YY | YY | YY | YY | YY | YY | $17,104,816.00 | $17,007.21 |
| YY | YY | YY | YY | YY | YY | $28,903,425.00 | $9,030.73 |
| YY | YY | YY | YY | YY | YY | $6,114,674.00 | $17,581.01 |
| YY | YY | YY | YY | YY | YY | $7,220,669.00 | $10,983.98 |
| YY | YY | YY | YY | YY | YY | $10,655,186.00 | $15,332.58 |
| YY | YY | YY | YY | YY | YY | $13,615,333.00 | $11,550.67 |
| YY | YY | YY | YY | YY | YY | $9,208,758.00 | $6,369.24 |
| YY | YY | YY | YY | YY | YY | $2,721,588.00 | $14,886.17 |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| YY | YY | | | | $13,654,979.00 | $8,894.00 |
| YY | YY | | | | $12,460,092.00 | $19,372.57 |
| YY | YY | YY | | | $7,203,000.00 | $19,697.66 |
| YY | YY | YY | | | $6,396,000.00 | $17,212.63 |
| YY | YY | YY | | | $10,296,926.00 | $11,919.45 |
| YY | YY | YY | | | $11,928,524.00 | $9,581.36 |
| YY | YY | YY | | | $9,416,960.00 | $13,489.24 |
| YY | YY | YY | | | $12,863,660.00 | $9,399.31 |
| YY | YY | YY | | | $9,799,925.00 | $8,821.63 |
| YY | YY | YY | | | $11,132,382.00 | $9,353.18 |
| YY | YY | YY | | | $9,925,157.00 | $9,912.75 |
| YY | YY | YY | | | $14,519,907.00 | $7,145.45 |
| YY | YY | YY | | | $10,111,092.00 | $11,354.31 |
| YY | YY | YY | | | $14,971,796.00 | $9,268.83 |
| YY | YY | YY | | | $13,362,679.00 | $6,488.41 |
| YY | YY | YY | | | $11,443,658.00 | $10,247.36 |
| YY | YY | YY | | | $15,370,733.00 | $11,732.96 |
| YY | YY | YY | | | $10,976,004.00 | $7,934.82 |
| YY | YY | YY | | | $7,941,478.00 | $14,410.38 |
| YY | YY | YY | | | $15,101,076.00 | $7,075.22 |
| YY | YY | YY | | | $1,560,000.00 | $16,904.52 |
| YY | YY | YY | | | $11,000.00 | $7,143.29 |
| YY | YY | YY | YY | | $14,769,706.00 | $17,606.94 |
| YY | YY | YY | | | $3,000,000.00 | $12,860.53 |
| YY | YY | YY | | | $4,800,000.00 | $7,567.91 |
| YY | YY | YY | | | $3,100,000.00 | $8,654.37 |
| YY | YY | YY | | | $1,000,000.00 | $13,928.22 |
| YY | YY | YY | | | $8,200,000.00 | $14,659.74 |
| YY | YY | YY | | | $443,890.00 | $6,736.39 |
| YY | YY | YY | | | $200,000.00 | $6,879.43 |
| YY | YY | YY | | | $1,200,000.00 | $6,716.58 |
| YY | YY | YY | | | $10,697,314.00 | $30,905.79 |
| YY | YY | YY | | | $9,932,602.00 | $40,106.23 |
| YY | YY | YY | | | $13,428,597.00 | $43,277.14 |
| YY | YY | YY | | | $7,911,088.00 | $27,936.00 |
| YY | YY | YY | | | $7,212,810.00 | $25,227.40 |
| YY | YY | YY | YY | | $10,411,218.00 | $42,335.31 |
| YY | YY | YY | | | $11,199,150.00 | $32,819.98 |
| YY | YY | YY | | | $10,031,288.00 | $30,641.15 |
| YY | YY | YY | | | $17,032,336.00 | $37,551.20 |
| YY | YY | YY | | | $10,158,971.00 | $27,154.75 |
| YY | YY | YY | | | $17,171,558.00 | $31,399.33 |
| YY | YY | YY | | | $6,372,714.00 | $23,933.06 |
| YY | YY | YY | | | $28,447,898.00 | $92,559.96 |
| YY | YY | YY | | | $31,867,522.00 | $96,193.62 |
| YY | YY | YY | | | $14,837,492.00 | $30,734.21 |
| YY | YY | YY | | | $24,060,923.00 | $91,816.34 |
| YY | YY | YY | | | $24,606,021.00 | $63,021.12 |
| YY | YY | YY | | | $19,838,600.00 | $67,800.07 |
| YY | YY | YY | | | $22,355,884.00 | $88,735.53 |
| YY | YY | YY | | | $24,971,064.00 | $115,571.54 |
| YY | YY | YY | | | $16,617,501.00 | $24,256.81 |
| YY | YY | YY | | | $15,496,379.00 | $20,186.90 |
| YY | YY | YY | | | $9,666,609.00 | $35,859.56 |
| YY | YY | YY | | | $8,959,639.00 | $22,403.25 |
| YY | YY | YY | | | $7,411,914.00 | $54,464.13 |
| YY | YY | YY | | | $14,267,310.00 | $50,411.83 |
| YY | YY | YY | | | $15,496,379.00 | $42,508.55 |
| YY | YY | YY | | | $10,294,980.00 | $23,641.43 |
| YY | YY | YY | | | $8,335,462.00 | $22,644.19 |
| YY | YY | YY | | | $7,232,617.00 | $21,619.18 |
| YY | YY | YY | | | $8,095,385.00 | $20,124.53 |
| YY | YY | YY | | | $15,724,861.00 | $32,956.17 |
| YY | YY | YY | | | $10,323,171.00 | $39,345.51 |
| YY | YY | YY | | | $13,790,811.00 | $33,289.16 |
| YY | YY | YY | | | $6,309,708.00 | $29,485.82 |
| YY | YY | YY | | | $8,230,326.00 | $27,284.87 |
| YY | YY | YY | | | $13,400,000.00 | $33,368.89 |
| YY | YY | YY | | | $5,198,684.00 | $41,065.69 |
| YY | YY | YY | | | $5,983,297.00 | $45,494.00 |
| YY | YY | YY | | | $8,776,851.00 | $32,639.26 |
| YY | YY | YY | | | $6,440,121.00 | $37,690.23 |
| YY | YY | YY | | | $10,372,855.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| YY | YY | YY | YY | YY | $8,500,355.00 | $44,150.71 |
| YY | YY | YY | YY | YY | $5,667,149.00 | $26,277.26 |
| YY | YY | YY | YY | YY | $7,609,124.00 | $26,128.07 |
| YY | YY | YY | YY | YY | $24,291,285.00 | $69,552.70 |
| YY | YY | YY | YY | YY | $46,983,837.00 | $46,983.98 |
| YY | YY | YY | YY | YY | $7,649,837.00 | $35,002.99 |
| YY | YY | YY | YY | YY | $7,569,752.00 | $36,919.49 |
| YY | YY | YY | YY | YY | $9,452,104.00 | $44,267.10 |
| YY | YY | YY | YY | YY | $7,824,206.00 | $36,083.78 |
| YY | YY | YY | YY | YY | $7,340,646.00 | $26,551.94 |
| YY | YY | YY | YY | YY | $6,854,150.00 | $77,020.43 |
| YY | YY | YY | YY | YY | $9,189,979.00 | $42,077.77 |
| YY | YY | YY | YY | YY | $6,038,918.00 | $29,123.36 |
| YY | YY | YY | YY | YY | $12,368,536.00 | $48,249.60 |
| YY | YY | YY | YY | YY | $16,911,726.00 | $53,954.57 |
| YY | YY | YY | YY | YY | $10,431,077.00 | $21,488.24 |
| YY | YY | YY | YY | YY | $13,361,075.00 | $27,784.23 |
| YY | YY | YY | YY | YY | $14,172,735.00 | $25,766.88 |
| YY | YY | YY | YY | YY | $11,555,114.00 | $30,070.47 |
| YY | YY | YY | YY | YY | $7,904,332.00 | $21,073.32 |
| YY | YY | YY | YY | YY | $4,358,106.00 | $50,586.52 |
| YY | YY | YY | YY | YY | $9,374,499.00 | $121,242.23 |
| YY | YY | YY | YY | YY | $1,365,867.00 | $130,225.09 |
| YY | YY | YY | YY | YY | $1,272,985.00 | $27,874.91 |
| YY | YY | YY | YY | YY | $5,377,000.00 | $22,793.92 |
| YY | YY | YY | YY | YY | $2,952,000.00 | $32,668.90 |
| YY | YY | YY | YY | YY | $9,000,000.00 | $21,655.31 |
| YY | YY | YY | YY | YY | $6,314,000.00 | $21,413.40 |
| YY | YY | YY | YY | YY | $3,210,300.00 | $25,276.80 |
| YY | YY | YY | YY | YY | $6,454,055.00 | $28,497.23 |
| YY | YY | YY | YY | YY | $9,030,000.00 | $57,607.75 |
| YY | YY | YY | YY | YY | $23,490,000.00 | $48,263.42 |
| YY | YY | YY | YY | YY | $9,832,467.00 | $22,873.56 |
| YY | YY | YY | YY | YY | $8,535,070.00 | $27,295.37 |
| YY | YY | YY | YY | YY | $8,229,012.00 | $25,853.26 |
| YY | YY | YY | YY | YY | $10,651,297.00 | $20,927.45 |
| YY | YY | YY | YY | YY | $10,393,851.00 | $32,875.73 |
| YY | YY | YY | YY | YY | $6,500,000.00 | $48,575.42 |
| YY | YY | YY | YY | YY | $7,000,000.00 | $22,284.08 |
| YY | YY | YY | YY | YY | $4,561,758.00 | $30,336.58 |
| YY | YY | YY | YY | YY | $0.00 | $44,865.10 |
| YY | YY | YY | YY | YY | $259,377.00 | $42,541.89 |
| YY | YY | YY | YY | YY | $100,000.00 | $60,373.71 |
| YY | YY | YY | YY | YY | $17,364,077.00 | $53,222.69 |
| YY | YY | YY | YY | YY | $20,000.00 | $94,694.37 |
| YY | YY | YY | YY | YY | $600,000.00 | $1,890.44 |
| YY | YY | YY | YY | YY | $745,000.00 | $3,491.50 |
| YY | YY | YY | YY | YY | $886,689.00 | $5,550.64 |
| YY | YY | YY | YY | YY | $65,000.00 | $5,071.28 |
| YY | YY | YY | YY | YY | $831,197.00 | $4,800.95 |
| YY | YY | YY | YY | YY | $23,616.00 | $4,926.28 |
| YY | YY | YY | YY | YY | $150,000.00 | $3,846.45 |
| YY | YY | YY | YY | YY | $42,000.00 | $3,307.95 |
| YY | YY | YY | YY | YY | $0.00 | $2,503.50 |
| YY | YY | YY | YY | YY | $1,031,064.00 | $6,824.64 |
| YY | YY | YY | YY | YY | $804,171.00 | $7,343.83 |
| YY | YY | YY | YY | YY | $2,574,321.00 | $10,516.04 |
| YY | YY | YY | YY | YY | $3,032,831.00 | $7,903.81 |
| YY | YY | YY | YY | YY | $343,834.00 | $17,282.22 |
| YY | YY | YY | YY | YY | $297,133.00 | $15,944.04 |
| YY | YY | YY | YY | YY | $101,837.00 | $8,206.09 |
| YY | YY | YY | YY | YY | $259,342.00 | $12,372.32 |
| YY | YY | YY | YY | YY | $202,276.00 | $16,231.72 |
| YY | YY | YY | YY | YY | $1,701,433.00 | $8,261.69 |
| YY | YY | YY | YY | YY | $1,796,337.00 | $12,454.82 |
| YY | YY | YY | YY | YY | $189,126.00 | $12,170.21 |
| YY | YY | YY | YY | YY | $187,652.00 | $17,088.42 |
| YY | YY | YY | YY | YY | $43,619.00 | $6,722.76 |
| YY | YY | YY | YY | YY | $431,000.00 | $15,485.70 |
| YY | YY | YY | YY | YY | $72,994.00 | $6,260.43 |
| YY | YY | YY | YY | YY | $431,000.00 | $8,699.94 |
| YY | YY | YY | YY | YY | $15,200.00 | $8,040.31 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YY | YY | YY | YY | YY | YY | YY | $191,337.00 | $10,803.41 |
| YY | YY | YY | YY | YY | YY | YY | $26,456,064.00 | $64,503.16 |
| YY | YY | YY | YY | YY | YY | YY | $1,676,987.00 | $23,667.26 |
| YY | YY | YY | YY | YY | YY | YY | $4,543,737.00 | $22,308.47 |
| YY | YY | YY | YY | YY | YY | YY | $2,950,980.00 | $35,344.25 |
| YY | YY | YY | YY | YY | YY | YY | $214,570.00 | $21,325.45 |
| YY | YY | YY | YY | YY | YY | YY | $1,075,197.00 | $1,537.80 |
| YY | YY | YY | YY | YY | YY | YY | $4,312,166.00 | $5,109.42 |
| YY | YY | YY | YY | YY | YY | YY | $1,473,404.00 | $5,257.64 |
| YY | YY | YY | YY | YY | YY | YY | $3,525,000.00 | $2,512.20 |
| YY | YY | YY | YY | YY | YY | YY | $132,000.00 | $2,314.10 |
| YY | YY | YY | YY | YY | YY | YY | $8,840,852.00 | $15,334.61 |
| YY | YY | YY | YY | YY | YY | YY | $1,829,895.00 | $10,920.31 |
| YY | YY | YY | YY | YY | YY | YY | $11,383,195.00 | $15,439.05 |
| YY | YY | YY | YY | YY | YY | YY | $13,010,241.00 | $13,925.16 |
| YY | YY | YY | YY | YY | YY | YY | $2,234,807.00 | $17,475.98 |
| YY | YY | YY | YY | YY | YY | YY | $11,648,793.00 | $25,184.27 |
| YY | YY | YY | YY | YY | YY | YY | $14,950,526.00 | $640.49 |
| YY | YY | YY | YY | YY | YY | YY | $7,632,429.00 | $1,481.22 |
| YY | YY | YY | YY | YY | YY | YY | $13,241,419.00 | $3,563.63 |
| YY | YY | YY | YY | YY | YY | YY | $15,019,563.00 | $3,593.08 |
| YY | YY | YY | YY | YY | YY | YY | $5,000,000.00 | $2,205.09 |
| YY | YY | YY | YY | YY | YY | YY | $4,500,000.00 | $2,637.09 |
| YY | YY | YY | YY | YY | YY | YY | $11,622,843.00 | $13,051.64 |
| YY | YY | YY | YY | YY | YY | YY | $11,935,186.00 | $7,176.47 |
| YY | YY | YY | YY | YY | YY | YY | $30,774,140.00 | $8,712.47 |
| YY | YY | YY | YY | YY | YY | YY | $14,856,434.00 | $15,460.06 |
| YY | YY | YY | YY | YY | YY | YY | $19,521,461.00 | $11,189.61 |
| YY | YY | YY | YY | YY | YY | YY | $16,638,903.00 | $7,433.24 |
| YY | YY | YY | YY | YY | YY | YY | $12,498,804.00 | $8,753.50 |
| YY | YY | YY | YY | YY | YY | YY | $17,347,837.00 | $8,700.33 |
| YY | YY | YY | YY | YY | YY | YY | $7,790,795.00 | $19,646.01 |
| YY | YY | YY | YY | YY | YY | YY | $5,217,000.00 | $9,030.96 |
| YY | YY | YY | YY | YY | YY | YY | $5,460,000.00 | $14,563.35 |
| YY | YY | YY | YY | YY | YY | YY | $13,136,069.00 | $35,023.96 |
| YY | YY | YY | YY | YY | YY | YY | $13,084,627.00 | $34,166.00 |
| YY | YY | YY | YY | YY | YY | YY | $20,908,906.00 | $24,241.17 |
| YY | YY | YY | YY | YY | YY | YY | $5,800,000.00 | $33,730.52 |
| YY | YY | YY | YY | YY | YY | YY | $6,370,000.00 | $32,980.19 |
| YY | YY | YY | YY | YY | YY | YY | $5,460,000.00 | $21,190.87 |
| YY | YY | YY | YY | YY | YY | YY | $1,266,613.00 | $667.27 |
| YY | YY | YY | YY | YY | YY | YY | $96,162.00 | $1,891.48 |
| YY | YY | YY | YY | YY | YY | YY | $262,634.00 | $1,548.15 |
| YY | YY | YY | YY | YY | YY | YY | $396,486.00 | $1,249.60 |
| YY | YY | YY | YY | YY | YY | YY | $246,363.00 | $1,176.98 |
| YY | YY | YY | YY | YY | YY | YY | $126,270.00 | $1,670.57 |
| YY | YY | YY | YY | YY | YY | YY | $6,000.00 | $315.94 |
| YY | YY | YY | YY | YY | YY | YY | $2,280,800.00 | $464.82 |
| YY | YY | YY | YY | YY | YY | YY | $674,128.00 | $3,614.38 |
| YY | YY | YY | YY | YY | YY | YY | $169,358.00 | $4,308.62 |
| YY | YY | YY | YY | YY | YY | YY | $245,520.00 | $4,727.53 |
| YY | YY | YY | YY | YY | YY | YY | $702,829.00 | $3,374.20 |
| YY | YY | YY | YY | YY | YY | YY | $3,300,000.00 | $3,040.13 |
| YY | YY | YY | YY | YY | YY | YY | $500,000.00 | $4,079.78 |
| YY | YY | YY | YY | YY | YY | YY | $229,494.00 | $4,086.46 |
| YY | YY | YY | YY | YY | YY | YY | $386,000.00 | $4,549.58 |
| YY | YY | YY | YY | YY | YY | YY | $118,809.00 | $5,897.08 |
| YY | YY | YY | YY | YY | YY | YY | $573,000.00 | $5,905.37 |
| YY | YY | YY | YY | YY | YY | YY | $139,810.00 | $3,247.85 |
| YY | YY | YY | YY | YY | YY | YY | $105,405.00 | $5,711.41 |
| YY | YY | YY | YY | YY | YY | YY | $82,946.00 | $3,631.25 |
| YY | YY | YY | YY | YY | YY | YY | $110,783.00 | $2,957.91 |
| YY | YY | YY | YY | YY | YY | YY | $142,591.00 | $5,713.66 |
| YY | YY | YY | YY | YY | YY | YY | $77,345.00 | $4,224.09 |
| YY | YY | YY | YY | YY | YY | YY | $165,034.00 | $4,427.61 |
| YY | YY | YY | YY | YY | YY | YY | $150,000.00 | $5,604.70 |
| YY | YY | YY | YY | YY | YY | YY | $475,566.00 | $4,339.80 |
| YY | YY | YY | YY | YY | YY | YY | $310,000.00 | $5,742.24 |
| YY | YY | YY | YY | YY | YY | YY | $150,000.00 | $4,859.09 |
| YY | YY | YY | YY | YY | YY | YY | $460,000.00 | $2,820.25 |
| YY | YY | YY | YY | YY | YY | YY | $0.00 | $2,003.20 |
| YY | YY | YY | YY | YY | YY | YY | $811,934.00 | $4,490.88 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | $275,000.00 | $2,302.33 |
| | | | | $250,000.00 | $4,690.82 |
| | | | | $1,058,516.00 | $2,780.42 |
| | | | | $3,000.00 | $2,688.03 |
| | | | | $12,000.00 | $2,960.83 |
| | | | | $2,803,798.00 | $18,029.07 |
| | | | | $3,600,000.00 | $10,541.29 |
| | | | | $1,066,800.00 | $10,441.47 |
| | | | | $10,783,799.00 | $10,783.06 |
| | | | | $1,612,799.00 | $19,674.22 |
| | | | | $1,747,841.00 | $9,030.21 |
| | | | | $831,255.00 | $9,655.29 |
| | | | | $471,771.00 | $9,661.87 |
| | | | | $2,500,000.00 | $19,553.67 |
| | | | | $748,118.00 | $18,298.38 |
| | | | | $240,219.00 | $18,498.46 |
| | | | | $229,145.00 | $19,431.73 |
| | | | | $219,500.00 | $9,899.45 |
| | | | | $225,593.00 | $13,148.34 |
| | | | | $180,000.00 | $19,490.52 |
| | | | | $422,772.00 | $15,152.14 |
| | | | | $336,000.00 | $14,654.71 |
| | | | | $1,049,642.00 | $15,646.13 |
| | | | | $230,000.00 | $11,538.44 |
| | | | | $515,000.00 | $11,043.50 |
| | | | | $447,000.00 | $17,610.40 |
| | | | | $217,321.00 | $15,654.36 |
| | | | | $0.00 | $7,196.92 |
| | | | | $83,989.00 | $7,129.13 |
| | | | | $143,717.00 | $18,019.15 |
| | | | | $70,000.00 | $17,223.76 |
| | | | | $30,778.00 | $8,289.70 |
| | | | | $72,800.00 | $9,637.82 |
| | | | | $202,810.00 | $17,226.69 |
| | | | | $3,200.00 | $13,082.33 |
| | | | | $600,000.00 | $13,718.38 |
| | | | | $203,000.00 | $10,631.90 |
| | | | | $119,000.00 | $8,542.06 |
| | | | | $60,000.00 | $19,641.49 |
| | | | | $350,000.00 | $15,773.55 |
| | | | | $200,000.00 | $18,332.36 |
| | | | | $216,000.00 | $17,113.77 |
| | | | | $288,000.00 | $11,140.11 |
| | | | | $138,843.00 | $8,816.16 |
| | | | | $261,886.00 | $16,114.10 |
| | | | | $96,000.00 | $15,313.66 |
| | | | | $300,000.00 | $7,857.44 |
| | | | | $480,000.00 | $9,267.17 |
| | | | | $653,000.00 | $8,887.77 |
| | | | | $300,000.00 | $7,618.19 |
| | | | | $240,000.00 | $19,902.56 |
| | | | | $75,000.00 | $15,471.84 |
| | | | | $450,000.00 | $11,088.05 |
| | | | | $80,000.00 | $17,846.33 |
| | | | | $180,000.00 | $71,462.03 |
| | | | | $16,171,130.00 | $120,519.27 |
| | | | | $18,028,020.00 | $86,798.34 |
| | | | | $80,000.00 | $80,825.33 |
| | | | | $30,733,797.00 | $74,271.21 |
| | | | | $37,190,540.00 | $60,039.33 |
| | | | | $56,266,674.00 | $86,983.89 |
| | | | | $35,212,105.00 | $74,093.32 |
| | | | | $34,856,167.00 | $140,709.56 |
| | | | | $35,340,801.00 | $98,151.96 |
| | | | | $41,704,993.00 | $89,528.71 |
| | | | | $19,138,679.00 | $62,609.67 |
| | | | | $28,120,245.00 | $43,944.13 |
| | | | | $37,482,453.00 | $102,113.04 |
| | | | | $279,731,911.00 | $73,919.00 |
| | | | | $27,815,564.00 | $77,328.28 |
| | | | | $27,026,761.00 | $52,655.30 |
| | | | | $0.00 | $50,152.13 |
| | | | | $4,111,663.00 | |

| Amount 1 | Amount 2 | | | | YY |
|---|---|---|---|---|---|
| $87,562.10 | $6,029,278.00 | | | | YY |
| $31,226.36 | $3,792,267.00 | YY | | | YY |
| $51,773.61 | $21,046,508.00 | YY | | | YY |
| $38,235.97 | $24,387,737.00 | YY | | | YY |
| $88,899.08 | $520,000.00 | YY | | | YY |
| $44,758.83 | $470,000.00 | YY | | | YY |
| $20,326.67 | $190,000.00 | YY | | | YY |
| $21,389.57 | $240,000.00 | YY | | | YY |
| $22,512.35 | $742,521.00 | YY | | | YY |
| $25,937.48 | $298,377.00 | YY | | | YY |
| $54,766.46 | $700,000.00 | YY | | | YY |
| $45,416.58 | $204,000.00 | YY | | | YY |
| $21,056.42 | $228,000.00 | YY | | | YY |
| $20,032.41 | $216,000.00 | YY | | | YY |
| $27,750.89 | $225,000.00 | YY | | | YY |
| $20,343.30 | $155,378.00 | YY | | | YY |
| $21,439.63 | $132,957.00 | YY | | | YY |
| $31,159.28 | $390,000.00 | YY | | | YY |
| $26,045.64 | $227,760.00 | YY | | | YY |
| $25,237.03 | $212,723.00 | YY | | | YY |
| $28,083.70 | $360,000.00 | YY | | | YY |
| $78,014.64 | $1,200,000.00 | YY | | | YY |
| $22,447.26 | $120,000.00 | YY | | | YY |
| $24,156.90 | $500,000.00 | YY | | | YY |
| $48,680.83 | $590,000.00 | YY | | | YY |
| $91,914.45 | $825,000.00 | YY | | | YY |
| $58,149.71 | $710,000.00 | YY | | | YY |
| $28,646.98 | $136,000.00 | YY | | | YY |
| $20,085.93 | $2,400.00 | YY | | | YY |
| $63,762.69 | $600,000.00 | YY | | | YY |
| $21,674.60 | $264,000.00 | YY | | | YY |
| $65,534.01 | $590,000.00 | YY | | | YY |
| $33,449.21 | $200,000.00 | YY | | | YY |
| $35,968.08 | $150,000.00 | YY | | | YY |
| $1,988.94 | $117,385.00 | YY | | | YY |
| $2,215.07 | $2,085,460.00 | YY | | | YY |
| $2,770.72 | $152,102.00 | YY | | | YY |
| $4,042.32 | $99,570.00 | YY | | | YY |
| $5,534.57 | $147,295.00 | YY | | | YY |
| $5,331.96 | $245,804.00 | YY | | | YY |
| $5,701.01 | $165,884.00 | YY | | | YY |
| $2,683.78 | $196,807.00 | YY | | | YY |
| $5,112.78 | $225,788.00 | YY | | | YY |
| $3,165.22 | $143,856.00 | YY | | | YY |
| $2,637.03 | $200,644.00 | YY | | | YY |
| $4,572.44 | $675,907.00 | YY | | | YY |
| $2,171.14 | $149,369.00 | YY | | | YY |
| $4,152.61 | $143,695.00 | YY | | | YY |
| $19,263.98 | $7,762,869.00 | YY | | | YY |
| $10,491.87 | $1,328,294.00 | YY | | | YY |
| $15,454.18 | $6,468,276.00 | YY | | | YY |
| $7,268.12 | $4,631,981.00 | YY | | | YY |
| $10,269.60 | $1,332,701.00 | YY | | | YY |
| $7,476.43 | $929,509.00 | YY | | | YY |
| $18,048.57 | $684,060.00 | YY | | | YY |
| $13,452.64 | $464,000.00 | YY | | | YY |
| $16,688.70 | $150,000.00 | YY | | | YY |
| $8,715.83 | $17,000.00 | YY | | | YY |
| $18,695.38 | $140,000.00 | YY | | | YY |
| $7,064.00 | $1,924,770.00 | YY | | | YY |
| $8,401.18 | $554,000.00 | YY | | | YY |
| $10,173.35 | $80,000.00 | YY | | | YY |
| $9,535.57 | $338,083.00 | YY | | | YY |
| $8,707.82 | $179,879.00 | YY | | | YY |
| $7,412.27 | $227,424.00 | YY | | | YY |
| $10,224.41 | $274,698.00 | YY | | | YY |
| $6,105.80 | $202,322.00 | YY | | | YY |
| $9,577.97 | $90,000.00 | YY | | | YY |
| $60,053.99 | $15,766,980.00 | YY | | | YY |
| $104,192.84 | $24,377,735.00 | YY | | | YY |
| $113,083.28 | $25,945,448.00 | YY | | | YY |
| $148,045.27 | $39,893,887.00 | YY | | | YY |

| | | | | |
|---|---|---|---|---|
| | | | | $43,911.96 |
| | | | | $66,910.08 |
| | | | | $166,221.25 |
| | | | | $25,004.40 |
| | | | | $33,377.21 |
| | | | | $119,848.21 |
| | | | | $24,127.49 |
| | | | | $24,076.20 |
| | | | | $24,251.83 |
| | | | | $1,735.49 |
| | | | | $985.61 |
| | | | | $197.00 |
| | | | | $1,290.72 |
| | | | | $699.35 |
| | | | | $1,057.21 |
| | | | | $1,291.37 |
| | | | | $3,522.23 |
| | | | | $4,646.73 |
| | | | | $4,855.63 |
| | | | | $5,701.18 |
| | | | | $4,611.01 |
| | | | | $14,913.37 |
| | | | | $9,630.57 |
| | | | | $18,246,181.00 |
| | | | | $14,164.03 |
| | | | | $19,433.48 |
| | | | | $10,571.27 |
| | | | | $8,553.56 |
| | | | | $11,682.09 |
| | | | | $28,191.92 |
| | | | | $27,926.74 |
| | | | | $32,302.97 |
| | | | | $3,240.19 |
| | | | | $17,344.24 |
| | | | | $66,813.48 |
| | | | | $1,625.83 |
| | | | | $1,136.08 |
| | | | | $3,309.97 |
| | | | | $2,290.22 |
| | | | | $3,025.47 |
| | | | | $2,860.18 |
| | | | | $14,443.16 |
| | | | | $9,776.68 |
| | | | | $6,240.89 |
| | | | | $38,691.40 |
| | | | | $36,788.86 |
| | | | | $78,909.12 |
| | | | | $1,676.23 |
| | | | | $1,557.36 |
| | | | | $1,324.01 |
| | | | | $1,301.65 |
| | | | | $3,864.75 |
| | | | | $2,515.54 |
| | | | | $4,700.64 |
| | | | | $3,762.06 |
| | | | | $3,096.67 |
| | | | | $5,781.70 |
| | | | | $4,342.75 |
| | | | | $14,804.62 |
| | | | | $12,959.31 |
| | | | | $13,500.41 |
| | | | | $18,880.66 |
| | | | | $7,789.37 |
| | | | | $17,824.45 |
| | | | | $10,874.40 |
| | | | | $15,383.56 |
| | | | | $6,045.60 |
| | | | | $9,831.96 |
| | | | | $19,843.16 |
| | | | | $11,993.87 |
| | | | | $12,632.26 |
| | | | | $10,107.76 |
| | | | | $31,135.05 |

(Table truncated representation — additional columns contain "YY" markers and dollar amounts including: $49,997,381.00; $20,254,132.00; $16,859,029.00; $3,686,088.00; $3,698,928.00; $1,100,000.00; $4,127,101.00; $170,000.00; $187,847.00; $28,688,430.00; $19,414,022.00; $19,109,865.00; $7,487,368.00; $3,229,335.00; $20,197,277.00; $6,820,688.00; $658,334.00; $10,107,210.00; $4,662,658.00; $10,828,365.00; $2,730,000.00; $11,332,659.00; $18,246,181.00; $10,741,317.00; $16,963,341.00; $4,199,000.00; $3,085,151.00; $5,341,427.00; $18,583,247.00; $11,648,000.00; $4,500,000.00; $78,261.00; $258,924.00; $29,024,113.00; $106,057.00; $79,000.00; $241,873.00; $500,000.00; $1,702,224.00; $180,000.00; $2,582,355.00; $4,082,019.00; $229,500.00; $8,206,257.00; $9,689,279.00; $34,383,255.00; $481,233.00; $705,429.00; $1,094,069.00; $1,764,000.00; $751,571.00; $637,269.00; $1,239,274.00; $1,626,223.00; $770,237.00; $1,533,368.00; $1,634,592.00; $3,881,097.00; $3,831,651.00; $3,855,149.00; $5,264,581.00; $1,383,892.00; $2,773,370.00; $4,143,000.00; $3,928,000.00; $1,499,532.00; $1,194,966.00; $4,922,951.00; $6,525,060.00; $7,079,736.00; $1,500,000.00; $3,647,000.00)

| Amount 1 | Amount 2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| $45,631.29 | $18,960,388.00 | | | | | YY | YY |
| $77,519.60 | $17,284,085.00 | | | | | YY | YY |
| $1,821.08 | $577,800.00 | YY | YY | YY | YY | YY | YY |
| $334.25 | $147,000.00 | YY | YY | YY | YY | YY | YY |
| $4,454.21 | $3,312,000.00 | YY | YY | YY | YY | YY | YY |
| $2,267.42 | $2,200,000.00 | YY | YY | YY | YY | YY | YY |
| $5,860.93 | $7,408,062.00 | YY | YY | YY | YY | YY | YY |
| $5,382.77 | $26,411,212.00 | YY | YY | YY | YY | YY | YY |
| $5,215.83 | $6,223,788.00 | YY | YY | YY | YY | YY | YY |
| $2,241.33 | $1,023,758.00 | YY | YY | YY | YY | YY | YY |
| $8,841.45 | $9,683,309.00 | YY | YY | YY | YY | YY | YY |
| $11,248.18 | $3,678,271.00 | YY | YY | YY | YY | YY | YY |
| $8,684.69 | $10,597,738.00 | YY | YY | YY | YY | YY | YY |
| $10,163.93 | $13,630,098.00 | YY | YY | YY | YY | YY | YY |
| $7,240.16 | $13,450,000.00 | YY | YY | YY | YY | YY | YY |
| $6,018.70 | $15,812,590.00 | YY | YY | YY | YY | YY | YY |
| $78,340.11 | $600,000.00 | YY | YY | YY | YY | YY | YY |
| $1,886.44 | $7,883,312.00 | YY | YY | YY | YY | YY | YY |
| $1,012.14 | $3,022,680.00 | YY | YY | YY | YY | YY | YY |
| $2,920.22 | $8,083,280.00 | YY | YY | YY | YY | YY | YY |
| $3,536.41 | $1,650,000.00 | YY | YY | YY | YY | YY | YY |
| $3,625.49 | $2,200,000.00 | YY | YY | YY | YY | YY | YY |
| $18,830.90 | $8,859,350.00 | YY | YY | YY | YY | YY | YY |
| $17,831.85 | $0.00 | YY | YY | YY | YY | YY | YY |
| $6,360.85 | $3,721,975.00 | YY | YY | YY | YY | YY | YY |
| $41,016.34 | $21,028,090.00 | YY | YY | YY | YY | YY | YY |
| $42,264.59 | $18,351,742.00 | YY | YY | YY | YY | YY | YY |
| $44,279.77 | $56,639,460.00 | YY | YY | YY | YY | YY | YY |
| $43,270.53 | $28,938,058.00 | YY | YY | YY | YY | YY | YY |
| $24,407.98 | $10,034,800.00 | YY | YY | YY | YY | YY | YY |
| $1,614.75 | $1,315,593.00 | YY | YY | YY | YY | YY | YY |
| $1,280.92 | $1,041,707.00 | YY | YY | YY | YY | YY | YY |
| $1,982.75 | $69,246.00 | YY | YY | YY | YY | YY | YY |
| $1,998.72 | $94,000.00 | YY | YY | YY | YY | YY | YY |
| $2,377.12 | $1,896,797.00 | YY | YY | YY | YY | YY | YY |
| $3,779.20 | $215,751.00 | YY | YY | YY | YY | YY | YY |
| $5,957.42 | $1,000,000.00 | YY | YY | YY | YY | YY | YY |
| $9,672.45 | $3,764,587.00 | YY | YY | YY | YY | YY | YY |
| $14,721.86 | $1,683,265.00 | YY | YY | YY | YY | YY | YY |
| $15,270.41 | $1,714,652.00 | YY | YY | YY | YY | YY | YY |
| $15,043.90 | $94,022.00 | YY | YY | YY | YY | YY | YY |
| $101,227.75 | $46,970,174.00 | YY | YY | YY | YY | YY | YY |
| $21,552.01 | $1,399,024.00 | YY | YY | YY | YY | YY | YY |
| $23,720.63 | $1,756,603.00 | YY | YY | YY | YY | YY | YY |
| $1,278.11 | $13,074,726.00 | YY | YY | YY | YY | YY | YY |
| $1,425.07 | $37,295,943.00 | YY | YY | YY | YY | YY | YY |
| $1,251.47 | $21,435,906.00 | YY | YY | YY | YY | YY | YY |
| $1,416.87 | $12,529,506.00 | YY | YY | YY | YY | YY | YY |
| $1,349.06 | $6,825,631.00 | YY | YY | YY | YY | YY | YY |
| $1,970.10 | $9,354,906.00 | YY | YY | YY | YY | YY | YY |
| $226.45 | $18,510,900.00 | YY | YY | YY | YY | YY | YY |
| $1,689.02 | $18,057,935.00 | YY | YY | YY | YY | YY | YY |
| $702.49 | $15,010,458.00 | YY | YY | YY | YY | YY | YY |
| $955.66 | $11,449,909.00 | YY | YY | YY | YY | YY | YY |
| $333.26 | $22,236,377.00 | YY | YY | YY | YY | YY | YY |
| $1,627.42 | $13,275,600.00 | YY | YY | YY | YY | YY | YY |
| $1,333.54 | $17,514,839.00 | YY | YY | YY | YY | YY | YY |
| $1,957.94 | $12,851,594.00 | YY | YY | YY | YY | YY | YY |
| $1,188.63 | $18,047,802.00 | YY | YY | YY | YY | YY | YY |
| $735.84 | $18,138,873.00 | YY | YY | YY | YY | YY | YY |
| $939.13 | $19,635,226.00 | YY | YY | YY | YY | YY | YY |
| $512.72 | $17,816,061.00 | YY | YY | YY | YY | YY | YY |
| $1,541.31 | $212,074.00 | YY | YY | YY | YY | YY | YY |
| $984.22 | $643,863.00 | YY | YY | YY | YY | YY | YY |
| $1,944.90 | $72,000.00 | YY | YY | YY | YY | YY | YY |
| $1,686.60 | $921,322.00 | YY | YY | YY | YY | YY | YY |
| $150.97 | $1,750,000.00 | YY | | | | YY | YY |
| $533.04 | $200,000.00 | YY | YY | YY | YY | YY | YY |
| $429.83 | $180,000.00 | YY | YY | YY | YY | YY | YY |
| $3,383.37 | $10,833,661.00 | YY | YY | YY | YY | YY | YY |
| $5,802.87 | $11,220,469.00 | YY | YY | YY | YY | YY | YY |
| $4,709.08 | $10,337,490.00 | YY | YY | YY | YY | YY | YY |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Amount A | Amount B |
|---|---|---|---|---|---|---|---|
| YY | YY | YY | YY | | | $15,067,048.00 | $4,071.51 |
| YY | YY | YY | YY | | | $19,720,820.00 | $2,428.02 |
| YY | YY | YY | YY | | | $15,890,606.00 | $4,434.86 |
| YY | YY | YY | YY | | | $19,744,663.00 | $2,950.50 |
| YY | YY | YY | YY | | | $29,095,429.00 | $5,989.69 |
| YY | YY | YY | YY | | | $14,126,745.00 | $4,435.97 |
| YY | YY | YY | YY | | | $7,918,935.00 | $3,666.70 |
| YY | YY | YY | YY | | | $10,341,981.00 | $3,668.10 |
| YY | YY | YY | YY | | | $14,595,460.00 | $4,627.69 |
| YY | YY | YY | YY | | | $12,206,236.00 | $4,106.18 |
| YY | YY | YY | YY | | | $17,657,561.00 | $2,287.43 |
| YY | YY | YY | YY | | | $13,094,953.00 | $2,750.30 |
| YY | YY | YY | YY | | | $12,523,829.00 | $2,126.95 |
| YY | YY | YY | YY | | | $11,412,428.00 | $5,052.20 |
| YY | YY | YY | YY | | | $16,439,479.00 | $2,184.94 |
| YY | YY | YY | YY | | | $13,859,926.00 | $2,789.98 |
| YY | YY | YY | YY | | | $14,406,670.00 | $5,678.02 |
| YY | YY | YY | YY | | | $13,315,285.00 | $5,340.84 |
| YY | YY | YY | YY | | | $4,292,020.00 | $2,988.44 |
| YY | YY | YY | YY | | | $13,470,606.00 | $5,068.98 |
| YY | YY | YY | YY | | | $1,540,000.00 | $4,596.29 |
| YY | YY | YY | YY | | | $800,000.00 | $4,506.59 |
| YY | YY | YY | YY | | | $68,835.00 | $2,598.20 |
| YY | YY | YY | YY | | | $1,200,000.00 | $5,536.49 |
| YY | YY | YY | YY | | | $12,107,742.00 | $2,120.13 |
| YY | YY | YY | YY | | | $1,848,000.00 | $2,972.44 |
| YY | YY | YY | YY | | | $139,200.00 | $2,806.43 |
| YY | YY | YY | YY | | | $700,000.00 | $3,388.95 |
| YY | YY | YY | YY | | | $2,400,000.00 | $4,756.18 |
| YY | YY | YY | YY | | | $11,047,910.00 | $7,473.12 |
| YY | YY | YY | YY | | | $8,051,794.00 | $13,077.77 |
| YY | YY | YY | YY | | | $10,242,142.00 | $11,973.52 |
| YY | YY | YY | YY | | | $9,251,347.00 | $8,850.85 |
| YY | YY | YY | YY | | | $16,610,594.00 | $15,042.89 |
| YY | YY | YY | YY | | | $34,561,698.00 | $11,362.23 |
| YY | YY | YY | YY | | | $24,928,390.00 | $16,796.85 |
| YY | YY | YY | YY | | | $10,494,302.00 | $17,934.49 |
| YY | YY | YY | YY | | | $77,717,477.00 | $16,401.06 |
| YY | YY | YY | YY | | | $7,441,937.00 | $14,247.77 |
| YY | YY | YY | YY | | | $8,586,065.00 | $15,059.94 |
| YY | YY | YY | YY | | | $24,401,242.00 | $15,743.35 |
| YY | YY | YY | YY | | | $20,007,282.00 | $11,421.95 |
| YY | YY | YY | YY | | | $17,512,559.00 | $10,065.17 |
| YY | YY | YY | YY | | | $17,416,511.00 | $9,822.89 |
| YY | YY | YY | YY | | | $24,715,432.00 | $15,532.64 |
| YY | YY | YY | YY | | | $17,999,426.00 | $10,002.89 |
| YY | YY | YY | YY | | | $15,801,648.00 | $6,419.21 |
| YY | YY | YY | YY | | | $10,370,029.00 | $8,752.19 |
| YY | YY | YY | YY | | | $19,900,920.00 | $13,724.03 |
| YY | YY | YY | YY | | | $2,117,208.00 | $8,171.01 |
| YY | YY | YY | YY | | | $8,879,180.00 | $7,689.50 |
| YY | YY | YY | YY | | | $12,590,314.00 | $8,774.70 |
| YY | YY | YY | YY | | | $12,751,105.00 | $16,271.19 |
| YY | YY | YY | YY | | | $13,451,977.00 | $12,840.47 |
| YY | YY | YY | YY | | | $5,679,802.00 | $12,875.31 |
| YY | YY | YY | YY | | | $6,888,742.00 | $19,353.79 |
| YY | YY | YY | YY | | | $14,199,430.00 | $16,945.74 |
| YY | YY | YY | YY | | | $12,675,600.00 | $15,488.07 |
| YY | YY | YY | YY | | | $10,658,689.00 | $8,916.91 |
| YY | YY | YY | YY | | | $8,896,000.00 | $6,440.04 |
| YY | YY | YY | YY | | | $2,880,000.00 | $16,062.44 |
| YY | YY | YY | YY | | | $32,000.00 | $11,810.65 |
| YY | YY | YY | YY | | | $4,170,000.00 | $12,283.62 |
| YY | YY | YY | YY | | | $2,000,000.00 | $17,945.84 |
| YY | YY | YY | YY | | | $900,000.00 | $7,823.30 |
| YY | YY | YY | YY | | | $2,795,000.00 | $12,862.45 |
| YY | YY | YY | YY | | | $4,736,552.00 | $8,972.74 |
| YY | YY | YY | YY | | | $7,364,424.00 | $10,333.31 |
| YY | YY | YY | YY | | | $2,000,000.00 | $17,736.31 |
| YY | YY | YY | YY | | | $6,961,836.00 | $19,347.72 |
| YY | YY | YY | YY | | | $4,486,075.00 | $11,708.07 |
| | | | | | | | $6,320.81 |