| | | | | | | | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $1,200,000.00 | $12,183.75 |
| YY | YY | | | | | | $595,536.00 | $16,263.71 |
| YY | YY | | | | | | $8,500,000.00 | $12,880.63 |
| YY | YY | | | | | YY | $1,374,758.00 | $19,312.62 |
| YY | YY | | | | | YY | $4,224,000.00 | $15,734.24 |
| YY | YY | | | | | YY | $180,000.00 | $18,954.60 |
| YY | YY | | | | | YY | $1,731,000.00 | $15,725.14 |
| YY | YY | | | | | YY | $600,000.00 | $9,685.61 |
| YY | YY | | | | | YY | $2,500,000.00 | $7,460.81 |
| YY | YY | | | | | YY | $2,900,000.00 | $14,035.07 |
| YY | YY | | | | | YY | $100,000.00 | $6,377.06 |
| YY | YY | | | | | YY | $3,000,000.00 | $8,672.30 |
| YY | YY | | | | | YY | $3,400,000.00 | $13,039.60 |
| YY | YY | | | | | YY | $60,000.00 | $11,223.35 |
| YY | YY | | | | | YY | $10,251,579.00 | $28,114.53 |
| YY | YY | | | | | YY | $9,436,579.00 | $31,539.61 |
| YY | YY | | | | | YY | $14,577,806.00 | $34,274.52 |
| YY | YY | | | | | YY | $16,902,169.00 | $27,613.80 |
| YY | YY | | | | | YY | $11,184,566.00 | $42,821.49 |
| YY | YY | | | | | YY | $16,782,063.00 | $39,632.99 |
| YY | YY | | | | | YY | $9,509,676.00 | $32,808.61 |
| YY | YY | | | | | YY | $12,182,195.00 | $44,687.16 |
| YY | YY | | | | | YY | $35,789,853.00 | $112,614.65 |
| YY | YY | | | | | YY | $31,362,828.00 | $95,080.09 |
| YY | YY | | | | | YY | $38,436,868.00 | $21,496.08 |
| YY | YY | | | | | YY | $24,624,633.00 | $29,027.63 |
| YY | YY | | | | | YY | $20,125,472.00 | $69,138.08 |
| YY | YY | | | | | YY | $650,000.00 | $52,320.59 |
| YY | YY | | | | | YY | $9,572,625.00 | $26,215.85 |
| YY | YY | | | | | YY | $13,353,796.00 | $55,389.05 |
| YY | YY | | | | | YY | $13,513,102.00 | $29,450.18 |
| YY | YY | | | | | YY | $8,477,121.00 | $46,759.77 |
| YY | YY | | | | | YY | $7,327,098.00 | $26,692.50 |
| YY | YY | | | | | YY | $8,658,366.00 | $27,800.37 |
| YY | YY | | | | | YY | $5,935,367.00 | $20,332.57 |
| YY | YY | | | | | YY | $8,654,347.00 | $29,330.76 |
| YY | YY | | | | | YY | $7,517,234.00 | $21,946.78 |
| YY | YY | | | | | YY | $15,743,694.00 | $25,745.87 |
| YY | YY | | | | | YY | $17,705,394.00 | $29,101.64 |
| YY | YY | | | | | YY | $13,369,630.00 | $21,024.82 |
| YY | YY | | | | | YY | $13,448,485.00 | $33,861.16 |
| YY | YY | | | | | YY | $4,059,321.00 | $50,029.33 |
| YY | YY | | | | | YY | $26,946.05 | $26,946.05 (col-check) |
| YY | YY | | | | | YY | $7,803,831.00 | $57,268.15 |
| YY | YY | | | | | YY | $7,082,610.00 | $39,010.65 |
| YY | YY | | | | | YY | $18,092,842.00 | $28,659.56 |
| YY | YY | | | | | YY | $19,764,962.00 | $38,204.97 |
| YY | YY | | | | | YY | $15,622,064.00 | $63,538.69 |
| YY | YY | | | | | YY | $20,075,045.00 | $65,324.16 |
| YY | YY | | | | | YY | $8,466,869.00 | $49,527.39 |
| YY | YY | | | | | YY | $15,015,818.00 | $84,674.25 |
| YY | YY | | | | | YY | $17,343,579.00 | $49,681.32 |
| YY | YY | | | | | YY | $36,947,080.00 | $155,178.40 |
| YY | YY | | | | | YY | $28,483,235.00 | $79,461.22 |
| YY | YY | | | | | YY | $27,544,374.00 | $64,874.89 |
| YY | YY | | | | | YY | $17,760,822.00 | $61,906.76 |
| YY | YY | | | | | YY | $31,923,212.00 | $113,455.89 |
| YY | YY | | | | | YY | $14,634,148.00 | $70,822.80 |
| YY | YY | | | | | YY | $29,657,040.00 | $42,453.95 |
| YY | YY | | | | | YY | $13,359,963.00 | $36,514.77 |
| YY | YY | | | | | YY | $21,695,341.00 | $27,185.49 |
| YY | YY | | | | | YY | $32,649,927.00 | $56,018.83 |
| YY | YY | | | | | YY | $25,306,791.00 | $36,731.57 |
| YY | YY | | | | | YY | $14,720,175.00 | $81,636.20 |
| YY | YY | | | | | YY | $17,456,219.00 | $82,634.00 |
| YY | YY | | | | | YY | $14,518,500.00 | $79,177.31 |
| YY | YY | | | | | YY | $17,814,703.00 | $98,659.24 |
| YY | YY | | | | | YY | $13,977,511.00 | $88,185.60 |
| YY | YY | | | | | YY | $10,177,385.00 | $45,167.96 |
| YY | YY | | | | | | $16,249,430.00 | $85,150.62 |
| YY | YY | | | | | | $21,857,647.00 | $97,946.57 |
| YY | YY | | | | | | $10,069,257.00 | $27,961.66 |

| | | | | | | | | | | Amount | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YY | YY | | | | | | | | | $8,638,839.00 | $94,770.96 |
| YY | YY | | | | | | | | | $10,834,419.00 | $83,128.63 |
| YY | YY | | | | | | | | | $8,872,391.00 | $29,708.35 |
| YY | YY | | | | | | | | | $11,395,658.00 | $71,871.11 |
| YY | YY | | | | | | | | | $11,292,601.00 | $24,055.66 |
| YY | YY | | | | | | | | | $12,282,957.00 | $30,861.01 |
| YY | YY | | | | | | | | | $11,805,000.00 | $37,872.34 |
| YY | YY | | | | | | | | | $16,700,000.00 | $78,756.10 |
| YY | YY | | | | | | | | | $13,214,000.00 | $52,282.66 |
| YY | YY | | | | | | | | | $16,303,000.00 | $64,027.67 |
| YY | YY | | | | | | | | | $16,475,000.00 | $65,838.85 |
| YY | YY | | | | | | | | | $18,034,000.00 | $49,359.92 |
| YY | YY | | | | | | | | | $17,210,000.00 | $72,559.28 |
| YY | YY | | | | | | | | | $11,369,000.00 | $41,429.53 |
| YY | YY | | | | | | | | | $13,212,000.00 | $41,359.62 |
| YY | YY | | | | | | | | | $9,936,857.00 | $48,941.18 |
| YY | YY | | | | | | | | | $9,250,724.00 | $57,656.57 |
| YY | YY | | | | | | | | | $7,634,646.00 | $42,527.28 |
| YY | YY | | | | | | | | | $9,456,000.00 | $58,893.68 |
| YY | YY | | | | | | | | | $10,452,630.00 | $35,279.46 |
| YY | YY | | | | | | | | | $7,825,000.00 | $27,366.49 |
| YY | YY | | | | | | | | | $2,400,000.00 | $226,180.78 |
| YY | YY | | | | | | | | | $2,400,000.00 | $221,948.27 |
| YY | YY | | | | | | | | | $1,200,000.00 | $131,073.63 |
| YY | YY | | | | | | | | | $360,000.00 | $24,411.35 |
| YY | YY | | | | | | | | | $1,400,000.00 | $72,889.78 |
| YY | YY | | | | | | | | | $1,200,000.00 | $115,356.22 |
| YY | YY | | | | | | | | | $360,000.00 | $48,335.39 |
| YY | YY | | | | | | | | | $300,000.00 | $31,031.34 |
| YY | YY | | | | | | | | | $5,500,797.00 | $39,646.59 |
| YY | YY | | | | | | | | | $5,021,000.00 | $124,094.70 |
| YY | YY | | | | | | | | | $15,500,000.00 | $48,663.48 |
| YY | YY | | | | | | | | | $11,000,000.00 | $31,061.90 |
| YY | YY | | | | | | | | | $9,456,400.00 | $24,346.75 |
| YY | YY | | | | | | | | | $3,761,787.00 | $23,491.75 |
| YY | YY | | | | | | | | | $21,000,000.00 | $42,890.86 |
| YY | YY | | | | | | | | | $12,000,000.00 | $21,925.92 |
| YY | YY | | | | | | | | | $1,500,000.00 | $33,157.98 |
| YY | YY | | | | | | | | | $300,000.00 | $53,494.26 |
| YY | YY | | | | | | | | | $915,175.00 | $94,695.96 |
| YY | YY | | | | | | | | | $9,535,059.00 | $54,997.73 |
| YY | YY | | | | | | | | | $5,077,511.00 | $23,822.94 |
| YY | YY | | | | | | | | | $3,100,000.00 | $38,975.52 |
| YY | YY | | | | | | | | | $9,456,400.00 | $25,327.37 |
| YY | YY | | | | | | | | | $25,500,000.00 | $76,111.86 |
| YY | YY | | | | | | | | | $4,385,455.00 | $30,623.55 |
| YY | YY | | | | | | | | | $14,707,865.00 | $75,800.51 |
| YY | YY | | | | | | | | | $600,000.00 | $99,974.46 |
| YY | YY | | | | | | | | | $80,000.00 | $34,305.05 |
| YY | YY | | | | | | | | | $3,400,000.00 | $23,105.02 |
| YY | YY | | | | | | | | | $100,000.00 | $86,849.33 |
| YY | YY | | | | | | | | | $400,000.00 | $71,194.25 |
| YY | YY | | | | | | | | | $14,000,000.00 | $31,453.73 |
| YY | YY | | | | | | | | | $2,400,000.00 | $39,624.64 |
| YY | YY | | | | | | | | | $13,312,000.00 | $28,736.10 |
| YY | YY | | | | | | | | | $3,200,000.00 | $25,704.40 |
| YY | YY | | | | | | | | | $930,000.00 | $39,001.72 |
| YY | YY | | | | | | | | | $10,000.00 | $34,763.38 |
| YY | YY | | | | | | | | | $14,000,000.00 | $31,956.42 |
| YY | YY | | | | | | | | | $98,000.00 | $26,443.95 |
| YY | YY | | | | | | | | | $530,223.00 | $1,580.36 |
| YY | YY | | | | | | | | | $796,800.00 | $610.38 |
| YY | YY | | | | | | | | | $1,023,630.00 | $3,430.39 |
| YY | YY | | | | | | | | | $6,317,034.00 | $3,495.12 |
| YY | YY | | | | | | | | | $2,803,010.00 | $4,618.92 |
| YY | YY | | | | | | | | | $1,532,776.00 | $3,116.60 |
| YY | YY | | | | | | | | | $12,525,594.00 | $2,385.02 |
| YY | YY | | | | | | | | | $2,700,000.00 | $5,472.66 |
| YY | YY | | | | | | | | | $10,023,269.00 | $2,697.06 |
| YY | YY | | | | | | | | | $10,499,665.00 | $4,253.09 |
| YY | YY | | | | | | | | | $7,281,455.00 | $3,164.87 |
| YY | YY | | | | | | | | | $2,026,696.00 | $7,415.51 |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| $9,225.98 | $4,612,204.00 | YY | | | | | YY | YY |
| $6,964.71 | $2,852,704.00 | YY | | | | | YY | YY |
| $15,021.36 | $30,630,417.00 | YY | | | | | YY | YY |
| $9,101.31 | $4,993,418.00 | YY | | | | | YY | YY |
| $13,908.35 | $6,301,197.00 | YY | | | | | YY | YY |
| $10,537.56 | $20,694,949.00 | YY | | | | | YY | YY |
| $8,293.20 | $2,446,466.00 | YY | | | | | YY | YY |
| $12,107.27 | $2,468,136.00 | YY | | | | | YY | YY |
| $9,482.79 | $1,949,400.00 | YY | | | | | YY | YY |
| $9,334.28 | $1,342,227.00 | YY | | | | | YY | YY |
| $12,017.84 | $9,051,865.00 | YY | | | | | YY | YY |
| $11,854.70 | $525,000.00 | YY | | | | | YY | YY |
| $9,579.05 | $1,400,000.00 | YY | | | | | YY | YY |
| $27,132.65 | $7,211,342.00 | YY | | | | | YY | YY |
| $51,356.58 | $12,664,229.00 | YY | | | | | YY | YY |
| $52,231.61 | $15,156,866.00 | YY | | | | | YY | YY |
| $22,373.73 | $19,085,560.00 | YY | | | | | YY | YY |
| $83,509.68 | $22,885,208.00 | YY | | | | | YY | YY |
| $39,623.69 | $19,591,606.00 | YY | | | | | YY | YY |
| $25,431.75 | $8,048,834.00 | YY | | | | | YY | YY |
| $22,106.32 | $16,623,938.00 | YY | | | | | YY | YY |
| $32,903.73 | $12,427,812.00 | YY | | | | | YY | YY |
| $26,079.06 | $22,904,145.00 | YY | | | | | YY | YY |
| $33,847.06 | $5,177,400.00 | YY | | | | | YY | YY |
| $32,898.24 | $420,000.00 | YY | | | | | YY | YY |
| $33,624.45 | $625,000.00 | YY | | | | | YY | YY |
| $926.31 | $22,596,635.00 | YY | | | | | YY | YY |
| $1,585.74 | $18,945,259.00 | YY | | | | | YY | YY |
| $539.83 | $1,000,000.00 | YY | | | | | YY | YY |
| $186.53 | $10,741,668.00 | YY | | | | | YY | YY |
| $1,473.36 | $9,280,282.00 | YY | | | | | YY | YY |
| $575.07 | $15,106,612.00 | YY | | | | | YY | YY |
| $1,320.49 | $19,679,972.00 | YY | | | | | YY | YY |
| $746.63 | $6,656,000.00 | YY | | | | | YY | YY |
| $1,176.55 | $5,075,860.00 | YY | | | | | YY | YY |
| $854.60 | $7,096,962.00 | YY | | | | | YY | YY |
| $2,495.24 | $10,283,735.00 | YY | | | | | YY | YY |
| $4,186.57 | $10,643,461.00 | YY | | | | | YY | YY |
| $5,266.32 | $658,334.00 | YY | | | | | YY | YY |
| $5,796.27 | $3,738,000.00 | YY | | | | | YY | YY |
| $8,464.66 | $38,294,078.00 | YY | | | | | YY | YY |
| $10,253.48 | $19,660,292.00 | YY | | | | | YY | YY |
| $14,884.63 | $6,355,334.00 | YY | | | | | YY | YY |
| $10,553.75 | $10,307,360.00 | YY | | | | | YY | YY |
| $18,403.57 | $15,501,472.00 | YY | | | | | YY | YY |
| $6,548.03 | $21,968,910.00 | YY | | | | | YY | YY |
| $8,276.20 | $6,810,680.00 | YY | | | | | YY | YY |
| $18,649.59 | $6,785,351.00 | YY | | | | | YY | YY |
| $7,521.21 | $17,826,802.00 | YY | | | | | YY | YY |
| $6,844.78 | $15,122,115.00 | YY | | | | | YY | YY |
| $6,317.73 | $5,000,000.00 | YY | | | | | YY | YY |
| $9,825.56 | $6,059,189.00 | YY | | | | | YY | YY |
| $8,977.62 | $0.00 | YY | | | | | YY | YY |
| $38,134.28 | $20,386,426.00 | YY | | | | | YY | YY |
| $34,371.84 | $20,221,016.00 | YY | | | | | YY | YY |
| $44,099.63 | $17,452,728.00 | YY | | | | | YY | YY |
| $24,413.68 | $9,434,615.00 | YY | | | | | YY | YY |
| $22,579.79 | $9,724,573.00 | YY | | | | | YY | YY |
| $58,622.12 | $0.00 | YY | | | | | YY | YY |
| $1,381.57 | $211,523.00 | YY | | | | | YY | YY |
| $2,736.09 | $8,602,211.00 | YY | | | | | YY | YY |
| $4,338.01 | $1,131,297.00 | YY | | | | | YY | YY |
| $4,715.29 | $7,949,586.00 | YY | | | | | YY | YY |
| $4,832.17 | $9,705,930.00 | YY | | | | | YY | YY |
| $14,948.68 | $12,084,109.00 | YY | | | | | YY | YY |
| $7,359.41 | $4,438,672.00 | YY | | | | | YY | YY |
| $12,917.24 | $3,117,492.00 | YY | | | | | YY | YY |
| $12,366.79 | $3,075,000.00 | YY | | | | | YY | YY |
| $23,652.94 | $14,106,814.00 | YY | | | | | YY | YY |
| $38,430.14 | $11,311,603.00 | YY | | | | | YY | YY |
| $29,268.99 | $4,386,883.00 | YY | | | | | YY | YY |
| $1,160.58 | $421,744.00 | YY | | | | | YY | YY |

| | | | | | |
|---|---|---|---|---|---|
| YY | YY | YY | YY | | $2,774,835.00 | $712.32 |

| Col1 | Col2 | Col3 | Col4 | Amount | Value |
|---|---|---|---|---|---|
| YY | YY | YY | YY | $2,774,835.00 | $712.32 |
| YY | YY | YY | YY | $3,117,646.00 | $4,605.38 |
| YY | YY | YY | YY | $275,000.00 | $2,520.78 |
| YY | YY | YY | YY | $5,353,419.00 | $6,849.40 |
| YY | YY | YY | YY | $200,000.00 | $17,818.35 |
| YY | YY | YY | YY | $27,870,025.00 | $58,676.88 |
| YY | YY | YY | YY | $8,545,240.00 | $45,160.43 |
| YY | YY | YY | YY | $39,802,381.00 | $34,399.94 |
| YY | YY | YY | YY | $24,240,152.00 | $35,481.12 |
| YY | YY | YY | YY | $23,285,817.00 | $42,495.31 |
| YY | YY | YY | YY | $40,568,208.00 | $43,527.26 |
| YY | YY | YY | YY | $17,571,420.00 | $97,022.67 |
| YY | YY | YY | YY | $3,548,772.00 | $24,136.01 |
| YY | YY | YY | YY | $798,746.00 | $234.67 |
| YY | YY | YY | YY | $400,000.00 | $1,285.12 |
| YY | YY | YY | YY | $2,000,000.00 | $713.24 |
| YY | YY | YY | YY | $420,000.00 | $493.26 |
| YY | YY | YY | YY | $2,375,000.00 | $2,493.63 |
| YY | YY | YY | YY | $12,515,241.00 | $4,451.82 |
| YY | YY | YY | YY | $12,680,201.00 | $3,199.07 |
| YY | YY | YY | YY | $2,700,000.00 | $5,665.84 |
| YY | YY | YY | YY | $3,888,879.00 | $5,705.17 |
| YY | YY | YY | YY | $2,454,560.00 | $3,955.22 |
| YY | YY | YY | YY | $5,267,114.00 | $5,451.77 |
| YY | YY | YY | YY | $400,000.00 | $3,824.69 |
| YY | YY | YY | YY | $22,384,406.00 | $8,155.52 |
| YY | YY | YY | YY | $9,193,339.00 | $7,674.05 |
| YY | YY | YY | YY | $4,100,000.00 | $19,305.27 |
| YY | YY | YY | YY | $2,969,600.00 | $14,518.16 |
| YY | YY | YY | YY | $4,788,493.00 | $16,751.16 |
| YY | YY | YY | YY | $9,613,825.00 | $9,935.59 |
| YY | YY | YY | YY | $11,700,000.00 | $6,418.14 |
| YY | YY | YY | YY | $248,000.00 | $6,470.89 |
| YY | YY | YY | YY | $6,603,674.00 | $15,716.44 |
| YY | YY | YY | YY | $7,672,668.00 | $10,398.89 |
| YY | YY | YY | YY | $16,272,921.00 | $42,142.25 |
| YY | YY | YY | YY | $16,137,900.00 | $59,738.39 |
| YY | YY | YY | YY | $22,581,058.00 | $35,161.08 |
| YY | YY | YY | YY | $7,986,820.00 | $24,959.04 |
| YY | YY | YY | YY | $371,844.00 | $1,369.25 |
| YY | YY | YY | YY | $350,000.00 | $858.70 |
| YY | YY | YY | YY | $6,710,193.00 | $5,760.16 |
| YY | YY | YY | YY | $1,642,521.00 | $4,859.47 |
| YY | YY | YY | YY | $7,448,108.00 | $2,083.83 |
| YY | YY | YY | YY | $1,072,796.00 | $2,633.75 |
| YY | YY | YY | YY | $950,071.00 | $2,951.53 |
| YY | YY | YY | YY | $18,290,335.00 | $5,407.69 |
| YY | YY | YY | YY | $12,000,000.00 | $4,381.07 |
| YY | YY | YY | YY | $2,569,041.00 | $4,479.58 |
| YY | YY | YY | YY | $275,000.00 | $2,265.24 |
| YY | YY | YY | YY | $202,693.00 | $3,706.92 |
| YY | YY | YY | YY | $725,564.00 | $2,410.08 |
| YY | YY | YY | YY | $4,749,000.00 | $2,355.05 |
| YY | YY | YY | YY | $1,185,464.00 | $3,552.15 |
| YY | YY | YY | YY | $1,400,000.00 | $3,734.21 |
| YY | YY | YY | YY | $539,420.00 | $2,539.37 |
| YY | YY | YY | YY | $192,644.00 | $2,682.49 |
| YY | YY | YY | YY | $157,100.00 | $2,671.36 |
| YY | YY | YY | YY | $7,635,795.00 | $5,085.19 |
| YY | YY | YY | YY | $5,738,692.00 | $2,775.60 |
| YY | YY | YY | YY | $142,124.00 | $7,751.52 |
| YY | YY | YY | YY | $630,000.00 | $4,644.80 |
| YY | YY | YY | YY | $50,000.00 | $4,614.84 |
| YY | YY | YY | YY | $6,240,000.00 | $8,541.12 |
| YY | YY | YY | YY | $4,120,028.00 | $8,833.57 |
| YY | YY | YY | YY | $9,075,635.00 | $11,907.45 |
| YY | YY | YY | YY | $3,851,230.00 | $13,241.76 |
| YY | YY | YY | YY | $2,617,678.00 | $6,487.69 |
| YY | YY | YY | YY | $17,236,061.00 | $13,487.67 |
| YY | YY | YY | YY | $13,213,318.00 | $6,801.94 |
| YY | YY | YY | YY | $18,191,163.00 | $10,216.27 |
| YY | YY | YY | YY | $12,000,000.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | YY | YY | $12,000,000.00 | | $13,432.39 |
| | | YY | YY | $12,000,000.00 | | $13,802.69 |
| | YY | YY | YY | $6,675,625.00 | | $19,949.66 |
| | YY | YY | YY | $10,675,625.00 | | $8,069.20 |
| | YY | YY | YY | $6,349,825.00 | | $19,734.75 |
| | YY | YY | YY | $5,265,729.00 | | $12,812.82 |
| | YY | YY | YY | $5,487,924.00 | | $17,611.07 |
| | YY | YY | YY | $6,956,275.00 | | $19,195.68 |
| | YY | YY | YY | $6,092,865.00 | | $11,420.48 |
| | YY | YY | YY | $3,087,089.00 | | $6,716.10 |
| | YY | YY | YY | $526,512.00 | | $7,217.85 |
| | YY | YY | YY | $541,800.00 | | $6,123.18 |
| | YY | YY | YY | $8,465,000.00 | | $11,743.85 |
| | YY | YY | YY | $2,588,026.00 | | $17,917.43 |
| | YY | YY | YY | $3,149,690.00 | | $6,854.98 |
| | YY | YY | YY | $559,777.00 | | $16,415.23 |
| | YY | YY | YY | $733,054.00 | | $6,002.19 |
| | YY | YY | YY | $550,000.00 | | $11,209.11 |
| | YY | YY | YY | $3,182,000.00 | | $13,166.84 |
| | YY | YY | YY | $5,199,441.00 | | $8,823.21 |
| | YY | YY | YY | $1,845,044.00 | | $43,664.04 |
| | YY | YY | YY | $6,760,000.00 | | $69,100.18 |
| | YY | YY | YY | $8,850,133.00 | | $55,618.77 |
| | YY | YY | YY | $600,000.00 | | $272,584.84 |
| | YY | YY | YY | $2,700,000.00 | | $107,538.12 |
| | YY | YY | YY | $1,200,000.00 | | $167,182.83 |
| | YY | YY | YY | $1,800,000.00 | | $130,588.14 |
| | YY | YY | YY | $1,400,000.00 | | $107,536.53 |
| | YY | YY | YY | $1,560,000.00 | | $148,032.05 |
| | YY | YY | YY | $1,800,000.00 | | $166,597.91 |
| | YY | YY | YY | $1,700,000.00 | | $168,785.56 |
| | YY | YY | YY | $480,000.00 | | $42,927.28 |
| | YY | YY | YY | $9,251,545.00 | | $33,338.50 |
| | YY | YY | YY | $9,342,998.00 | | $31,376.18 |
| | YY | YY | YY | $10,540,770.00 | | $44,668.96 |
| | YY | YY | YY | $9,011,595.00 | | $24,789.82 |
| | YY | YY | YY | $8,825,794.00 | | $25,538.83 |
| | YY | YY | YY | $6,517,616.00 | | $35,825.57 |
| | YY | YY | YY | $6,542,966.00 | | $22,142.59 |
| | YY | YY | YY | $2,574,021.00 | | $22,940.24 |
| | YY | YY | YY | $7,166,188.00 | | $36,800.58 |
| | YY | YY | YY | $7,722,762.00 | | $73,427.67 |
| | YY | YY | YY | $7,441,928.00 | | $57,649.51 |
| | YY | YY | YY | $1,400,000.00 | | $39,844.26 |
| | YY | YY | YY | $10,701,667.00 | | $47,530.24 |
| | YY | YY | YY | $4,064,404.00 | | $29,397.78 |
| | YY | YY | YY | $4,511,153.00 | | $3,227.03 |
| | YY | YY | YY | $5,877,988.00 | | $2,242.48 |
| | YY | YY | YY | $16,147,550.00 | | $3,782.11 |
| | YY | YY | YY | $1,159,000.00 | | $2,640.04 |
| | YY | YY | YY | $1,075,838.00 | | $6,409.93 |
| | YY | YY | YY | $3,893,150.00 | | $18,458.52 |
| | YY | YY | YY | $13,779,374.00 | | $14,142.54 |
| | YY | YY | YY | $4,325,934.00 | | $6,142.63 |
| | YY | YY | YY | $14,824,000.00 | | $6,552.79 |
| | YY | YY | YY | $9,505,001.00 | | $12,120.31 |
| | YY | YY | YY | $43,373,580.00 | | $42,758.96 |
| | YY | YY | YY | $13,176,345.00 | | $30,131.20 |
| | YY | YY | YY | $725,000.00 | | $59,295.44 |
| | YY | YY | YY | $23,072,757.00 | | $1,387.14 |
| | YY | YY | YY | $10,100,940.00 | | $670.25 |
| | YY | YY | YY | $13,843,628.00 | | $1,731.13 |
| | YY | YY | YY | $10,243,528.00 | | $605.15 |
| | YY | YY | YY | $14,640,262.00 | | $1,254.94 |
| | YY | YY | YY | $20,356,739.00 | | $205.77 |
| | YY | YY | YY | $18,263,138.00 | | $181.06 |
| | YY | YY | YY | $17,552,658.00 | | $1,673.33 |
| | YY | YY | YY | $11,384,997.00 | | $694.25 |
| | YY | YY | YY | $10,292,984.00 | | $974.60 |
| | YY | YY | YY | $12,740,280.00 | | $770.12 |
| | YY | YY | YY | $11,240,648.00 | | $2,572.62 |
| | YY | YY | YY | $8,059,221.00 | | $5,440.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YY | YY | | | YY | $3,178,202.00 | $3,874.39 |
| YY | YY | | | YY | $146,174,250.00 | $3,147.05 |
| YY | YY | | | YY | $13,988,825.00 | $5,082.13 |
| YY | YY | | | YY | $10,579,139.00 | $2,570.79 |
| YY | YY | | | YY | $13,145,731.00 | $2,088.56 |
| YY | YY | | | YY | $8,632,866.00 | $2,690.46 |
| YY | YY | | | YY | $3,320,000.00 | $3,879.80 |
| YY | YY | | | YY | $11,108,295.00 | $2,675.48 |
| YY | YY | | | YY | $1,317,435.00 | $4,490.59 |
| YY | YY | | | YY | $3,874,013.00 | $3,729.37 |
| YY | YY | | | YY | $8,861,254.00 | $15,385.77 |
| YY | YY | | | YY | $10,095,140.00 | $8,581.67 |
| YY | YY | | | YY | $14,154,431.00 | $12,358.05 |
| YY | YY | | | YY | $4,017,945.00 | $6,936.59 |
| YY | YY | | | YY | $11,161,987.00 | $9,009.75 |
| YY | YY | | | YY | $17,535,957.00 | $6,080.10 |
| YY | YY | | | YY | $19,156,493.00 | $6,489.77 |
| YY | YY | | | YY | $3,045,214.00 | $15,585.76 |
| YY | YY | | | YY | $5,081,198.00 | $6,555.36 |
| YY | YY | | | YY | $31,465,073.00 | $24,691.06 |
| YY | YY | | | YY | $14,636,427.00 | $24,790.29 |
| YY | YY | | | YY | $13,221,699.00 | $25,334.88 |
| YY | YY | | | YY | $445,000.00 | $48,019.46 |
| YY | YY | | | YY | $300,000.00 | $51,431.14 |
| YY | YY | | | YY | $4,040,336.00 | $1,275.52 |
| YY | YY | | | YY | $4,367,979.00 | $1,946.49 |
| YY | YY | | | YY | $792,541.00 | $407.64 |
| YY | YY | | | YY | $10,161,959.00 | $1,204.46 |
| YY | YY | | | YY | $5,505,611.00 | $2,634.91 |
| YY | YY | | | YY | $1,890,697.00 | $4,110.47 |
| YY | YY | | | YY | $10,522,315.00 | $3,901.53 |
| YY | YY | | | YY | $5,248,619.00 | $5,305.21 |
| YY | YY | | | YY | $2,197,000.00 | $5,952.80 |
| YY | YY | | | YY | $1,791,400.00 | $2,535.75 |
| YY | YY | | | YY | $2,567,500.00 | $4,461.25 |
| YY | YY | | | YY | $35,008,754.00 | $19,639.61 |
| YY | YY | | | YY | $43,218,999.00 | $15,586.38 |
| YY | YY | | | YY | $17,624,032.00 | $10,681.51 |
| YY | YY | | | YY | $8,635,638.00 | $15,302.87 |
| YY | YY | | | YY | $26,167,336.00 | $8,344.14 |
| YY | YY | | | YY | $2,737,800.00 | $11,604.27 |
| YY | YY | | | YY | $44,131,098.00 | $33,342.99 |
| YY | YY | | | YY | $4,923,343.00 | $33,454.60 |
| YY | YY | | | YY | $22,457,107.00 | $37,179.27 |
| YY | YY | | | YY | $21,500,834.00 | $32,949.35 |
| YY | YY | | | YY | $35,486,038.00 | $38,675.17 |
| YY | YY | | | YY | $17,990,396.00 | $41,424.82 |
| YY | YY | | | YY | $335,000.00 | $36,260.20 |
| YY | YY | | | YY | $253,857.00 | $40,684.77 |
| YY | YY | | | YY | $3,198,829.00 | $4,868.10 |
| YY | YY | | | YY | $2,738,565.00 | $3,678.76 |
| YY | YY | | | YY | $1,450,000.00 | $3,305.63 |
| YY | YY | | | YY | $816,000.00 | $2,161.30 |
| YY | YY | | | YY | $2,012,000.00 | $3,854.19 |
| YY | YY | | | YY | $13,528,923.00 | $17,167.36 |
| YY | YY | | | YY | $3,565,409.00 | $13,190.88 |
| YY | YY | | | YY | $2,746,000.00 | $6,828.78 |
| YY | YY | | | YY | $39,643,944.00 | $44,417.18 |
| YY | YY | | | YY | $12,508,604.00 | $21,590.90 |
| YY | YY | | | YY | $13,292,776.00 | $23,065.75 |
| YY | YY | | | YY | $24,413,971.00 | $39,920.05 |
| YY | YY | | | YY | $40,553,894.00 | $102,502.71 |
| YY | YY | | | YY | $354,780.00 | $874.23 |
| YY | YY | | | YY | $360,044.00 | $232.02 |
| YY | YY | | | YY | $93,814.00 | $1,411.57 |
| YY | YY | | | YY | $105,309.00 | $294.78 |
| YY | YY | | | YY | $1,470,294.00 | $6,034.79 |
| YY | YY | | | YY | $20,370,854.00 | $67,464.50 |
| YY | YY | | | YY | $23,296,715.00 | $52,288.37 |
| YY | YY | | | YY | $35,795,770.00 | $53,122.73 |
| YY | YY | | | YY | $35,169,007.00 | $39,678.54 |
| YY | YY | | | YY | $30,284,421.00 | $28,299.08 |

| | | | | |
|---|---|---|---|---|
| YY | YY | YY | $17,666,322.00 | $56,496.68 |
| YY | YY | YY | $36,124,631.00 | $73,506.08 |
| YY | YY | YY | $47,140,163.00 | $34,576.82 |
| YY | YY | YY | $26,176,854.00 | $43,360.79 |
| YY | YY | YY | $34,385,654.00 | $142,264.43 |
| YY | YY | YY | $308,150.00 | $466.27 |
| YY | YY | YY | $2,842,071.00 | $958.54 |
| YY | YY | YY | $1,331,600.00 | $1,311.08 |
| YY | YY | YY | $480,000.00 | $576.86 |
| YY | YY | YY | $622,283.00 | $1,019.36 |
| YY | YY | YY | $1,200,000.00 | $1,765.54 |
| YY | YY | YY | $700,000.00 | $1,362.42 |
| YY | YY | YY | $5,325,029.00 | $5,825.74 |
| YY | YY | YY | $7,000,000.00 | $4,533.44 |
| YY | YY | YY | $13,987,420.00 | $4,542.30 |
| YY | YY | YY | $2,066,456.00 | $5,821.90 |
| YY | YY | YY | $1,928,734.00 | $4,948.66 |
| YY | YY | YY | $2,000,000.00 | $4,798.48 |
| YY | YY | YY | $407,258.00 | $5,060.22 |
| YY | YY | YY | $2,239,761.00 | $5,413.23 |
| YY | YY | YY | $591,826.00 | $2,508.56 |
| YY | YY | YY | $6,541,646.00 | $13,623.59 |
| YY | YY | YY | $8,925,177.00 | $8,474.64 |
| YY | YY | YY | $7,235,301.00 | $12,346.92 |
| YY | YY | YY | $16,211,660.00 | $17,479.70 |
| YY | YY | YY | $5,389,628.00 | $10,103.64 |
| YY | YY | YY | $16,394,045.00 | $9,606.78 |
| YY | YY | YY | $5,166,671.00 | $6,865.05 |
| YY | YY | YY | $24,353,728.00 | $9,931.34 |
| YY | YY | YY | $12,001,321.00 | $7,059.09 |
| YY | YY | YY | $3,986,538.00 | $6,284.37 |
| YY | YY | YY | $4,623,609.00 | $9,797.94 |
| YY | YY | YY | $8,284,056.00 | $12,465.23 |
| YY | YY | YY | $5,121,417.00 | $7,125.19 |
| YY | YY | YY | $6,472,028.00 | $11,507.05 |
| YY | YY | YY | $1,359,680.00 | $7,048.21 |
| YY | YY | YY | $10,095,534.00 | $20,811.85 |
| YY | YY | YY | $14,684,228.00 | $20,624.70 |
| YY | YY | YY | $24,457,676.00 | $39,542.56 |
| YY | YY | YY | $11,999,614.00 | $88,304.92 |
| YY | YY | YY | $11,104,403.00 | $54,108.86 |
| YY | YY | YY | $9,998,978.00 | $38,850.43 |
| YY | YY | YY | $10,929,208.00 | $28,359.68 |
| YY | YY | YY | $6,941,011.00 | $20,964.26 |
| YY | YY | YY | $5,766,272.00 | $1,721.48 |
| YY | YY | YY | $4,312,873.00 | $4,113.98 |
| YY | YY | YY | $10,317,360.00 | $5,782.32 |
| YY | YY | YY | $17,254,550.00 | $12,205.06 |
| YY | YY | YY | $17,569,480.00 | $8,484.64 |
| YY | YY | YY | $10,704,277.00 | $18,827.53 |
| YY | YY | YY | $3,583,651.00 | $18,976.66 |
| YY | YY | YY | $2,229,939.00 | $10,828.81 |
| YY | YY | YY | $2,829,844.00 | $16,017.85 |
| YY | YY | YY | $3,360,914.00 | $10,951.19 |
| YY | YY | YY | $7,876,330.00 | $8,381.94 |
| YY | YY | YY | $15,636,165.00 | $30,727.05 |
| YY | YY | YY | $13,687,114.00 | $39,343.68 |
| YY | YY | YY | $5,146,092.00 | $20,238.18 |
| YY | YY | YY | $42,699,683.00 | $1,466.10 |
| YY | YY | YY | $18,689,605.00 | $1,530.85 |
| YY | YY | YY | $898,777.00 | $1,874.01 |
| YY | YY | YY | $330,265.00 | $661.97 |
| YY | YY | YY | $274,035.00 | $774.38 |
| YY | YY | YY | $733,083.00 | $562.05 |
| YY | YY | YY | $9,008,393.00 | $1,353.67 |
| YY | YY | YY | $7,059,784.00 | $1,664.10 |
| YY | YY | YY | $445,000.00 | $184.92 |
| YY | YY | YY | $3,000,000.00 | $1,046.01 |
| YY | YY | YY | $18,098,173.00 | $4,610.47 |
| YY | YY | YY | $35,332,165.00 | $3,977.17 |
| YY | YY | YY | $42,210,177.00 | $4,453.41 |
| YY | YY | YY | $20,058,301.00 | $2,388.68 |

| | | | | | | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|
| YY | YY | YY | YY | YY | YY | $24,063,748.00 | $4,455.93 |
| YY | YY | YY | YY | YY | YY | $25,368,868.00 | $2,636.68 |
| YY | YY | YY | YY | YY | YY | $8,986,263.00 | $4,259.46 |
| YY | YY | YY | YY | YY | YY | $44,000.00 | $5,304.04 |
| YY | YY | YY | YY | YY | YY | $7,223,594.00 | $4,641.11 |
| YY | YY | YY | YY | YY | YY | $7,000.00 | $5,992.84 |
| YY | YY | YY | YY | YY | YY | $10,770,803.00 | $10,487.44 |
| YY | YY | YY | YY | YY | YY | $31,371,070.00 | $14,869.21 |
| YY | YY | YY | YY | YY | YY | $27,256,834.00 | $7,189.96 |
| YY | YY | YY | YY | YY | YY | $42,332,739.00 | $14,155.43 |
| YY | YY | YY | YY | YY | YY | $35,899,206.00 | $12,234.35 |
| YY | YY | YY | YY | YY | YY | $48,044,142.00 | $10,593.94 |
| YY | YY | YY | YY | YY | YY | $2,391,316.00 | $13,216.97 |
| YY | YY | YY | YY | YY | YY | $5,947,028.00 | $14,819.94 |
| YY | YY | YY | YY | YY | YY | $2,472,832.00 | $15,038.27 |
| YY | YY | YY | YY | YY | YY | $15,000.00 | $8,700.86 |
| YY | YY | YY | YY | YY | YY | $2,535,000.00 | $13,970.20 |
| YY | YY | YY | YY | YY | YY | $4,732,000.00 | $16,696.50 |
| YY | YY | YY | YY | YY | YY | $2,535,000.00 | $15,232.55 |
| YY | YY | YY | YY | YY | YY | $1,500,000.00 | $12,804.23 |
| YY | YY | YY | YY | YY | YY | $17,664,399.00 | $77,287.90 |
| YY | YY | YY | YY | YY | YY | $10,990,021.00 | $50,336.55 |
| YY | YY | YY | YY | YY | YY | $22,072,820.00 | $60,984.86 |
| YY | YY | YY | YY | YY | YY | $13,773,969.00 | $25,138.13 |
| YY | YY | YY | YY | YY | YY | $36,341,287.00 | $108,385.40 |
| YY | YY | YY | YY | YY | YY | $48,126,832.00 | $219,917.89 |
| YY | YY | YY | YY | YY | YY | $30,440,841.00 | $105,437.15 |
| YY | YY | YY | YY | YY | YY | $60,371,867.00 | $137,254.11 |
| YY | YY | YY | YY | YY | YY | $35,846,942.00 | $31,789.04 |
| YY | YY | YY | YY | YY | YY | $36,930,122.00 | $140,421.32 |
| YY | YY | YY | YY | YY | YY | $15,847,891.00 | $84,650.25 |
| YY | YY | YY | YY | YY | YY | $34,817,796.00 | $35,270.95 |
| YY | YY | YY | YY | YY | YY | $39,948,446.00 | $26,808.08 |
| YY | YY | YY | YY | YY | YY | $41,843,985.00 | $44,303.20 |
| YY | YY | YY | YY | YY | YY | $49,315,400.00 | $81,611.07 |
| YY | YY | YY | YY | YY | YY | $33,344,748.00 | $48,609.31 |
| YY | YY | YY | YY | YY | YY | $26,968,922.00 | $108,796.03 |
| YY | YY | YY | YY | YY | YY | $34,748,582.00 | $38,509.35 |
| YY | YY | YY | YY | YY | YY | $32,758,369.00 | $47,411.66 |
| YY | YY | YY | YY | YY | YY | $29,306,858.00 | $43,116.57 |
| YY | YY | YY | YY | YY | YY | $51,093,746.00 | $167,916.99 |
| YY | YY | YY | YY | YY | YY | $60,164,591.00 | $127,146.70 |
| YY | YY | YY | YY | YY | YY | $20,813,341.00 | $107,197.41 |
| YY | YY | YY | YY | YY | YY | $44,542,940.00 | $41,781.37 |
| YY | YY | YY | YY | YY | YY | $28,779,958.00 | $38,061.27 |
| YY | YY | YY | YY | YY | YY | $20,909,571.00 | $33,433.33 |
| YY | YY | YY | YY | YY | YY | $36,431,126.00 | $79,806.78 |
| YY | YY | YY | YY | YY | YY | $21,781,591.00 | $25,908.39 |
| YY | YY | YY | YY | YY | YY | $9,817,225.00 | $38,528.73 |
| YY | YY | YY | YY | YY | YY | $7,438,677.00 | $21,645.20 |
| YY | YY | YY | YY | YY | YY | $6,847,064.00 | $27,571.17 |
| YY | YY | YY | YY | YY | YY | $6,383,117.00 | $21,558.06 |
| YY | YY | YY | YY | YY | YY | $6,557,126.00 | $24,383.09 |
| YY | YY | YY | YY | YY | YY | $8,406,759.00 | $21,472.77 |
| YY | YY | YY | YY | YY | YY | $240,000.00 | $34,297.51 |
| YY | YY | YY | YY | YY | YY | $1,100,000.00 | $97,199.79 |
| YY | YY | YY | YY | YY | YY | $1,700,000.00 | $179,202.49 |
| YY | YY | YY | YY | YY | YY | $1,400,000.00 | $136,249.96 |
| YY | YY | YY | YY | YY | YY | $900,000.00 | $80,547.80 |
| YY | YY | YY | YY | YY | YY | $4,940,000.00 | $38,022.12 |
| YY | YY | YY | YY | YY | YY | $4,225,000.00 | $45,556.37 |
| YY | YY | YY | YY | YY | YY | $2,028,000.00 | $22,921.99 |
| YY | YY | YY | YY | YY | YY | $17,430,641.00 | $1,863.74 |
| YY | YY | YY | YY | YY | YY | $9,863,153.00 | $1,461.96 |
| YY | YY | YY | YY | YY | YY | $12,000,000.00 | $1,896.01 |
| YY | YY | YY | YY | YY | YY | $10,085,891.00 | $4,537.76 |
| YY | YY | YY | YY | YY | YY | $12,000,000.00 | $4,056.30 |
| YY | YY | YY | YY | YY | YY | $10,040,752.00 | $3,118.08 |
| YY | YY | YY | YY | YY | YY | $720,000.00 | $2,250.94 |
| YY | YY | YY | YY | YY | YY | $40,682,803.00 | $6,594.38 |
| YY | YY | YY | YY | YY | YY | $36,213,168.00 | $9,755.83 |
| YY | YY | YY | YY | YY | YY | $7,301,570.00 | $6,392.63 |

| | | | |
|---|---|---|---|
| $38,210,639.00 | YY | YY | $61,619.23 |
| $34,484,260.00 | YY | YY | $37,037.72 |
| $47,353,525.00 | YY | YY | $28,575.08 |
| $26,328,670.00 | YY | YY | $42,342.33 |
| $40,833,256.00 | YY | YY | $34,653.69 |
| $1,892,314.00 | YY | YY | $9,120.31 |
| $1,130,723.00 | YY | YY | $7,098.01 |
| $13,198,270.00 | YY | YY | $33,014.25 |
| $2,319,000.00 | YY | YY | $24,269.49 |
| $55,000.00 | YY | YY | $3,660.73 |
| $8,773,479.00 | YY | YY | $34,492.23 |
| $36,031,924.00 | YY | YY | $86,107.46 |
| $1,767,913.00 | YY | YY | $5,977.86 |
| $1,365,090.00 | YY | YY | $3,334.01 |
| $10,350,061.00 | YY | YY | $15,254.35 |
| $4,812,109.00 | YY | YY | $1,597.12 |
| $13,119,431.00 | YY | YY | $971.93 |
| $2,226,197.00 | YY | YY | $1,677.20 |
| $5,074,675.00 | YY | YY | $1,692.80 |
| $9,697,928.00 | YY | YY | $3,324.00 |
| $50,000.00 | YY | YY | $5,372.78 |
| $11,197,095.00 | YY | YY | $18,977.46 |
| $12,685,196.00 | YY | YY | $19,993.36 |
| $10,764,411.00 | YY | YY | $19,651.29 |
| $12,017,512.00 | YY | YY | $16,412.82 |
| $16,532,757.00 | YY | YY | $14,648.99 |
| $5,660,534.00 | YY | YY | $19,572.60 |
| $10,977,102.00 | YY | YY | $15,010.58 |
| $14,291,188.00 | YY | YY | $11,034.64 |
| $17,041,504.00 | YY | YY | $11,315.14 |
| $20,020,269.00 | YY | YY | $8,281.42 |
| $6,087,103.00 | YY | YY | $11,831.19 |
| $4,448,038.00 | YY | YY | $9,974.46 |
| $6,385,000.00 | YY | YY | $11,214.93 |
| $5,627,000.00 | YY | YY | $26,596.30 |
| $3,397,509.00 | YY | YY | $23,664.79 |
| $12,000,000.00 | YY | YY | $24,831.38 |
| $0.00 | YY | YY | $33,244.83 |
| $20,481,635.00 | YY | YY | $1,042.31 |
| $25,026,023.00 | YY | YY | $979.88 |
| $5,818,500.00 | YY | YY | $1,932.76 |
| $10,341,981.00 | YY | YY | $1,395.82 |
| $13,763,147.00 | YY | YY | $1,020.39 |
| $14,401,893.00 | YY | YY | $1,077.35 |
| $20,587,371.00 | YY | YY | $480.14 |
| $12,176,193.00 | YY | YY | $1,331.54 |
| $7,124,328.00 | YY | YY | $192.80 |
| $21,446,027.00 | YY | YY | $744.86 |
| $6,943,917.00 | YY | YY | $885.95 |
| $10,132,271.00 | YY | YY | $912.29 |
| $7,200,000.00 | YY | YY | $953.73 |
| $4,004,000.00 | YY | YY | $1,594.10 |
| $5,862,998.00 | YY | YY | $845.16 |
| $9,846,017.00 | YY | YY | $3,674.01 |
| $13,256,097.00 | YY | YY | $4,782.18 |
| $0.00 | YY | YY | $5,805.69 |
| $7,356,699.00 | YY | YY | $3,691.31 |
| $9,365,996.00 | YY | YY | $3,477.49 |
| $21,870,195.00 | YY | YY | $4,940.00 |
| $14,933,136.00 | YY | YY | $4,865.24 |
| $10,106,116.00 | YY | YY | $2,657.56 |
| $14,388,580.00 | YY | YY | $2,824.52 |
| $14,000,000.00 | YY | YY | $2,874.04 |
| $3,500,000.00 | YY | YY | $5,446.35 |
| $3,814,555.00 | YY | YY | $3,284.39 |
| $4,700,800.00 | YY | YY | $2,491.38 |
| $3,800,000.00 | YY | YY | $2,156.15 |
| $6,131,788.00 | YY | YY | $2,404.45 |
| $5,609,757.00 | YY | YY | $4,819.59 |
| $8,913,234.00 | YY | YY | $3,180.03 |
| $12,525,594.00 | YY | YY | $4,426.90 |
| | | YY | $8,830.65 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YY | YY | YY | YY | YY | YY | $14,024,249.00 | $16,009.87 |
| YY | YY | YY | YY | YY | YY | $27,132,050.00 | $12,404.25 |
| YY | YY | YY | YY | YY | YY | $32,161,331.00 | $9,834.72 |
| YY | YY | YY | YY | YY | YY | $21,096,652.00 | $18,490.19 |
| YY | YY | YY | YY | YY | YY | $15,312,630.00 | $6,051.34 |
| YY | YY | YY | YY | YY | YY | $11,999,210.00 | $13,017.85 |
| YY | YY | YY | YY | YY | YY | $19,882,580.00 | $10,417.41 |
| YY | YY | YY | YY | YY | YY | $17,831,185.00 | $17,797.84 |
| YY | YY | YY | YY | YY | YY | $15,180,749.00 | $9,044.49 |
| YY | YY | YY | YY | YY | YY | $16,448,318.00 | $6,174.49 |
| YY | YY | YY | YY | YY | YY | $17,224,250.00 | $10,458.25 |
| YY | YY | YY | YY | YY | YY | $13,145,878.00 | $14,803.64 |
| YY | YY | YY | YY | YY | YY | $2,929,610.00 | $7,635.49 |
| YY | YY | YY | YY | YY | YY | $26,580,591.00 | $8,121.62 |
| YY | YY | YY | YY | YY | YY | $13,514,043.00 | $19,487.93 |
| YY | YY | YY | YY | YY | YY | $9,456,400.00 | $10,987.16 |
| YY | YY | YY | YY | YY | YY | $8,000,000.00 | $6,594.16 |
| YY | YY | YY | YY | YY | YY | $9,152,000.00 | $11,820.89 |
| YY | YY | YY | YY | YY | YY | $2,116,418.00 | $17,192.56 |
| YY | YY | YY | YY | YY | YY | $10,000,000.00 | $8,649.73 |
| YY | YY | YY | YY | YY | YY | $80,000,000.00 | $12,069.17 |
| YY | YY | YY | YY | YY | YY | $3,000,000.00 | $9,543.45 |
| YY | YY | YY | YY | YY | YY | $11,555,522.00 | $28,281.83 |
| YY | YY | YY | YY | YY | YY | $11,488,341.00 | $68,607.88 |
| YY | YY | YY | YY | YY | YY | $10,910,052.00 | $26,315.63 |
| YY | YY | YY | YY | YY | YY | $31,837,362.00 | $30,878.08 |
| YY | YY | YY | YY | YY | YY | $450,000.00 | $23,261.32 |
| YY | YY | YY | YY | YY | YY | $18,375,899.00 | $28,870.55 |
| YY | YY | YY | YY | YY | YY | $9,495,567.00 | $53,604.24 |
| YY | YY | YY | YY | YY | YY | $19,196,316.00 | $24,910.20 |
| YY | YY | YY | YY | YY | YY | $17,316,775.00 | $26,130.46 |
| YY | YY | YY | YY | YY | YY | $9,456,400.00 | $38,567.81 |
| YY | YY | YY | YY | YY | YY | $1,200,000.00 | $39,076.06 |
| YY | YY | YY | YY | YY | YY | $8,500,000.00 | $29,602.03 |
| YY | YY | YY | YY | YY | YY | $13,500,000.00 | $47,131.11 |
| YY | YY | YY | YY | YY | YY | $7,036,075.00 | $23,280.56 |
| YY | YY | YY | YY | YY | YY | $15,500,000.00 | $44,107.34 |
| YY | YY | YY | YY | YY | YY | $9,500,000.00 | $20,347.70 |
| YY | YY | YY | YY | YY | YY | $360,000.00 | $49,468.21 |
| YY | YY | YY | YY | YY | YY | $120,000.00 | $20,786.93 |
| YY | YY | YY | YY | YY | YY | $10,000,000.00 | $55,173.90 |
| YY | YY | YY | YY | YY | YY | $13,000,000.00 | $28,167.74 |
| YY | YY | YY | YY | YY | YY | $19,500,000.00 | $39,847.18 |
| YY | YY | YY | YY | YY | YY | $300,000.00 | $52,178.80 |
| YY | YY | YY | YY | YY | YY | $2,674,570.00 | $10,415.88 |
| YY | YY | YY | YY | YY | YY | $9,259,287.00 | $36,710.19 |
| YY | YY | YY | YY | YY | YY | $124,513.00 | $374.68 |
| YY | YY | YY | YY | YY | YY | $194,565.00 | $484.95 |
| YY | YY | YY | YY | YY | YY | $1,200,000.00 | $3,545.49 |
| YY | YY | YY | YY | YY | YY | $6,813,159.00 | $12,870.57 |
| YY | YY | YY | YY | YY | YY | $2,660,592.00 | $11,028.47 |
| YY | YY | YY | YY | YY | YY | $10,180,902.00 | $28,894.22 |
| YY | YY | YY | YY | YY | YY | $11,966,472.00 | $41,709.77 |
| YY | YY | YY | YY | YY | YY | $17,172,551.00 | $23,340.03 |
| YY | YY | YY | YY | YY | YY | $28,121,758.00 | $32,986.12 |
| YY | YY | YY | YY | YY | YY | $3,850,000.00 | $3,312.79 |
| YY | YY | YY | YY | YY | YY | $2,100,000.00 | $2,431.43 |
| YY | YY | YY | YY | YY | YY | $13,469,323.00 | $3,615.24 |
| YY | YY | YY | YY | YY | YY | $11,343,705.00 | $867.87 |
| YY | YY | YY | YY | YY | YY | $2,130,381.00 | $3,408.20 |
| YY | YY | YY | YY | YY | YY | $1,484,265.00 | $6,398.38 |
| YY | YY | YY | YY | YY | YY | $2,407,486.00 | $9,738.69 |
| YY | YY | YY | YY | YY | YY | $21,423,804.00 | $33,802.07 |
| YY | YY | YY | YY | YY | YY | $26,643,194.00 | $56,140.62 |
| YY | YY | YY | YY | YY | YY | $8,847,823.00 | $570.30 |
| YY | YY | YY | YY | YY | YY | $10,201,958.00 | $1,352.46 |
| YY | YY | YY | YY | YY | YY | $7,362,114.00 | $924.86 |
| YY | YY | YY | YY | YY | YY | $11,672,189.00 | $1,100.98 |
| YY | YY | YY | YY | YY | YY | $3,308,016.00 | $1,969.14 |
| YY | YY | YY | YY | YY | YY | $17,212,889.00 | $1,984.64 |
| YY | YY | YY | YY | YY | YY | $16,713,092.00 | $435.53 |

| C1 | C2 | C3 | C4 | C5 | C6 | Amount A | Amount B |
|---|---|---|---|---|---|---|---|
| YY | YY | YY |  |  | YY | $20,409,121.00 | $699.75 |
| YY | YY | YY | YY | YY | YY | $20,076,412.00 | $1,369.54 |
| YY | YY | YY | YY | YY | YY | $30,600,000.00 | $558.14 |
| YY | YY | YY | YY | YY | YY | $11,390,791.00 | $323.59 |
| YY | YY | YY | YY | YY | YY | $13,675,500.00 | $818.07 |
| YY | YY | YY | YY | YY | YY | $18,431,545.00 | $857.24 |
| YY | YY | YY | YY | YY | YY | $8,978,547.00 | $1,428.44 |
| YY | YY | YY | YY | YY | YY | $6,543,702.00 | $289.96 |
| YY | YY | YY | YY | YY | YY | $4,000,000.00 | $1,482.81 |
| YY | YY | YY | YY | YY | YY | $3,200,000.00 | $1,496.99 |
| YY | YY | YY | YY | YY | YY | $2,700,000.00 | $1,409.52 |
| YY | YY | YY | YY | YY | YY | $3,300,000.00 | $1,961.04 |
| YY | YY | YY | YY | YY | YY | $3,000,000.00 | $1,457.62 |
| YY | YY | YY | YY | YY | YY | $15,032,798.00 | $4,274.18 |
| YY | YY | YY | YY | YY | YY | $10,655,318.00 | $3,275.03 |
| YY | YY | YY | YY | YY | YY | $4,248,199.00 | $3,844.17 |
| YY | YY | YY | YY | YY | YY | $20,618,114.00 | $2,143.43 |
| YY | YY | YY | YY | YY | YY | $10,160,001.00 | $5,289.84 |
| YY | YY | YY | YY | YY | YY | $11,492,000.00 | $4,680.33 |
| YY | YY | YY | YY | YY | YY | $12,470,237.00 | $2,079.03 |
| YY | YY | YY | YY | YY | YY | $11,943,034.00 | $2,177.98 |
| YY | YY | YY | YY | YY | YY | $14,812,385.00 | $2,411.39 |
| YY | YY | YY | YY | YY | YY | $17,223,991.00 | $3,206.58 |
| YY | YY | YY | YY | YY | YY | $7,104,673.00 | $2,058.94 |
| YY | YY | YY | YY | YY | YY | $7,482,318.00 | $5,118.95 |
| YY | YY | YY | YY | YY | YY | $5,534,205.00 | $2,233.53 |
| YY | YY | YY | YY | YY | YY | $5,334,461.00 | $3,670.69 |
| YY | YY | YY | YY | YY | YY | $2,167,297.00 | $5,876.39 |
| YY | YY | YY | YY | YY | YY | $12,000,000.00 | $5,515.72 |
| YY | YY | YY | YY | YY | YY | $13,813,173.00 | $3,491.27 |
| YY | YY | YY | YY | YY | YY | $9,865,145.00 | $4,761.98 |
| YY | YY | YY | YY | YY | YY | $12,510,230.00 | $4,979.48 |
| YY | YY | YY | YY | YY | YY | $11,370,790.00 | $5,350.84 |
| YY | YY | YY | YY | YY | YY | $15,045,960.00 | $5,945.66 |
| YY | YY | YY | YY | YY | YY | $12,581,353.00 | $2,493.09 |
| YY | YY | YY | YY | YY | YY | $10,158,818.00 | $5,814.65 |
| YY | YY | YY | YY | YY | YY | $13,987,102.00 | $5,496.72 |
| YY | YY | YY | YY | YY | YY | $14,413,465.00 | $3,483.28 |
| YY | YY | YY | YY | YY | YY | $12,000,000.00 | $3,041.81 |
| YY | YY | YY | YY | YY | YY | $16,906,014.00 | $4,454.71 |
| YY | YY | YY | YY | YY | YY | $12,000,000.00 | $2,426.08 |
| YY | YY | YY | YY | YY | YY | $1,500,000.00 | $3,370.67 |
| YY | YY | YY | YY | YY | YY | $1,800,000.00 | $3,531.71 |
| YY | YY | YY | YY | YY | YY | $13,856,028.00 | $5,940.63 |
| YY | YY | YY | YY | YY | YY | $8,588,333.00 | $2,453.21 |
| YY | YY | YY | YY | YY | YY | $12,718,493.00 | $2,732.98 |
| YY | YY | YY | YY | YY | YY | $10,943,112.00 | $3,494.26 |
| YY | YY | YY | YY | YY | YY | $15,179,534.00 | $4,475.19 |
| YY | YY | YY | YY | YY | YY | $3,200,000.00 | $3,373.44 |
| YY | YY | YY | YY | YY | YY | $3,300,000.00 | $5,949.46 |
| YY | YY | YY | YY | YY | YY | $240,000.00 | $5,285.05 |
| YY | YY | YY | YY | YY | YY | $12,330,845.00 | $7,269.22 |
| YY | YY | YY | YY | YY | YY | $12,212,514.00 | $12,546.48 |
| YY | YY | YY | YY | YY | YY | $16,099,615.00 | $6,086.48 |
| YY | YY | YY | YY | YY | YY | $10,740,840.00 | $14,817.40 |
| YY | YY | YY | YY | YY | YY | $14,583,921.00 | $14,550.01 |
| YY | YY | YY | YY | YY | YY | $15,687,858.00 | $7,078.43 |
| YY | YY | YY | YY | YY | YY | $15,757,954.00 | $9,922.06 |
| YY | YY | YY | YY | YY | YY | $14,360,660.00 | $10,946.35 |
| YY | YY | YY | YY | YY | YY | $18,512,788.00 | $13,981.85 |
| YY | YY | YY | YY | YY | YY | $12,715,266.00 | $6,696.10 |
| YY | YY | YY | YY | YY | YY | $8,457,584.00 | $7,994.19 |
| YY | YY | YY | YY | YY | YY | $10,369,646.00 | $6,620.09 |
| YY | YY | YY | YY | YY | YY | $21,146,686.00 | $7,645.91 |
| YY | YY | YY | YY | YY | YY | $13,426,272.00 | $12,077.77 |
| YY | YY | YY | YY | YY | YY | $13,535,883.00 | $12,144.07 |
| YY | YY | YY | YY | YY | YY | $9,453,782.00 | $11,438.75 |
| YY | YY | YY | YY | YY | YY | $7,686,674.00 | $9,080.25 |
| YY | YY | YY | YY | YY | YY | $9,705,745.00 | $12,579.75 |
| YY | YY | YY | YY | YY | YY | $13,508,166.00 | $13,354.15 |
| YY | YY | YY |  | YY | YY | $5,453,445.00 | $15,483.70 |
| YY | YY | YY |  | YY | YY | $7,375,122.00 | $18,114.13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YY | | | | | $7,642,049.00 | $19,505.52 |
| YY | YY | | | | $2,095,584.00 | $11,389.14 |
| YY | YY | | | | $9,580,362.00 | $6,057.92 |
| YY | YY | | | | $9,887,326.00 | $7,288.27 |
| YY | YY | | | | $9,241,461.00 | $7,888.34 |
| YY | YY | | | | $21,988,509.00 | $7,701.00 |
| YY | YY | | | | $12,649,056.00 | $8,508.02 |
| YY | YY | | | | $14,878,744.00 | $11,116.47 |
| YY | YY | | | | $12,836,233.00 | $9,223.21 |
| YY | YY | | | | $12,000,000.00 | $6,287.35 |
| YY | YY | | | | $15,969,068.00 | $8,039.90 |
| YY | YY | | | | $14,207,019.00 | $10,271.78 |
| YY | YY | | | | $10,841,096.00 | $7,684.61 |
| YY | YY | | | | $16,495,836.00 | $12,541.81 |
| YY | YY | | | | $13,649,405.00 | $9,257.42 |
| YY | YY | | | | $18,592,936.00 | $16,336.53 |
| YY | YY | | | | $13,966,354.00 | $7,630.20 |
| YY | YY | | | | $18,324,020.00 | $13,346.68 |
| YY | YY | | | | $2,800,658.00 | $19,376.68 |
| YY | YY | | | | $1,600,000.00 | $10,981.65 |
| YY | YY | | | | $4,100,000.00 | $13,066.34 |
| YY | YY | | | | $5,402,108.00 | $15,780.38 |
| YY | YY | | | | $11,352,926.00 | $24,270.22 |
| YY | YY | | | | $15,105,700.00 | $22,337.69 |
| YY | YY | | | | $10,120,454.00 | $31,083.80 |
| YY | YY | | | | $9,617,789.00 | $30,109.65 |
| YY | YY | | | | $17,912,336.00 | $164,273.63 |
| YY | YY | | | | $22,181,468.00 | $56,038.61 |
| YY | YY | | | | $22,328,026.00 | $38,169.20 |
| YY | YY | | | | $16,730,977.00 | $46,709.27 |
| YY | YY | | | | $11,812,428.00 | $53,468.69 |
| YY | YY | | | | $13,271,302.00 | $66,853.29 |
| YY | YY | | | | $12,162,031.00 | $40,207.42 |
| YY | YY | | | | $22,973.75 | $22,973.75 |
| YY | YY | | | | $7,972,911.00 | $58,337.52 |
| YY | YY | | | | $7,994,656.00 | $44,971.83 |
| YY | YY | | | | $7,519,616.00 | $23,116.21 |
| YY | YY | | | | $5,474,678.00 | $35,817.03 |
| YY | YY | | | | $6,753,952.00 | $28,122.04 |
| YY | YY | | | | $5,690,577.00 | $60,324.99 |
| YY | YY | | | | $18,711,507.00 | $38,799.18 |
| YY | YY | | | | $10,264,382.00 | $21,179.54 |
| YY | YY | | | | $14,135,943.00 | $24,893.10 |
| YY | YY | | | | $12,533,067.00 | $48,478.56 |
| YY | YY | | | | $14,671,199.00 | $40,178.15 |
| YY | YY | | | | $11,512,405.00 | $36,321.44 |
| YY | YY | | | | $15,247,736.00 | $21,749.65 |
| YY | YY | | | | $10,994,515.00 | $168,844.51 |
| YY | YY | | | | $1,620,431.00 | $54,838.58 |
| YY | YY | | | | $660,929.00 | $44,903.19 |
| YY | YY | | | | $297,742.00 | $23,429.15 |
| YY | YY | | | | $11,700,000.00 | $27,689.71 |
| YY | YY | | | | $10,553,406.00 | $21,278.22 |
| YY | YY | | | | $16,855,088.00 | $31,936.32 |
| YY | YY | | | | $7,455,000.00 | $34,259.93 |
| YY | YY | | | | $7,878,000.00 | $51,360.89 |
| YY | YY | | | | $6,334,000.00 | $33,792.51 |
| YY | YY | | | | $3,794,960.00 | $33,868.82 |
| YY | YY | | | | $3,500,000.00 | $26,674.21 |
| YY | YY | | | | $3,908,000.00 | $22,576.11 |
| YY | YY | | | | $4,500,000.00 | $53,070.39 |
| YY | YY | | | | $250,000.00 | $1,478.05 |
| YY | YY | | | | $1,230,547.00 | $1,303.97 |
| YY | YY | | | | $1,131,000.00 | $3,023.68 |
| YY | YY | | | | $1,369,948.00 | $4,758.09 |
| YY | YY | | | | $12,679,087.00 | $4,042.84 |
| YY | YY | | | | $6,300.00 | $2,380.47 |
| YY | YY | | | | $572,000.00 | $7,106.45 |
| YY | YY | | | | $1,698,818.00 | $10,815.73 |
| YY | YY | | | | $5,213,136.00 | $15,002.41 |
| YY | YY | | | | $5,251,847.00 | $9,054.37 |
| YY | YY | | | | $10,886,463.00 | $14,953.00 |
| YY | YY | | | | $5,540,000.00 | |