# EXHIBIT B

# Conference Call on Cost Containment Provisions and Vendor Management Practices

December 10, 2004

Zoë Neuberger
Center on Budget and Policy Priorities
202-408-1080
neuberger@cbpp.org

01540





**WIC-only Redemptions as a Share of All California WIC Redemptions**

1997: 11%
2004: 40%

Source: California WIC Program.

# Arkansas

- **2000:** 4 WIC-Only Stores

- **Currently:** 42 WIC-Only Stores

- WIC-Only stores now account for **22%** of WIC redemptions

Source: Arkansas WIC Program.

01543

# California

**Average Prices in WIC-Only Stores Compared to Average Prices in Other Stores for a Common Monthly Food Package**

- Pregnant Woman         16% Higher
- Breastfeeding Woman    16% Higher
- Postpartum Woman       13% Higher
- Child                  14% Higher
- Infant                  4% Higher

Source: Data gathered by Burger, Carroll, and Associates, Inc. for the California WIC Program based on WIC voucher redemptions in October 2003.

01544

# Competitive Prices vs. WIC-Only Prices in California

| | Average Price in Competitive Stores | Average Price in WIC-Only Stores | Difference |
|---|---|---|---|
| 2 Gallons Milk, 2 Pounds Cheese, 2 Dozen Eggs | $17.48 | $20.28 | 16% Higher |
| Juice (256 Oz) | $12.97 | $14.72 | 14% Higher |
| Cereal (36 Oz) | $7.74 | $8.62 | 11% Higher |

Source: Data gathered by Burger, Carroll, and Associates, Inc. for the California WIC Program based on WIC voucher redemptions in October 2003.

01545

# California

**Average Voucher Prices in WIC-Only Stores Compared to Average Voucher Prices in Stores with 1 or 2 Registers**

- **Voucher for 2 gallons milk, 2 pounds of cheese, 2 dozen eggs:**
  5% higher in WIC-only stores

- **Voucher for milk alone:**
  6% higher in WIC-only stores

- **Voucher for peanut butter:**
  7% higher in WIC-only stores

Source: Data gathered by Burger, Carroll, and Associates, Inc. for the California WIC Program based on WIC voucher redemptions in October 2003.

01546

# California

## Average Prices in WIC-Only Stores Compared to Average Prices in Other Stores in Counties with Similar Price Levels

- Based on prices, each county can be designated as "high," "medium," or "low" cost

- When average prices for WIC foods are analyzed within each county type (for example, comparing WIC-only stores in high-cost counties to competitive stores in high-cost counties), average prices charged by WIC-only stores are higher

- For example, the average price for the common voucher for 2 gallons of milk, 2 pounds of cheese, and 2 dozen eggs is 14% higher in WIC-only stores in high-cost counties than in competitive stores in high-cost counties and is 16% higher in WIC-only stores in low- or medium-cost counties than in competitive stores in low- or medium-cost counties

Source: Data gathered by Burger, Carroll, and Associates, Inc. for the California WIC Program based on WIC voucher redemptions in October 2003.

# Texas

- The average price for infant formula (which accounts for 52% of pre-rebate voucher costs) is higher in WIC-only stores than in any type of competitive store

- The average price for a common voucher containing peanut butter, cereal, milk, eggs, cheese, and juice (which accounts for 25% of non-formula pre-rebate voucher costs) is higher in WIC-only stores than in all stores except a few rural stores with 1-2 registers

Source: Data gathered by Burger, Carroll, and Associates, Inc. for the Texas WIC Program based on WIC voucher redemptions between June 2002 and June 2003.

01548



Percentage of WIC Vouchers Redeemed for Amounts that Are within 5% of the Maximum Value in the 30 Stores in Arkansas with the Highest Volume of WIC Redemptions

- Supermarkets: 2%
- Medium-Sized Stores: 13%
- WIC-Only Stores: 94%

Source: Arkansas WIC Program.

01549



**California vs. All Other States**
Growth from 2001 to 2003

Food Grant: California 14%, All Other States 7%
Participation: California 4.9%, All Other States 2.5%

Source: Food grant figures are based on Center on Budget and Policy Priorities calculations using data from the California WIC Program and USDA's Food and Nutrition Service Explanatory Notes for fiscal years 2003 and 2005. Participation figures are based on Center on Budget and Policy Priorities calculations using USDA administrative data.

01550



**California vs. All States Growth from 2001 to 2003 in Average Monthly Food Package Cost**

California: 5.2%
All States: 2.8%

Source: Center on Budget and Policy Priorities calculations using USDA administrative data.

01551

# California Costs

- If each voucher that was purchased at a WIC-only store in October 2003 had been redeemed for the average price in competitive stores, California would have spent $2.8 million less that month

- WIC-only stores thus are increasing WIC food costs in California by about $33 million a year

Source: Center on Budget and Policy Priorities calculations using data gathered by Burger, Carroll, and Associates, Inc. for the California WIC Program based on WIC voucher redemptions in October 2003.

01552