## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2006, true and correct copies of Proposed *Amicus Curiae* National Federation of Independent Business Legal Foundation's Motion for Leave to Participate as an *Amicus Curiae* and Submit Its Proposed Memorandum of Points and Authorities Supporting Plaintiffs' Motion for Summary Judgment Regarding Their Regulatory Flexibility Act Cause of Action, Memorandum of Points and Authorities in Support of the Motion for Leave, and a Proposed Order have been served via first-class mail, postage prepaid, upon the following:

James J. Gilligan
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
Washington, DC 20044

Amy E. Powell
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7217
Washington, DC 20530

Philip C. Olsson
Arthur Y. Tsien
OLSSON, FRANK & WEEDA, PC
1400 16th Street, NW
Washington, DC 20036-2220

_____
Shaun M. Gehan