IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND )<br>CHILDREN GROCERS ASSOCIATION, )<br>NUTRITIONAL FOOD DISTRIBUTORS, INC.,)<br>COUNTY FOOD SERVICES, INC., and )<br>DILLARD FOODS, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FOOD AND NUTRITION SERVICE, )<br>)<br>Defendant. ) | Civil Action No. 05-2432 (EGS) |

## PROPOSED ORDER

Proposed *Amicus Curiae* National Federation of Independent Business Legal Foundation (NFIB Legal Foundation) has sought leave for permission to participate in this action as an *amicus curiae* in support of Plaintiffs' Second Cause of Action alleging the Federal Defendant violated the Regulatory Flexibility Act, 5 U.S.C. §§ 601-612 ("RFA"). Proposed *Amicus* further seeks leave of Court to file the Memorandum of Points Supporting Plaintiffs' Motion for Summary Judgment Regarding Their Regulatory Flexibility Act Cause of Action attached to their Motion for Leave to Participate. Proposed *Amicus* has demonstrated an interest in, and has sought to participate only as to, Plaintiffs' Second Cause of Action, alleging violations of the RFA.

Based on the record in this case and the Party's submissions, the National Federation of Independent Business Legal Foundation's Motion is GRANTED. It is hereby ORDERED this ___ day of _____, 2006,

That the National Federation of Independent Business shall be and is permitted to participate in this matter as *amicus curiae* as to Plaintiffs' RFA-based Second Cause of Action, and

That *Amicus Curiae* National Federation of Independent Business Legal Foundation's Memorandum of Points Supporting Plaintiffs' Motion for Summary Judgment Regarding Their Regulatory Flexibility Act Cause of Action shall be and is deemed filed and filed and part of the record in this matter.

Dated: _____

_____
Hon. Emmet G. Sullivan
United States District Judge

Copies to:

David E. Frulla
Shaun M. Gehan
COLLIER SHANNON SCOTT, PLLC
3050 K Street, N.W. - Suite 400
Washington, D.C. 20007

Karen Harned
Elizabeth Gaudio
Executive Director
NFIB LEGAL FOUNDATION
1201 F Street, N.W. - Suite 200
Washington, D.C. 20004

James J. Gilligan
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
Washington, DC 20044

Amy E. Powell
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7217
Washington, DC 20530

Philip C. Olsson
Arthur Y. Tsien
OLSSON, FRANK & WEEDA, PC
1400 16th Street, NW
Washington, DC 20036-2220

[Proposed] Order-Page 3