# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND ) <br> CHILDREN GROCERS ASSOCIATION, ) <br> NUTRITIONAL FOOD DISTRIBUTORS, INC.,) <br> COUNTY FOOD SERVICES, INC., and ) <br> DILLARD FOODS, INC., ) <br>         Plaintiffs, ) <br> v. ) <br> ) <br> FOOD AND NUTRITION SERVICE, ) <br>         Defendant. ) | Civil Action No. 05-2432 (EGS) |

## DECLARATION OF DANIEL GREENE

I, Daniel Greene, declare as follows:

1. The facts contained in this Declaration are based on my personal knowledge.

2. I am a member of the National Federation of Independent Business (NFIB). I am also a member of the National Women, Infants, and Children Grocers Association.

3. I am the sole owner of El Cajon Nutrition Center, Inc. located in El Cajon, California, and founded in 1997. I also am a 50 percent owner of another corporation which owns three similar operations in Southern California.

4. Combined, El Cajon Nutrition Center and all of the other entities with which I am affiliated have approximately 16 employees and estimated annual gross receipts of $2.8 to $3 million. Of this total, at least 99 percent of sales take place through the WIC program.

5. Our main competitors in this industry are Albertsons, Vons/Safeway, and Kroeger/Ralph's supermarkets. These stores are parts of large supermarket chains, each which cover a large part of California and the western United States.

6. On a product-by-product basis, prices of some items at El Cajon Nutrition Center and the other stores in which I have an interest will be higher and some will be lower compared to prices at our competitors' stores. However, these stores have significant buying power due to their size that my small stores lack. Their size allows them to arrange lower-cost, higher volume deals with distributors and to enter into private label arrangements with manufacturers. Similar economies are not available to El Cajon Nutrition Center or the others.

7. At my stores, we operate on thin profit margins due to our wholesale costs and other costs associated with running an essentially non-cash business that is heavily regulated.

8. As a result of these factors, it is quite likely that implementation of the U.S. Food and Nutrition Service (FNS) cost containment rule will cause great and actual harm to El Cajon Nutrition Center. Specifically, the

proposal to charge the average prices of our largest competitors, rather than average prices of other stores which face a similar cost structure to ours, could lead to mandated reductions in our profit margins to the point that we may no longer be able to remain in business.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the statements above are true and correct.

Dated: January *17*, 2006

*Daniel Greene*
Daniel Greene