# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN, INFANTS, AND )
CHILDREN GROCERS ASSOCIATION, )
NUTRITIONAL FOOD DISTRIBUTORS, INC., )
COUNTY FOOD SERVICES, INC., and )
DILLARD FOODS, INC., )
                Plaintiffs, )
v. ) Civil Action No. 05-2432 (EGS)
  )
FOOD AND NUTRITION SERVICE, )
                Defendant. )

### DECLARATION OF KEITH BRACEWELL

I, Keith Bracewell, declare as follows:

1. The facts contained in this Declaration are based on my personal knowledge.

2. I am a member of the National Federation of Independent Business (NFIB). I am also a member of the National Women, Infants, and Children Grocers Association.

3. My wife Grace and I are owners of Basic Foods, Basic Foods 2, and Basic Foods 3, and have a thirty percent stake in Basic Foods 4. Basic Foods was started in 1994, and its affiliates over the subsequent nine years, although Basic Foods 2 is currently inactive. All are located in Bakersfield, California.

4. Between the three active stores, we have approximately 10 employees and estimated annual gross receipts of $2 million combined. Of this total, nearly 100 percent of our sales take place through the WIC program.

5. These stores are located in areas of the city with high concentrations of women and children who qualify for the WIC program, and which are under-served by the major regional and national food store chains. Our employees understand the requirements of the WIC program and provide great service to the women who shop in our stores. We only carry WIC-eligible goods , which makes it easier and less embarrassing for our customers who would have a difficult time finding such items in larger stores with less expert staff.

6. The stores we compete with include other WIC only stores, and mostly smaller groceries which tend to charge prices higher than the major supermarkets. Our customers often do not have the ability to do their shopping at the big grocery stores because of lack of transportation and distance.

7. I am personally aware of the statewide average prices for many of the WIC food items, at least for the year 2003. I do not believe prices have changed significantly since

then. If I were reimbursed at these price levels, as the Food and Nutrition Service's rule proposes be done, at least 2 of my 3 businesses would not be able to compete and would have to close.

8. Bigger chain stores have much greater purchasing power than do stores such as Basic Foods. The average prices of all retail grocers is heavily weighted to the low side since 80% of all redemptions by other grocers is at the large chain stores of 7 to 21 sales registers. Basic Foods stores have only 2 sales registers. To fairly compare stores, one would need to look at total food sales of chain stores compared to total food sales at WIC-only stores. Basic Foods stores are not comparable to these large supermarkets, but rather more comparable to 3-4 register independent grocery stores.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the statements above are true and correct.

Dated: January 16, 2006

Keith Bracewell