**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION, NUTRITIONAL FOOD DISTRIBUTORS, INC., COUNTY FOOD SERVICES, INC., and DILLARD FOODS, INC., | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-2432 (EGS) ) |
| FOOD AND NUTRITION SERVICE, | ) ) |
| Defendant. | ) ) ) |

**DECLARATION OF JOHN W. BODE**

I, John W. Bode make this declaration based upon my personal knowledge.

1.  My name is John W. Bode.  I am a principal at Olsson, Frank and Weeda, P.C. and the same John Bode referred to in the January 17, 2006 Declaration of Ronald Vogel at ¶12.

2.  I was invited to the January 25, 2005 FNS meeting with the Food Marketing Institute and the National Grocers Association approximately two hours before the meeting started.  I learned of the meeting on the previous evening when a WIC-only store operator informed me that he had heard of the meeting in industry discussions and asked me about it.  On the morning of January 25, I called Mr. Vogel's office to inquire about the meeting and was informed that I could attend.  I indicated that I could not, but that I would try to arrange for a colleague of mine to attend.  Regrettably, my colleagues who were versed in cost containment matters also had previous obligations that could not be changed on such short notice.

3. I am not aware of the Food Marketing Institute or the National Grocers Association taking actions hostile to the interests of WIC-only stores. However, these associations generally represent stores competitive with WIC-only stores.

Under the penalty of perjury, I declare the foregoing statements are true to the best of my knowledge and belief.


January 20, 2006

John W. Bode