# OLSSON, FRANK AND WEEDA, P. C.

| | | |
|---|---|---|
| PHILIP C. OLSSON | ATTORNEYS AT LAW | STEPHEN L. LACEY |
| RICHARD L. FRANK | SUITE 400 | EVAN P. PHELPS |
| DAVID F. WEEDA (1948-2001) | 1400 SIXTEENTH STREET, N.W. | VALERIE B. SOLOMON |
| DENNIS R. JOHNSON | WASHINGTON, D. C. 20036-2220 | JOLYDA O. SWAIM |
| ARTHUR Y. TSIEN | (202) 789-1212 | KATHRYN E. BALMFORD |
| JOHN W. BODE* | FACSIMILE (202) 234-3550 | *COUNSEL* |
| STEPHEN D. TERMAN | | NAOMI J. L. HALPERN |
| MARSHALL L. MATZ | | |
| MICHAEL J. O'FLAHERTY | | *OF COUNSEL* |
| DAVID L. DURKIN | | JUR T. STROBOS |
| NEIL F. O'FLAHERTY | Sender's Direct Phone (202) 518-6366 | JACQUELINE H. EAGLE |
| PAMELA J. FURMAN | Sender's Direct Facsimile (202) 234-3550 | KENNETH D. ACKERMAN |
| BRETT T. SCHWEMER | | MARK L. ITZKOFF |
| TISH E. PAHL | | DAVID A. BIEGING |
| ROBERT A. HAHN | | |
| | | *SR. GOVERNMENT AFFAIRS ADVISOR* |
| | | JOHN R. BLOCK |
| *PRACTICE WITHIN THE DISTRICT OF COLUMBIA IS LIMITED TO MATTERS AND PROCEEDINGS BEFORE FEDERAL COURTS AND AGENCIES.* | | CHARLES W. STENHOLM |
| | | BRIAN E. JOHNSON |
| | January 20, 2006 | SALLY S. DONNER |
| | | BRENT W. GATTIS |

**BY HAND DELIVERY**

The Honorable Emmet G. Sullivan
United States District Court
   for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    *National Women, Infants, and Children Grocers Association, et al. v. Food and Nutrition Service, Civ. No. 05-2432 (EGS)*

Dear Judge Sullivan:

    Within the past 24 hours, we have been contacted by counsel to two entities requesting our concurrence to their filing of amicus briefs. One entity, the Center for Budget and Policy Priorities, intends to oppose plaintiffs' position while the other entity, The Latino Coalition, intends to support plaintiffs' position. (The National Federation of Independent Businesses Legal Foundation sought leave to file an amicus brief in support of plaintiffs' position on Tuesday, January 17, without objection from us or Justice; you granted that motion yesterday.)

    We oppose filing of amicus briefs subsequent to January 17, 2006 as any response to points raised by a late filed amicus brief would require a separate brief or otherwise unnecessary comment during oral argument. In addition, response to a late filed amicus brief would require an additional commitment of time and resources very late in this process. Plaintiffs' resources are limited. We question the relative value of amicus briefs filed subsequent to the date that motions for summary judgment were due.

OLSSON, FRANK AND WEEDA, P. C.

Letter to The Honorable Emmet G. Sullivan
January 20, 2006
Page 2

    Thus, we are writing to advise you of our position and, out of respect for the entities seeking to file amicus briefs, respectfully request your prompt consideration of our objection.

Respectfully submitted,

*Philip C. Olsson*

Philip C. Olsson
Counsel for the National Women, Infants, and Children Grocers Association, et al.

cc:     Amy Powell, Esq. (by electronic mail)
       James Gilligan, Esq. (by electronic mail)
       Marc Cohan, Esq. (by facsimile)
           (representing the Center for Budget and Policy Priorities)
       Paul Sullivan, Esq. (by facsimile)
           (representing The Latino Coalition)

JWB:mhh