IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION, <br><br> NUTRITIONAL FOOD DISTRIBUTORS, INC., <br><br> COUNTY FOOD SERVICES, INC., and <br><br> DILLARD FOODS, INC., <br><br>          Plaintiffs, <br><br> v. <br><br> FOOD AND NUTRITION SERVICE, <br><br>          Defendant. | Case No. 1:05-cv-02432-EGS |

**MOTION OF THE CENTER ON BUDGET AND POLICY PRIORITIES FOR LEAVE TO PARTICIPATE AS AN *AMICUS CURIAE* AND SUBMIT ITS PROPOSED MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 7(b), the Center on Budget and Policy Priorities (Center) hereby respectfully moves this Court for permission to participate in this action as an *amicus curiae* in support of Defendant. Accordingly, proposed *Amicus* seeks leave of Court to file the attached Memorandum of Points Supporting Defendants' Motion for Summary Judgment.

**IDENTITY AND INTEREST OF *AMICUS CURIAE***

The Center is a not-for-profit research and policy institute incorporated in the District of Columbia. The Center works at the federal and state levels on fiscal policy and public programs that affect low- and moderate-income families and individuals. Over the past two and a half decades, the

Center has gained a reputation for producing materials that are balanced, authoritative, accessible to non-specialists, and responsive to issues currently before the country. The Center's materials are used by policymakers and non-profit organizations across the political spectrum.

Since its inception in 1981, the Center has conducted analyses related to cost-containment and funding issues in the WIC program. The Center was instrumental in developing, evaluating, and promoting the competitive cost containment system that now leads to over $1.5 billion in savings annually as a result of rebates provided by infant formula manufacturers through a competitive bidding process.

Each year the Center develops estimates of the funding level that will be needed to avoid turning applicants away. In many recent years, the final appropriations legislation that determines the funding level for WIC for the coming fiscal year has included the funding level recommended by the Center. The Center is therefore acutely aware of the funding implications of vendors charging above-market prices for WIC foods.

The Center works closely with individual States throughout the Country and is acutely aware of the harm to state WIC programs if the relief requested by Plaintiffs is granted.

**MATTERS WHICH THE PROPOSED AMICUS WILL ADDRESS**

If this Court grants permission for proposed amicus to submit its brief and supporting documents, the proposed amicus is prepared to submit by no later than close of business on Friday, January 20, 2006, unless a different time is specified by this Court. Since the Defendant has thoroughly briefed the substantive and procedural issues raised by the plaintiffs, this Amicus Brief will not repeat the points made by Defendant, but instead will offer additional arguments on selected issues before the court. Specifically, this brief will explain 1) how the above-market prices charged by WIC-only stores prevent the WIC program from serving additional eligible families; 2) how FNS

interim regulations are consistent with the text of 42 U.S.C. 1786(h)(11) and constitute a reasonable interpretation of the statutory language; and 3) the harm to state WIC programs if the relief sought by plaintiffs is granted.

Counsel for the Proposed Amicus has contacted Counsel for the parties to seek consent to the proposed filing. Counsel for the defendant does not oppose the filing. Counsel for the plaintiffs has stated they will oppose the filing.

For the foregoing reasons, proposed *Amicus*, Center on Budget and Policy Priorities respectfully requests that this Court grant leave to file the attached memorandum of points and authorities and to participate in this action to any additional extent that the Court deems informative and constructive.

DATED:    January 20, 2006

WELFARE LAW CENTER, INC.

_Marc Cohan, by RMC_
Marc Cohan, of Counsel
Mary R. Mannix, of Counsel
275 Seventh Avenue, Suite 1205
New York, New York 10001
Tel: (212) 633-6967


SONOSKY, CHAMBERS, SACHSE,
    ENDRESON & PERRY, LLP

_ReidCee_
Reid Peyton Chambers (D.C. Bar No. 148296)
Anne D. Noto (D.C. Bar No. 460438)
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Tel: (202) 682-0240

*Counsel for Proposed Amicus*