CERTIFICATE OF SERVICE

I, Marc Cohan, certify that I have today caused one true and correct copies of:

> MOTION MEMORANDUM OF POINTS AND AUTHORITIES OF THE CENTER ON BUDGET AND POLICY PRIORITIES FOR LEAVE TO PARTICIPATE AS AN *AMICUS CURIAE* AND SUBMIT ITS PROPOSED MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

to be served by First Class U.S. mail and facsimile upon each of the following:

Attorney for Plaintiff

Philip C. Olsson, Bar No. 172163
Arthur Y. Tsien, Bar No. 411579
OLSSON, FRAND and WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220

Attorney for Defendant

Amy E. Powell
Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W. Rm. 7217
Washington, D. C. 20530

Dated this 20 day of January, 2006

_____
Marc Cohan
Welfare Law Center
275 7th Avenue
Suite 1205
New York, New York 10001