AO 440 (Rev. DC - September 2003) Summons in a Civil Action   Case # 1:05 cv 02432

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 25, 2006 |
| NAME OF SERVER *(PRINT)* BOBBY SCHOCHEY | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Donna Dartley for Alberto Gonzales Attorney General of United States.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Cat fare | | 7.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 25 2006      *Bobby Schochey*
                Date            Signature of Server

Olsson, Frank & Weeda
1400 16th St. N.W. Suite 400
Washington, D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action   Case # 1:05-CV 02432

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE Jan 25, 2006 |
|---|---|
| NAME OF SERVER (PRINT) BOBBY SCHOCHET | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Beatrice Nelson (for Ronald Hill - FWS) at office of FWS counsel

**STATEMENT OF SERVICE FEES**

| TRAVEL Cab fare | SERVICES | TOTAL 7.50 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 25 2006      Bobby Schochet
              Date              Signature of Server

Olsson, Frank & Weeda
1400 16th St. N.W Suite 400
Washington, D.C. 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action    Case # 1:05 cv 02432

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me(1) | DATE January 25, 2006 |
|---|---|
| NAME OF SERVER (PRINT) BOBBY SCHOCHET | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): BM Smith at office of Deputy General Counsel James Michael Kelley for USDA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL Cab fare | SERVICES | TOTAL 7.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 25 2006     Bobby Schochet
                  Date          Signature of Server

Olsson, Frank & Weeda
1400 16th St n.w.
Address of Server
Suite 400
Washington, D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action            Case # 1:05 cv 02432

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE January 25, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* BOBBY SCHOCHET | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Ashley J. Wells   Civil Division, for Kenneth Wainstein

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL cab fare | SERVICES | TOTAL 7.50 |
|---|---|---|

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 25 2006     Bobby Schochet
             Date              Signature of Server

Olsson, Frank & Weeda
1400 16th St. N.W.
         *Address of Server*
Suite 400
Washington, D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.