AO 440 (Rev. DC - September 2003) Summons in a Civil Action

*Case # 1:05 cv 02432*

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *January 25, 2006* |
| NAME OF SERVER *(PRINT)* *BOBBY SCHOCHEY* | TITLE *Paralegal* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *Donna Dartley for Alberto Gonzales Attorney General of United States.*

## STATEMENT OF SERVICE FEES

| TRAVEL *Cab fare* | SERVICES | TOTAL *7.50* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Jan 25 2006*
⎯⎯⎯⎯⎯⎯⎯⎯
Date

*Bobby Schochey*
⎯⎯⎯⎯⎯⎯⎯⎯
Signature of Server

*Olsson, Frank & Weeda
1400 16th St. n.w. Suite 400*
⎯⎯⎯⎯⎯⎯⎯⎯
Address of Server

*Washington, D.C. 20036*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC – September 2003) Summons in a Civil Action   *Case # 1:05-CV 02432*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *Jan 25, 2006* |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* *BOBBY SCHOCHET* | *Paralegal* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *Beatrice Nelson (for Ronald Hill - FWS) at office of FWS counsel*

## STATEMENT OF SERVICE FEES

| TRAVEL *cab fare* | SERVICES | TOTAL *7.50* |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Jan 25 2006*      *Bobby Schochet*
            Date            Signature of Server

*Olsson, Frank & Weeda*
*1400   16th St. n.W   Suite 400*
            Address of Server
*Washington, D.C. 20036*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action     *Case# 1:05-CV 02432*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *January 25, 2006* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *BOBBY SCHOCHET* | *Paralegal* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *BM Smith* *at office of Deputy General Counsel James Michael Kelley for USDA*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| *cab fare* | | *7.50* |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *Jan 25 2006*          *Bobby Schochet*
              Date                    Signature of Server

              *Gleason, Frank & Weeda*
              *1400   16th St N.W.*
              Address of Server
              *Suite 400*
              *Washington, D.C. 20036*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

*Case # 1:05 CV 02432*

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *January 25, 2006* |
| NAME OF SERVER *(PRINT)* *BOBBY SCHOCHET* | TITLE *Paralegal* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): *Ashley J. Mills    Civil Division, for Kenneth Wainstein*

## STATEMENT OF SERVICE FEES

| TRAVEL *cab fare* | SERVICES | TOTAL *7.50* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Jan 25 2006*
_____
Date

*Bobby Schochet*
_____
Signature of Server

*Olsson, Frank & Weeda*
*1400 16th St. N.W.*
_____
Address of Server
*Suite 400*
*Washington, D.C. 20036*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.