AO 440 (Rev. DC - September 2003) Summons in a Civil Action      Case # 1:05 CV 02432

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE January 25, 2006 |
| NAME OF SERVER (PRINT) BOBBY SCHOCHEY | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Donna Dartzley for Alberto Gonzales Attorney General of United States.

## STATEMENT OF SERVICE FEES

| TRAVEL Cat fare | SERVICES | TOTAL 7.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 25 2006
         Date

Signature of Server

Olsson, Frank & Weeda
1400 16th St. N.W. Suite 400
Washington, D.C. 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action        Case # 1:05-CV 02432

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Jan 25, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| BOBBY SCHOCHET | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Beatrice Nelson (for Ronald Hill - FNS) at office of FNS counsel

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| cab fare | | 7.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Jan 25, 2006         *Bobby Schochet*
                  Date                 Signature of Server

Olsson, Frank & Weeda
1400 16th St. N.W. Suite 400
Washington, D.C. 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action     Case # 1:05-cv-02432

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE January 25, 2006 |
| NAME OF SERVER (PRINT) BOBBY SCHOCHET || TITLE Paralegal |
| Check one box below to indicate appropriate method of service |||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _BM Smith_ at office of Deputy General Counsel James Michael Kelley for USDA

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL  cab fare | SERVICES | TOTAL  7.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Jan 25 2006_   _Bobby Schochet_
            Date                Signature of Server

Address of Server: Olson, Frank & Weeda
1400 16th St N.W.
Suite 400
Washington, D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action     Case # 1:05 cv 02432

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE January 25, 2006 |
|---|---|
| NAME OF SERVER (PRINT) BOBBY SCHOCHET | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Ashley J. Mella, Civil Division, for Kenneth Wainstein

**STATEMENT OF SERVICE FEES**

| TRAVEL cab fare | SERVICES | TOTAL 7.50 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 25 2006         Bobby Schochet
              Date                 Signature of Server

Olsson, Frank & Weeda
1400 16th St. N.W.
Address of Server
Suite 400
Washington, D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.