IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION,<br><br>NUTRITIONAL FOOD DISTRIBUTORS, INC.,<br><br>COUNTY FOOD SERVICES, INC., and<br><br>DILLARD FOODS, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>FOOD AND NUTRITION SERVICE,<br><br>            Defendant. | Case No. 1:05-cv-02432-EGS |

**MOTION OF THE CENTER ON BUDGET AND POLICY PRIORITIES FOR LEAVE TO SUPPLEMENT ITS SUBMISSION AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 7(b), and in accordance with the Declaration of Zoe Neuberger, annexed hereto, the Center on Budget and Policy Priorities (Center), hereby respectfully moves this Court for permission to supplement its submission as *Amicus Curiae* in support of Defendant. As set forth in the Neuberger declaration, these documents are being submitted to provide the Court further information pertaining to questions and issues raised during the oral argument of the summary judgment motions.

Appended to the Neuberger declaration are exhibits and charts that provide important information that *Amicus* believes will aid this Court in deciding the motions. For example, during argument, the Court expressed interest in the extent to which neighborhoods with WIC-only stores

are adequately served by other grocery stores. The California WIC Association issued a report illustrating how prevalent other grocery stores are in several California neighborhoods with WIC-only stores. The report includes maps of selected neighborhoods generated using the California Department of Health Services California Nutrition Network Geographic Information System. A copy of that report is annexed as Exhibit D to the Neuberger declaration. The remainder of the exhibits to the declaration address other issues of concern to the Court in a similar manner.

Accordingly, proposed *Amicus* seeks leave of Court to file the attached Declaration of Zoe Neuberger and the Exhibits thereto in Support of Defendant's Motion for Summary Judgment.

DATED:	February 3, 2006

WELFARE LAW CENTER, INC.

_Marc Cohan by RPC_
Marc Cohan, of Counsel
Mary R. Mannix, of Counsel
275 Seventh Avenue, Suite 1205
New York, New York 10001
Tel: (212) 633-6967


SONOSKY, CHAMBERS, SACHSE,
    ENDRESON & PERRY, LLP

_Reid Peyton Chambers_
Reid Peyton Chambers (D.C. Bar No. 148296)
Anne D. Noto (D.C. Bar No. 460438)
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Tel: (202) 682-0240

*Counsel for Proposed Amicus*