# EXHIBIT C:

## ANALYSIS OF CALIFORNIA WIC REDEMPTIONS FOR JUNE 2005

| STORE TYPE | TOTAL REDEMPTION AMOUNT | TOTAL REDEMPTION AMOUNT >=95% STATE MAXIMUM | % OF TOTAL STORE TYPE REDEMPTIONS |
|---|---|---|---|
| Chain | $ 29,957,778 | $ 6,312,799 | 21% |
| Independent | $ 3,822,167 | $ 1,266,730 | 33% |
| Neighborhood | $ 6,515,665 | $ 3,328,152 | 51% |
| Other | $ 37,194 | $ 18,208 | 49% |
| WIC-Only | $ 36,693,141 | $ 27,005,779 | **74%** |
| | | | |
| Non-WIC-Only* | $ 40,332,803 | $ 10,925,889 | 27% |
| WIC-Only | $ 36,693,141 | $ 27,005,779 | **74%** |

\* Includes Chain, Independent, Neighborhood, and Other Stores

Source:   June 2005 WIC Redemption Data
Attachment to August 11, 2005 Letter from John Bode to Dean Clancy