

The WIC Grocery Landscape: Grocery Stores & WIC Sites in California Neighborhoods
EXHIBIT D



**The WIC Grocery Landscape:
Grocery Stores & WIC Sites in California Neighborhoods**

Lobbyists for California WIC-Only grocery industry contend that WIC Supplemental Food stores are located in "underserved" areas. They say that many low-income families are forced to "rely on" WIC Only stores because there are so few other grocery stores in the inner city; and that attempts to regulate these stores could negatively impact food access for needy families.

WIC families appreciate the convenient location of WIC-Only stores, which are almost always in close proximity to WIC clinic sites. However, they do not and cannot "rely" on them for all their grocery shopping. WIC-Only stores only provide WIC foods, not other items such as meat, breads, rice, tortillas, fresh produce, paper goods, etc. Obviously, WIC families shop at other grocery stores in their communities for these other staples.

Moreover, a closer look at a variety of inner city neighborhoods across California shows that, while large chain supermarkets are indeed rare, there are still many grocery stores doing business. The maps that follow are a sampling of some low-income neighborhoods in California's large cities.

Each neighborhood map is displayed twice:

- The first map shows WIC Sites arrayed with all WIC-Authorized Vendors. The WIC-Authorized Vendors include both WIC-Only Stores and all other grocery outlets authorized to redeem WIC vouchers.
- The second map shows the same WIC Sites arrayed with all possible grocery outlets – these grocers include both WIC-authorized and non-WIC authorized stores.

These maps were generated using the data collected from various sources, including the California WIC Supplemental Nutrition Branch, and compiled into a searchable map by the Department of Health Services California Nutrition Network Geographic Information System. This resource can be browsed further online at www.cnngis.org.

Most of the data currently displayed in this on-line GIS system dates back to 2002, so the maps are somewhat dated. Many of the WIC Sites have moved to other neighborhood locations, and the grocery stores may have relocated or closed. No data on food prices, quality or service is arrayed on the map.

Despite these caveats, the maps help illustrate that a substantial number of grocery outlets do, in fact, exist in these neighborhoods.





California WIC Association

Detail: West Oakland, CA

**Legend (left map):**
- WIC Clinics
- Grocery Stores & Food Markets
- Convenience Chain
- Convenience General
- Deli Store
- Fruit/Veg Market
- Grocery, Large Chain
- Grocery, Small Chain
- Grocery, Other
- Commissary
- Coop
- Other
- WIC Vendors
- Major Highways
- Streets
- Major Cities
- Major Communities
- ZIP Codes
- Counties

**Legend (right map):**
- WIC Clinics
- WIC Vendors
- Major Highways
- Streets
- Major Cities
- Major Communities
- ZIP Codes
- Counties

California WIC Association

## Anaheim & Garden Grove, CA



San Diego & Chula Vista, CA — California WIC Association



California WIC Association — San Fernando Valley, CA



Santa Ana & Tustin, CA



South Central Los Angeles, CA



San Gabriel Valley, CA — California WIC Association

 California WIC Association

1010 11th Street, #205, Sacramento, CA 95814
916/448-2280  ltrue@calwic.org  www.calwic.org