IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION, <br><br>NUTRITIONAL FOOD DISTRIBUTORS, INC., <br><br>COUNTY FOOD SERVICES, INC., and <br><br>DILLARD FOODS, INC., <br><br>        Plaintiffs, <br><br>v. <br><br>FOOD AND NUTRITION SERVICE, <br><br>        Defendant. | Case No. 1:05-cv-02432-EGS |

**MOTION OF *AMICUS CURIAE* THE CENTER ON
BUDGET AND POLICY PRIORITIES FOR LEAVE TO
SUPPLEMENT ITS SUBMISSION AS *AMICUS CURIAE***

Pursuant to Federal Rule of Civil Procedure 7(b), the Center on Budget and Policy Priorities (CBPP), hereby respectfully moves this Court for permission to supplement its submission as *Amicus Curiae* in support of Defendant. As set forth in the annexed Memorandum of Law, CBPP seeks to respond to two specific factual points raised by plaintiffs in their Second Supplemental Memorandum in Support of Motion for Summary Judgment. Specifically, CBPP addresses whether: (1) any eligible families are not served by WIC and (2) funding will be adequate to serve all eligible applicants in the future.

Accordingly, *Amicus* CBPP seeks leave of Court to file the attached Supplemental Memorandum of Points and Authorities of *Amicus Curiae*.

DATED:       February 17, 2006

                            WELFARE LAW CENTER, INC.

                            */s/ Marc Cohan*

                            Marc Cohan, of Counsel
                            Mary R. Mannix, of Counsel
                            275 Seventh Avenue, Suite 1205
                            New York, New York 10001
                            Tel: (212) 633-6967


                            SONOSKY, CHAMBERS, SACHSE,
                                ENDRESON & PERRY, LLP

                            */s/ Reid Peyton Chambers*

                            Reid Peyton Chambers (D.C. Bar No. 148296)
                            Anne D. Noto (D.C. Bar No. 460438)
                            1425 K Street, N.W., Suite 600
                            Washington, D.C.  20005
                            Tel: (202) 682-0240

                            *Counsel for Proposed Amicus*