**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| NATIONAL WOMEN, INFANTS, AND CHILDREN GROCERS ASSOCIATION *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-2432 (EGS) |
| FOOD AND NUTRITION SERVICE, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons discussed in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment is DENIED; and it is

**FURTHER ORDERED** that defendant's Motion for Summary Judgment is GRANTED; and it is

**FURTHER ORDERED** that the Court's December 29, 2005 Order granting plaintiffs' Motion for a Temporary Restraining Order is VACATED; and it is

**FURTHER ORDERED** that plaintiffs' claims are DISMISSED WITH PREJUDICE; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in

1

favor of defendant and against plaintiffs.


**Signed:**   **Emmet G. Sullivan**
       **United States District Judge**
       **February 23, 2006**