UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN, INFANTS, AND
CHILDREN GROCERS ASSOCIATION, et al.
    Plaintiff,

v.                                    Civil Action No. 05-2432

FOOD AND NUTRITION SERVICE
    Defendant

## JUDGMENT
## FOR DEFENDANT

This Cause having been considered by the Court on cross motions for summary judgment, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the court having rendered its decision granting defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment in favor of defendant and against plaintiffs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: February 28, 2006                        By: _____
                                                                Carol Votteler, Deputy Clerk